CHAD A. READLER
Acting Assistant Attorney General
DIANA J. YOUNTS
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
175 N Street, N.E., Room 10139
Washington, D.C. 20004
Telephone: (202) 302-8586
Diana.Younts@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.*,
Brian Markus,

                              Plaintiffs,

v.

AEROJET ROCKETDYNE HOLDINGS, INC., a
Corporation and AEROJET ROCKETDYNE, INC.,
a Corporation,

                              Defendants.

CASE NO. 2:15-cv-2245 WBS-AC

**ORDER GRANTING
THE UNITED STATES' ELECTION
TO DECLINE INTERVENTION**

The United States having declined to intervene in this action pursuant to the False Claims Act,

31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1.      The Amended Complaint be unsealed and served upon the defendants by the relator;

2.      All other contents of the Court's file previously sealed in this action remain under seal

and not be made public or served upon the defendants, except for this Order and the Notice of the United

States to Decline Intervention, which the relator will serve upon the defendants only after service of the Amended Complaint;

    3.     The seal be lifted as to all other matters occurring in this action after the date of this Order;

    4.     The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5.     The parties shall serve all notices of appeal upon the United States;

    6.     All Orders of this Court shall be sent to the United States; and

    7.     Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the United States shall be provided with notice and an opportunity to be heard before ruling or granting the Court's approval.

IT IS SO ORDERED.

Dated: June 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE