1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

UNITED STATES OF AMERICA *ex rel.*
BRIAN MARKUS, individually,

13

Plaintiff,

14

vs.

15

AEROJET ROCKETDYNE HOLDINGS,
INC., a corporation and AEROJET
ROCKETDYNE, INC., a corporation,

16

17

Defendants.

18

19

20

21

22

) Case No. 2:15-cv-02245-WBS-AC
)
)
) **ORDER GRANTING**
) **STIPULATION TO FURTHER**
) **EXTEND TIME FOR**
) **DEFENDANTS AEROJET**
) **ROCKETDYNE HOLDINGS, INC.**
) **AND AEROJET ROCKETDYNE,**
) **INC. TO ANSWER OR**
) **OTHERWISE RESPOND TO FIRST**
) **AMENDED COMPLAINT**
)
) Defendants Served:      June 11, 2018
) Current Response Date: Sept. 28, 2018
) New Response Date:      Nov. 30, 2018
)

23
24
25
26
27
28

---

**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO
COMPLAINT**

This matter comes before the Court on the parties Stipulation to Further Extend Time for Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (hereinafter, "Defendants") to Answer or Otherwise Respond to First Amended Complaint (the "Joint Stipulation"). The Court has reviewed the Joint Stipulation and, good cause appearing, GRANTS the Joint Stipulation.

IT IS HEREBY ORDERED that the deadline for Defendants to move, answer or otherwise respond to the Amended Complaint is further extended through and including November 30, 2018.

IT IS SO ORDERED.

Dated: September 18, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE