# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS AEROJET ROCKETDYNE HOLDINGS, INC. AND AEROJET ROCKETDYNE, INC. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Defendants Served: June 11, 2018<br>Current Response Date: Nov. 30, 2018<br>New Response Date: Dec. 14, 2018 |

**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**

1    This matter comes before the Court on the parties Stipulation to Further Extend Time for
2    Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (hereinafter,
3    "Defendants") to Answer or Otherwise Respond to First Amended Complaint (the "Joint
4    Stipulation"). The Court has reviewed the Joint Stipulation and, good cause appearing, GRANTS
5    the Joint Stipulation.
6    IT IS HEREBY ORDERED that the deadline for Defendants to move, answer or otherwise
7    respond to the Amended Complaint is further extended through and including December 14, 2018.
8    The Scheduling Conference is continued to February 25, 2019 at 1:30 p.m. A Joint Status Report
9    shall be filed no later than February 11, 2019.
10   IT IS SO ORDERED.

Dated: November 20, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**