**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS AEROJET ROCKETDYNE HOLDINGS, INC. AND AEROJET ROCKETDYNE, INC. TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT**<br><br>SAC Served: Jan. 4, 2019<br>Current Response Date: Jan. 18, 2019<br>New Response Date: Feb. 22, 2019 |

---

**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

The Court, having reviewed and considered the Relator and Defendants' Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (hereinafter, "Defendants") Stipulation to Further Extend Time to Respond to Second Amended Complaint (the "Stipulation"), and good cause appearing thereon, hereby grants the Stipulation to extend through and including February 22, 2019 Defendants' time to move, answer or otherwise respond to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE