UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>Relator,<br><br>vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | CASE NO. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATES AND OTHER CASE DEADLINES** |

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATES AND OTHER CASE DEADLINES**

## ORDER

Upon consideration of the Parties' Joint Stipulation to Continue Trial Date and Other Case Deadlines, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The case deadlines shall be as follows:

| Action | Deadline |
|---|---|
| Expert Disclosures | March 12, 2020 |
| Rebuttal Expert Disclosures | April 10, 2020 |
| Discovery Cut-Off & Discovery Motion Hearing Deadline | May 6, 2020 |
| Deadline for Hearing All Other Motions | June 10, 2020 |
| Pretrial Conference | August 31, 2020 at 1:30 p.m. |
| Jury Trial | October 27, 2020 at 9:00 a.m. |

**IT IS SO ORDERED**.

Dated: August 26, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE