1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>Relator,<br><br>vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | CASE NO. 2:15-cv-02245-WBS-AC<br><br>**ORDER TO REMOVE DKT. NO. 75-1 FROM THE DOCKET DUE TO FILING ERROR** |
|---|---|

**[PROPOSED] ORDER TO REMOVE DKT. NO. 75-1 FROM THE DOCKET DUE TO FILING ERROR**

     Based on the stipulation of the parties and good cause appearing IT IS HEREBY ORDERED that Dkt. No. 75-1 be removed from the docket so it is not accessible in the public record.

Dated: July 16, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

1

**[PROPOSED] ORDER TO REMOVE DKT. NO. 75-1 FROM THE DOCKET DUE TO FILING ERROR**