UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MARKUS, | No. 2:15-cv-02245 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| AEROJET ROCKETDYNE HOLDINGS, et al., | |
| Defendants. | |

Before the court is the parties' stipulation to extend discovery deadlines. ECF No. 84. The parties ask for a final discovery motion hearing date of May 21, 2021. ECF No. 84 at 3. The deadline for *hearing* dispositive motions is currently set for June 14, 2021. ECF No. 81. That means that dispositive motions must be filed no later than May 17, 2021. See Local Rule 230(b). It makes no sense to permit the litigation of discovery motions after the dispositive motion deadline has passed. Indeed, the stipulation runs counter to its stated goal of "ensur[ing] that necessary discovery is completed in advance of motions for summary judgment and trial." ECF No. 84 at 2.

////

////

////

1

1 | The parties must seek a new schedule from the District Judge, including a new dispositive
2 | motions deadline, if they wish to extend their time for discovery. The stipulation at ECF No. 84
3 | is hereby DISAPPROVED and the Proposed Order will not be signed.
4 |     IT IS SO ORDERED.
5 | DATED: March 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2