**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation, <br><br> Defendants. | Case No. 2:15-cv-02245-WBS-AC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY DEADLINES** <br><br> JUDGE:       Hon. William B. Shubb <br> COURTROOM:   5 |

Upon consideration of the Parties' Joint Stipulation to Continue Discovery Dates and Other Case Deadlines, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The case deadlines shall be as follows:

| Action | Deadline |
|---|---|
| Discovery Cut-Off & Discovery Motion Hearing Deadline | May 7, 2021 |
| Expert Disclosures | June 4, 2021 |
| Rebuttal Expert Disclosures | June 25, 2021 |

**IT IS SO ORDERED.**

Dated: March 10, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE