1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                  ----oo0oo----

11

12   UNITED STATES OF AMERICA ex rel.    No. 2:15-cv-02245
     BRIAN MARKUS, individually,

13

14              Relator,

15        v.                             ORDER RE: MOTION TO AMEND THE
                                         SCHEDULING ORDER

16   AEROJET ROCKETDYNE HOLDINGS,
     INC., a corporation, and AEROJET

17   ROCKETDYNE, INC., a corporation,

18              Defendants.

19                                  ----oo0oo----

20          Pursuant to this court's Status (Pretrial Scheduling)

21   Order, (Docket No. 70), and the parties' joint stipulation to

22   continue discovery dates and other case deadlines, (Docket No.

23   89), all discovery was to be completed by May 7, 2021, all

24   pretrial motions were to be filed by June 14, 2021, and this

25   matter was set for trial to commence on October 13, 2021.

26   Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet

27   Rocketdyne, Inc. (jointly, "AR") now request to modify the

28

                                       1

1   scheduling order and continue the trial date and corresponding

2   pre-trial deadlines because of the delay in receiving third-party

3   discovery from government agencies.  (See Mot. to Amend

4   Scheduling Order.)(Docket No. 92.)

5          Federal Rule of Civil Procedure 16(b)(4) allows the

6   court to modify its scheduling order for good cause.  The "good

7   cause" standard focuses primarily on the diligence of the party

8   seeking the amendment.  Johnson v. Mammoth Recreations, Inc., 975

9   F.3d 604, 609 (9th Cir. 1992).  "Although the existence or degree

10  of prejudice to the party opposing the modification might supply

11  additional reasons to deny a motion, the focus of the inquiry is

12  upon the moving party's reasons for seeking modification."  Id.

13         Defendants appear to have been sufficiently diligent to

14  support a finding of good cause to modify the current pretrial

15  schedule.  AR has served eleven separate Tuohy requests for

16  documents on six different agencies.  (See Decl. of Jonathan

17  Faria in Supp. of Mot. to Amend ¶¶ 7, 28.)  AR has served

18  Requests for Production, Requests for Admission, and

19  Interrogatories, and has responded to Relator's Requests for

20  Production, Requests for Admission, and Interrogatories.  (See

21  id. at ¶ 4.)  AR has produced 232,628 pages of documents

22  responsive to Relator's requests for production.  (See id. at ¶

23  5.)  AR has produced six witnesses for depositions and has

24  scheduled Relator's deposition to occur before May 7, 2021. (See

25  id.)  However, the government agencies that AR seeks discovery

26  from have not produced all the documents they have agreed to

27  produce, are unable to produce those documents under the current

28  discovery schedule, and have asked for more time to comply.  (See

1   id. at ¶¶ 13, 18, 24, 27-29.)  Once those documents have been

2   produced, AR has confirmed that it will be able to quickly and

3   efficiently depose relevant witnesses.  (See id. at ¶ 29.)  These

4   efforts demonstrate to the court that AR has made a good faith

5   effort to move the case along.

6         Although the court is sympathetic to plaintiff's

7   counsel's concerns about moving the trial date from October 2021

8   to February 2022, as a practical matter, due to the COVID-19

9   pandemic and the backlog of criminal cases, it is extremely

10  unlikely that a three-week civil jury trial on this matter could

11  take place on the currently scheduled date.  Therefore, with the

12  understanding, as represented by defendants' counsel, that there

13  will be no need for further continuances or amendments to the

14  scheduling order, defendants' motion to modify the court's

15  pretrial scheduling order, (Docket No. 92), is GRANTED.  The case

16  deadlines shall be as follows:

17

| Action | Date |
|---|---|
| Party Discovery Cut-Off & Discovery Motion Hearing Deadline | May 7, 2021 |
| Non-Party Discovery Cut-Off & Discovery Motion Hearing Deadline | July 2, 2021 |
| Expert Disclosures | August 6, 2021 |
| Rebuttal Expert Disclosures | August 27, 2021 |
| Deadline for Hearing All | September 20, 2021 |

3

| Other Motions | (must be filed by August 23, 2021.) |
|---|---|
| Pretrial Conference | November 8, 2021 at 1:30 P.M. |
| Jury Trial | February 15, 2022 |

IT IS SO ORDERED.

Dated:  April 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE