**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>　　　　Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE NON-PARTY DISCOVERY CUT-OFF & NON-PARTY DISCOVERY MOTION HEARING DEADLINE** |

Upon consideration of the Parties' Joint Stipulation to Continue Non-Party Discovery Cut-off & Discovery Motion Hearing Deadline, and good cause appearing, **IT IS HEREBY ORDERED THAT** the Non-Party Discovery Cut-Off & Non-Party Discovery Motion Hearing Deadline is continued from July 2, 2021 to July 19, 2021.

**IT IS SO ORDERED.**

Dated: May 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE NON-PARTY DISCOVERY DEADLINE**