PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
RACHEL J. MUOIO
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. BRIAN MARKUS, individually,<br><br>Relator,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation, and<br>AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | CASE NO.  2:15-CV-02245-WBS-AC<br><br>**STIPULATED ADDENDUM TO PROTECTIVE ORDER**<br><br>SAC Filed: January 4, 2019<br><br>Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Allison Claire |

The parties hereby stipulate to and petition the Court to incorporate this Addendum into the Stipulated Protective Order (Dkt. No. 59), filed August 13, 2019:

**2.  DEFINITIONS**

2.9  "HIGHLY CONFIDENTIAL" means information that qualifies as "CONFIDENTIAL" and includes information that contains competitively sensitive Discovery Material of the Designating Party, the disclosure of which may result in competitive harm, including, but not limited to, (i) any business planning, contract negotiations and terms, and research and development activities; (ii) any documents or information relating to or reflective of pricing, including underlying cost data, budgets, and any price-related terms of a party;

**STIPULATED ADDENDUM TO PROTECTIVE ORDER**        1

(iii) any documents or information relating to or reflective of non-public personal, client, or customer information; (iv) information for which disclosure may result in competitive harm for a third party if the Designating Party is under a duty of confidentiality to that third party; (v) information classified as SENSITIVE BUT UNCLASSIFIED ("SBU") in accordance with NASA Interim Directive 1600.55; (vi) information subject to distribution limitations "LIMITED DISTRIBUTION" by the United States Department of Defense ("DoD") including, but not limited to, the limitations mandated by and/or set forth in 10 U.S.C. § 130, Defense Federal Acquisition Regulation Supplement 252.204-7000, DoD Directive 5230.25 (Nov. 6, 1984), and DoD Instruction 5230.24 (Aug. 23, 2012) without prior authorization to release from the DoD; (vii) any information determined by the United States government to be "CLASSIFIED INFORMATION" pursuant to an Executive order, statute or regulation to require protection against unauthorized disclosure for reasons of national defense and foreign relations of the United States; (viii) Contractor Performance Assessment Reporting System ("CPARS") information; and (ix) Aerojet Rocketdyne proprietary information.

2.11    "Non-Party" means any natural person, partnership, corporation, association, agency of the United States government, or other legal entity not named as a Party to this action. The Parties acknowledge the United States is a real party in interest in this action and, notwithstanding, agree to designate agencies of the United States government as "Non-Parties" for purposes of information produced pursuant to the Protective Order.

IT IS SO STIPULATED:

Dated:  June 10, 2021                          PHILLIP A. TALBERT
                                               Acting United States Attorney


                                               By:  /s/ *Rachel J. Muoio*
                                                    COLLEEN M. KENNEDY
                                                    RACHEL J. MUOIO
                                                    Assistant United States Attorneys

**STIPULATED ADDENDUM TO PROTECTIVE ORDER**           2

Dated: June 9, 2021   By: */s/ Tammy A. Tsoumas*
MARK C. HOLSCHER
mark.holscher@kirkland.com
TAMMY A. TSOUMAS
tammy.tsoumas@kirkland.com
KIRKLAND & ELLIS, LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

*Attorneys for Defendants
Aerojet Rocketdyne Holdings, Inc.
and Aerojet Rocketdyne, Inc.*

Dated: June 9, 2021   By: */s/ Gregory A. Thyberg*
GREGORY A. THYBERG
greg@thyberglaw.com
THYBERG LAW
3104 O Street, Suite 190
Sacramento, California 95816
Telephone:   (916) 204-9173

*Attorney for Relator
Brian Markus*

**IT IS SO ORDERED.**

Dated: June 15, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE