# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>    Plaintiff,<br><br>  vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>    Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONTINUE DATES & SET BRIEFING SCHEDULE & HEARING DATE FOR RULE 56 MOTIONS** |

**ORDER GRANTING AMENDED STIPULATION TO CONTINUE DATES & SET BRIEFING SCHEDULE & HEARING DATE FOR RULE 56 MOTIONS**

Upon consideration of the Parties' Amended Joint Stipulation to Continue Dates and Set Briefing Schedule and Hearing Date for Rule 56 Motions, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The deadlines shall be set as follows:

| Action | Date |
| --- | --- |
| Non-Party Discovery Cut-Off & Discovery Motion Hearing Deadline | September 7, 2021 |
| Expert Disclosures | September 17, 2021 |
| Rebuttal Expert Disclosures | October 8, 2021 |
| Deadline to File Rule 56 Motions | September 20, 2021 |
| Deadline to File Oppositions to Rule 56 Motions | October 12, 2021 |
| Deadline to File Replies to Rule 56 Motions | October 25, 2021 |
| Hearing on Rule 56 Motions | November 1, 2021 at 1:30 p.m. |
| Deadline for Hearing All Other Motions | November 1, 2021 |
| Pretrial Conference | January 18, 2022 at 1:30 p.m. |
| Jury Trial | March 15, 2022 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: June 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING AMENDED STIPULATION TO CONTINUE DATES & SET BRIEFING SCHEDULE & HEARING DATE FOR RULE 56 MOTIONS**