UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS, individually,<br><br>    Relator,<br><br>    v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation, and AEROJET ROCKETDYNE, INC., a corporation,<br><br>    Defendants. | No. 2:15-cv-02245<br><br>ORDER |

----oo0oo----

        The parties have filed a joint stipulation regarding sealing procedures in connection with any summary judgment filings.  The parties have stipulated to a procedure whereby any summary judgment materials would be filed initially under seal and then if the party wished for the materials to remain under seal, they would then file a notice of request to seal documents, a request to seal documents, a proposed order, and the materials covered by the request ten calendar days after the hearing date

1

for any summary judgment motions.  Materials would then be unsealed if not included in the later-filed requests to seal.

However, this procedure does not comply with Local Rule 141's requirement that "[d]ocuments may be sealed only by written order of the court, upon the showing required by applicable law." In other words, no document may be filed under seal, or redacted, without a showing that the specific document, or certain contents within, should be redacted or filed under seal.  Accordingly, the court rejects the parties' stipulation without prejudice.  All requests to seal shall follow the procedure set forth in Local Rule 141.

IT IS SO ORDERED

Dated:  September 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2