Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:     (310) 552-4200
Facsimile:     (310) 552-5900

Ashley Neglia (SBN 298924)
ashley.neglia@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Sable Hodson (SBN 313252)
sable.hodson@kirkland.com
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201
Telephone:     (214) 972-1770
Facsimile:     (214) 972-1771

*Attorneys for Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,

Relator,

vs.

AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:15-cv-02245-WBS-AC

**DECLARATION OF TAMMY TSOUMAS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, SUMMARY ADJUDICATION**

Judge:            Hon. William B. Shubb
Hearing Date:  November 1, 2021
Time:             1:30 p.m.
Courtroom:     5

I, Tammy Tsoumas, declare as follows:

1.     I am a partner at Kirkland & Ellis LLP, counsel for Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (together, "Aerojet") in this action. I have personal knowledge of the facts stated in this declaration, and could and would testify competently to them if called upon as a witness. I submit this declaration in support of Aerojet's Motion for Summary Judgment, or, Alternatively, Summary Adjudication, filed concurrently herewith.

## I.     THE GOVERNMENT'S INVESTIGATION AND CIVIL DISCOVERY.

2.     The United States Department of Justice (the "DOJ") served Aerojet with a Civil Investigative Demand ("CID") on January 26, 2017, a true and correct copy of which is attached hereto as **Exhibit 1**. Thereafter, Aerojet made 15 productions to the DOJ, for a total of over 30,000 documents. The DOJ also served Emagined, Inc. and Ernst & Young LLP with CIDs on August 5, 2016 and received documents in response thereto. A true and correct copy of those CIDs are attached hereto as **Exhibits 2** and **3**, respectively.

3.     In the course of its investigation, the DOJ interviewed at least five current or former Aerojet employees. Attached as **Exhibits 4** and **5** are true and correct copies of correspondence between Aerojet's counsel of record and DOJ representatives reflecting logistics for some of those interviews. In addition to representatives from the DOJ, I understand that representatives from the United States Department of the Army (the "Army"), the United States Department of the Air Force (the "Air Force"), the National Aeronautics and Space Administration ("NASA"), among others, participated in those interviews.

4.     Since the DOJ declined to intervene in this action, Relator has served Aerojet with two sets of interrogatories (for a total of 22 interrogatories), two sets of requests for admission (for a total of 239 requests for admission), two sets of requests for production (for a total of 76 requests for production). In response to Relator's requests for production, Aerojet produced 31,939 documents, totaling over 234,000 pages. Relator has also deposed eight current and former Aerojet employees, noticed and took the deposition of Army representative Laurie Hewitt, and participated in depositions of former Department of Defense ("DoD") representatives, Gus Guissanie and Mary

**DECL. OF TAMMY TSOUMAS IN SUPP. OF DEFS.' MOT. FOR SUMM. J., OR, ALTERNATIVELY, SUMM. ADJUDICATION**

Thomas. Relator also served subpoenas on and received document productions from Emagined, Ernst & Young, and Grant Thornton LLP.

5. Attached as **Exhibit 6** is a true and correct copy of the Relator's July 29, 2020 Amended Responses to Aerojet's Second Set of Requests for Admission.

6. Attached as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the Deposition of Brian Markus taken in this matter on May 4, 2021.

7. Attached as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the Deposition of Laurie Hewitt taken in this matter on August 20, 2021.

8. Attached as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the Deposition of Gary ("Gus") Guissanie taken in this matter on September 1, 2021.

9. Attached as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the Deposition of Mary Thomas taken in this matter on August 31, 2021.

10. Attached as **Exhibit 11** is a true and correct copy of e-mail correspondence between myself and attorneys from the DOJ dated September 17, 2021.

II. **PUBLIC DOCUMENTS REGARDING CYBERSECURITY CLAUSES.**

11. Attached as **Exhibit 13** is a true and correct copy of NIST SP 800-53, Revision 4, initially published in April 2013, as updated on January 22, 2014, retrieved from https://csrc.nist.gov/publications/detail/sp/800-53/rev-4/final.

12. Attached as **Exhibit 14** is a true and correct copy of NIST SP 800-171, published in June 2015, retrieved from https://csrc.nist.gov/publications/detail/sp/800-171/archive/2015-06-18.

13. Attached as **Exhibit 15** is a true and correct copy of NIST SP 800-171 Revision 1, published in December 2016, retrieved from https://csrc.nist.gov/publications/detail/sp/800-171/rev-1/archive/2016-12-20.

14. Attached as **Exhibit 16** is a true and correct copy of a DoD Memorandum dated October 8, 2015 titled "Class Deviation—Safeguarding Covered Defense Information and Cyber Incident Reporting," retrieved from http://www.acq.osd.mil/dpap/policy/policyvault/usa005505-15-dpap.pdf.

15.     Attached as **Exhibit 17** is a true and correct copy of a letter dated November 17, 201

with the subject line "DFARS Case 2013-D018; Network Penetration Reporting and Contracting for

Cloud Services," retrieved from https://www.regulations.gov/comment/DARS-2015-0039-0014, and

produced by Aerojet in this action as AR00229110 – AR0022914.

16.     Attached as **Exhibit 18** is a true and correct copy of a presentation titled "Navigating

Unclassified Cyber/Information Security Protections: Network Penetration Reporting and

Contracting for Cloud Services" dated December 2015. This presentation was produced by the Air

Force in this action, on behalf of the OCIO, and is Bates stamped AFDODCIO000578 –

AFDODCIO000607.

17.     Attached as **Exhibit 19** is a true and correct copy of a letter dated January 26, 2017

that was produced by Aerojet in this action as AR00178716 – AR00178722.

18.     Attached as **Exhibit 20** is a true and correct copy of a 49 minute and 27 second video

recording retrieved from https://youtu.be/BumucglrJ_c.[1]

19.     Attached as **Exhibit 21** is a true and correct copy of a certified transcript of the video

reflected in **Exhibit 20** and is Bates stamped AR00232949 – AR00233005.

20.     Attached as **Exhibit 22** is a true and correct copy of a 1 hour, 5 minute and 15 second

video entitled "Cybersecurity Challenges: Protecting DoD's Unclassified Information," retrieved

from https://www.dvidshub.net/video/544122/cybersecurity-challenges-part-1.

21.     Attached as **Exhibit 23** is a true and correct copy of a certified transcript of the video

reflected in **Exhibit 22**.

22.     Attached as **Exhibit 24** is a true and correct copy of a 1 hour, 9 minute and 8 second

video entitled "Cybersecurity Challenges: Protecting DoD's Unclassified Information," retrieved

from https://www.dvidshub.net/video/544132/cybersecurity-challenges-part-2.

23.     Attached as **Exhibit 25** is a true and correct copy of a certified transcript of the video

reflected in **Exhibit 24**.

---

[1] The video reflected in **Exhibit 20** was previously available at https://business.defense.gov/Small-Business/Cybersecurity/.

24.     Attached as **Exhibit 26** is a true and correct copy of a 27 minute and 41 second video entitled "Cybersecurity Challenges: Protecting DoD's Unclassified Information," retrieved from https://www.dvidshub.net/video/544134/cybersecurity-chanllenges-part-3.

25.     Attached as **Exhibit 27** is a true and correct copy of a certified transcript of the video reflected in **Exhibit 26**.

26.     Attached as **Exhibit 28** is a true and correct copy of a 38 minute and 37 second video entitled "Cybersecurity Challenges: Protecting DoD's Unclassified Information," retrieved from https://www.dvidshub.net/video/544136/cybersecurity-chanllenges-part-4.

27.     Attached as **Exhibit 29** is a true and correct copy of a certified transcript of the video reflected in **Exhibit 28**.

28.     Attached as **Exhibit 30** is a true and correct copy of a memorandum entitled "Implementation of DFARS Clause 252.204-7012, Safeguarding Covered Defense Information and Cyber Incident Reporting" dated September 21, 2017.

29.     Attached as **Exhibit 31** is a true and correct copy of a memorandum entitled "Modification of DFARS 252.204-7012, Safeguarding Covered Defense Information and Cyber Incident Reporting" dated December 12, 2017.

30.     Attached as **Exhibit 32** is a true and correct copy of a transcript reflecting of a hearing before the United States Senate, Committee on the Armed Services hearing regarding the DoD Acquisition Reform Efforts held on December 7, 2017, retrieved from https://www.armed-services.senate.gov/download/17-92_12-07-17.

31.     Attached as **Exhibit 33** is a true and correct copy of a 58 minute and 17 second video retrieved from https://www.youtube.com/watch?v=g7nR6lAVgmg&t=9s.[2]

32.     Attached as **Exhibit 34** is a true and correct copy of a certified transcript of the video reflected in **Exhibit 33**, which is Bates stamped AR00233086 – AR00233154.

33.     Attached as **Exhibit 35** is a true and correct copy of a document titled "Audit of Protection of DoD Controlled Unclassified Information of Contractor-Owned Networks and

---

[2] The video reflected in **Exhibit 33** was previously available at https://business.defense.gov/Small-Business/Cybersecurity/.

Systems" dated July 23, 2019, retrieved from https://media.defense.gov/2019/Jul/25/2002162331/-1/-1/1/DODIG-2019-105.PDF.

34. Attached as **Exhibit 36** is a true and correct copy of a document entitled "NPR 2810.1" reflecting an effective date from May 16, 2006 until July 16, 2021, retrieved from https://nodis3.gsfc.nasa.gov/npg_img/N_PR_2810_001A_/N_PR_2810_001A_.pdf.

## III. AEROJET'S CONTRACTS WITH THE GOVERNMENT AND RELATED COMMUNICATIONS

### A. Department of Defense

35. Attached as **Exhibit 37** is a true and correct copy of data retrieved from USAspending.gov.

i. <u>The Air Force and the Defense Advanced Research Projects Agency</u>

a. *Contracts*

36. Attached as **Exhibit 38** is a true and correct copy of a document dated May 10, 2013, produced by Aerojet in this action with the Bates stamp AR00069723 – AR00069797.

37. Attached as **Exhibit 39** is a true and correct copy of a document dated September 29, 2014, produced by Aerojet in this action with the Bates stamp AR00228578 – AR00228589.

38. Attached as **Exhibit 40** is a true and correct copy of a document dated April 8, 2015, produced by Aerojet in this action with the Bates stamp AR00228590.

39. Attached as **Exhibit 41** is a true and correct copy of a document dated September 15, 2015, produced by Aerojet in this action with the Bates stamp AR00225358 – AR00225385.

40. Attached as **Exhibit 42** is a true and correct copy of a document dated September 30, 2014, produced by Aerojet in this action with the Bates stamp AR00005366 – AR00005413.

41. Attached as **Exhibit 43** is a true and correct copy of a document dated October 8, 2015, produced by Aerojet in this action with the Bates stamp AR0022695 – AR00225730.

b. *Payment*

42. Attached as **Exhibit 44** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225074 – AR00225101; AR00225413 – AR00225432;

AR00225435 – AR00225438; AR00225441 – AR00225450; AR00225453 – AR00225460; AR00225463 – AR00225488; and AR00225501 – AR00225504.

43. Attached as **Exhibit 45** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225102 – AR00225154; AR00225352; and AR00223480 – AR00223488.

44. Attached as **Exhibit 46** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225645 – AR00225666; AR00225669 – AR00225676; AR00225679 – AR00225682; and AR00225685 – AR00225694.

45. Attached as **Exhibit 47** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225217 – AR00225234.

46. Attached as **Exhibit 48** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225521 – AR00225558 and AR00225563 – AR00225564.

47. Attached as **Exhibit 49** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225155 and AR00225157 – AR00225171.

48. Attached as **Exhibit 50** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225565 – AR00225596; AR00225599 – AR00225602; AR00225605 – AR00225614; AR00225617 – AR00225622; and AR00225625 – AR00225644.

49. Attached as **Exhibit 51** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225173 – AR00225216; AR00225351; and AR00232629 – AR00232631.

50. Attached as **Exhibit 52** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225732 – AR00225735; AR00225740 – AR00225743; and AR00225746 – AR00225747.

51. Attached as **Exhibit 53** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225235 – AR00225236; AR00225347; and AR00225353.

c.    *Correspondence*

52.    Attached as **Exhibit 54** is a true and correct copy of e-mail correspondence dated July 21, 2014 through July 22, 2014 with the subject line "AR Effort Under XS-1 and DFARS 252.204-7012," produced by Aerojet in this action with the Bates stamps AR00196691 – AR00196694.

53.    Attached as **Exhibit 55** is a true and correct copy of e-mail correspondence dated July 30, 2014 through September 9, 2014 with the subject line "XS-1 Contract Terms Status." This correspondence was produced by the Air Force in this action, and is Bates stamped AIRFORCE_TOUHY00000005 – AIRFORCE_TOUHY00000011.

54.    Attached as **Exhibit 56** is a true and correct copy of e-mail correspondence dated August 7, 2014 with the subject line "FA8650-14-C-7424 Aerojet Clause Issue." This correspondence was produced by the Air Force in this action, and is Bates stamped AIRFORCE_TOUHY00000004.

55.    Attached as **Exhibit 58** is a true and correct copy of e-mail correspondence dated September 10, 2014 through September 15, 2014 with the subject line "Determined Approach Required to Get DARPA XS-1 AR Effort on Contract," produced by Aerojet in this action with the Bates stamps AR00228738 – AR00228741.

56.    Attached as **Exhibit 59** is a true and correct copy of e-mail correspondence dated September 18, 2014 with the subject line "Contract FA8650-14-C-7424 - DFARS Clause 252.204-7012: Alternative Control or Protective Measure," produced by Aerojet in this action with the Bates stamp AR00020999.

57.    Attached as **Exhibit 60** is a true and correct copy of a letter dated September 18, 2014 with the subject line "Contract FA8650-14-C-7424; DFARS Clause 252.204-7012 Safeguarding of Unclassified Controlled Technical Information (Nov 2013); Alternative Control or Protective Measure," produced by Aerojet in this action with the Bates stamp AR00001199 – AR00001203.

58.    Attached as **Exhibit 61** is a true and correct copy of e-mail correspondence dated September 18, 2014 with the subject line "Contract FA8650-14-C-7424 - DFARS Clause 252.204-7012: Alternative Control or Protective Measure." This correspondence was produced by the Air

Force in this action, and is Bates stamped AIRFORCE_TOUHY00000002 – AIRFORCE_TOUHY00000003.

59.    Attached as **Exhibit 62** is a true and correct copy of e-mail correspondence dated September 18, 2014 with the subject line "Contract FA8650-14-C-7424 - DFARS Clause 252.204-7012: Alternative Control or Protective Measure." This correspondence was produced by the Air Force in this action, and is Bates stamped AIRFORCE_TOUHY00000042 – AIRFORCE_TOUHY00000043.

60.    Attached as **Exhibit 63** is a true and correct copy of e-mail correspondence dated September 19, 2014 through September 23, 2014 with the subject line "FA8650-14-C-7424; DFARS Clause 252.204-7012," produced by Aerojet in this action with the Bates stamp AR00037506 – AR00037508.

61.    Attached as **Exhibit 64** is a true and correct copy of a letter dated September 26, 2014 with the subject line "Contract FA8650-14-C-7424; DFARS Clause 252.204-7012 Safeguarding of Unclassified Controlled Technical information (Nov 2013)," produced by Aerojet in this action with the Bates stamp AR00228047.

62.    Attached as **Exhibit 65** is a true and correct copy of e-mail correspondence dated June 17, 2015 with the subject line "DFARS 252.204-7012 Safeguarding of Unclassified Controlled Technical Information," and attaching a document titled "AR Cybersecurity Comments_GBSD Study A," produced by Aerojet in this action with the Bates stamp AR00011837 – AR00011843.

63.    Attached as **Exhibit 66** is a true and correct copy of e-mail correspondence dated June 17, 2015 with the subject line "DFARS 252.204-7012 Safeguarding of Unclassified Controlled Technical Information," produced by Aerojet in this action with the Bates stamp AR00098893 – AR00098894.

64.    Attached as **Exhibit 67** is a true and correct copy of e-mail correspondence dated June 22, 2015 with the subject line "DFARS 252.204-7012 Safeguarding of Unclassified Controlled Technical Information (GBSD Study A)," including an invitation for a June 23, 2015 meeting, and attaching a document titled "AR Cybersecurity Comments_GBSD Study A," produced by Aerojet in this action with the Bates stamp AR00001185 – AR00001193.

65. Attached as **Exhibit 68** is a true and correct copy of e-mail correspondence dated June 23, 2015 with the subject line "GBSD Trade Study A" and attaching a document titled "MN101211 AR DFARS 252 204-7012_GBSD Study A_23 June 2015 Response," produced by Aerojet in this action with the Bates stamp AR00012102 – AR00012109.

66. Attached as **Exhibit 70** is a true and correct copy of e-mail correspondence dated August 20, 2015 through September 4, 2015 with the subject line "Question Submitted by [REDACTED] Regarding OSD CIO"s [*sic*] Review Dated 26 Aug 2015." This correspondence was produced by the Air Force in this action, on behalf of the OCIO, and is Bates stamped AFDODCIO000455 – AFDODCIO000463.

    ii.    <u>The Army</u>

    a.    *Contracts*

67. Attached as **Exhibit 71** is a true and correct copy of a document produced by Aerojet in this action with the Bates stamp AR00227568 – AR00227620.

68. Attached as **Exhibit 72** is a true and correct copy of a document dated December 23, 2015, produced by Aerojet in this action with the Bates stamp AR00234318 – AR00234345.

69. Attached as **Exhibit 73** is a true and correct copy of a document dated October 31, 2016, produced by Aerojet in this action with the Bates stamp AR00234346 – AR00234401.

    b.    *Payment*

70. Attached as **Exhibit 74** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00227458 – 519 and AR00227544 – AR00227558.

71. Attached as **Exhibit 75** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00227520 – AR00227535.

    c.    *Communications*

72. Attached as **Exhibit 76** is a true and correct copy of e-mail correspondence dated August 28, 2014 with the subject line "Conditional Acceptance of W31P4Q-14-C-0157," attaching a document titled "W31P4Q-14-C-0157 (2)," produced by Aerojet in this action with the Bates stamp AR00218263 – AR00218283.

73. Attached as **Exhibit 77** is a true and correct copy of e-mail correspondence dated September 9, 2014 through September 10, 2014 with the subject line "W31P4Q-14-C-0157 (UNCLASSIFIED)," produced by Aerojet in this action with the Bates stamp AR00218287 – AR00218289.

74. Attached as **Exhibit 78** is a true and correct copy of e-mail correspondence dated September 29, 2014 with the subject line "[SECURE] Contract W31P4Q-14-C-0157 DFARS Clause 252.204-7012," and attaching a document titled "BAJ-14-198 DFARS Clause 252.204-7012," produced by Aerojet in this action with the Bates stamp AR00218310 – AR00218315.

75. Attached as **Exhibit 79** is a true and correct copy of e-mail correspondence dated September 29, 2014 through September 30, 2014 with the subject line "Contract W31P4Q-14-C-0157 DFARS Clause 252.204-7012 (UNCLASSIFIED)." This correspondence was produced by the Army in this action, and is Bates stamped ARMY_TOUHY00000002 – ARMY_TOUHY00000006.

76. Attached as **Exhibit 80** is a true and correct copy of e-mail correspondence dated October 2, 2014 with the subject line "DFAR 252.204-7012," produced by Aerojet in this action with the Bates stamp AR00019210.

77. Attached as **Exhibit 81** is a true and correct copy of a memorandum by Laurie Hewitt dated October 1, 2014 regarding Contract # W31P4Q-14-C-0157. This memorandum was produced by the Army in this action, and is Bates stamped ARMY_TOUHY00002660 – ARMY_TOUHY00002661.

78. Attached as **Exhibit 82** is a true and correct copy of a memorandum by Laurie Hewitt dated October 2, 2014 regarding Contract # W31P4Q-15-C-0016. This memorandum was produced by the Army in this action, and is Bates stamped ARMY_TOUHY00002659.

79. Attached as **Exhibit 83** is a true and correct copy of correspondence dated October 27, 2014 through November 14, 2014 with the subject line "AR Response Concerning DRAR [*sic*] 252.204-7012 Compliance," produced by Aerojet in this action with the Bates stamp AR00035398 – AR00035405.

80. Attached as **Exhibit 84** is a true and correct copy of correspondence dated October 27, 2014 through November 24, 2014 with the subject line "DFAR 252.204-7012 Compliance

Issue." This correspondence was produced by the Air Force on behalf of the OCIO, and is Bates stamped AFDODCIO000470 – AFDODCIO000477.

81. Attached as **Exhibit 85** is a true and correct copy of an e-mail dated February 10, 2015 with the subject line "Status of PN 13026949." This correspondence was produced by the Army in this action, and is Bates stamped ARMY_TOUHY00002658.

82. Attached as **Exhibit 86** is a true and correct copy of an e-mail dated March 26, 2015 with the subject line "Army Memo to CIO on DFARS Compliance," and attaching documents titled "Letter to DoD CIO; JRB-14-369 - Letter Describing Compliance with DFARS 252.204-2012;" and "ACC-Redstone Response Memo VM Gus Mod," produced by the Air Force, on behalf of the OCIO, and is Bates stamped AFDODCIO000108 – AFDODCIO000117.

83. Attached as **Exhibit 88** is a true and correct copy of e-mail correspondence dated March 23, 2015 with the subject line "Army Contracting Request." This correspondence was produced by the Air Force in this action, on behalf of the OCIO, and is Bates stamped AFDODCIO000287 – AFDODCIO000288.

84. Attached as **Exhibit 89** is a true and correct copy of an e-mail dated March 12, 2015 through April 2, 2015 with the subject line "DFARS 252.204-7012 Compliance Issue," and attaching a document titled "Redstone Memorandum Signed Apr 2015," produced by the Air Force, on behalf of the OCIO, and is Bates stamped AFDODCIO000001 – AFDODCIO000004.

85. Attached as **Exhibit 91** is a true and correct copy of e-mail correspondence dated April 14, 2015 through April 16, 2015 with the subject line "Compliance Issues with DFARS 252.204-7012 (UNCLASSIFIED)," produced by Aerojet in this action with the Bates stamp AR00218325.

86. Attached as **Exhibit 92** is a true and correct copy of e-mail correspondence dated May 14, 2015 through May 20, 2015 with the subject line "DFARS Clause 252.204-7012." This correspondence was produced by the Air Force in this action, on behalf of the OCIO, and is Bates stamped AFDODCIO000323 – AFDODCIO000326.

87. Attached as **Exhibit 93** is a true and correct copy of e-mail correspondence dated May 27, 2015 through June 15, 2015 with the subject line "DFARS 252.204-7012," and attaching a

document titled "Aerojet Compliance Assessment Matrix," produced by Aerojet in this action with the Bates stamp AR00218335 – AR00218337.

88. Attached as **Exhibit 94** is a true and correct copy of e-mail correspondence dated May 27, 2015 with the subject line "DFARS 252.204-7012," and attaching documents titled "Control List_Aerojet_May2015" and "Mrs. Vicki Michetti Email May 20 2015," produced by Aerojet in this action with the Bates stamp AR00218327 – AR00218333.

89. Attached as **Exhibit 95** is a true and correct copy of e-mail correspondence dated June 30, 2015 with the subject line "Corrected List of Items for DFARS 252.204.7012," and attaching a document titled "DFARS Analysis v2R1," produced by the Air Force, on behalf of the OCIO, and is Bates stamped AFDODCIO000119.

90. Attached as **Exhibit 96** is a true and correct copy of e-mail correspondence dated June 30, 2015 with the subject line "DFARS 252.204-7012 Telecom," produced by Aerojet in this action with the Bates stamp AR00032947.

91. Attached as **Exhibit 97** is a true and correct copy of e-mail correspondence dated July 1, 2015 with the subject line "Telecom with OSD," produced by Aerojet in this action with the Bates stamp AR00180004.

92. Attached as **Exhibit 98** is a true and correct copy of e-mail correspondence dated July 31, 2015 reflecting a conference call with the subject line "DFAR 252.204-7012, Aerojet Status Update for PFRMS," produced by Aerojet in this action with the Bates stamp AR00117501.

93. Attached as **Exhibit 101** is a true and correct copy of e-mail correspondence dated December 23, 2015 with the subject line "Igniters W31P4Q-16-C-0026 UCA," produced by Aerojet in this action with the Bates stamp AR00184266 – AR00184267.

94. Attached as **Exhibit 102** is a true and correct copy of a letter dated March 31, 2016 with the subject line "Defense Federal Acquisition Regulation Supplement (DFARS) Clause 252.204-7012 (Nov 2013), 'Safeguarding of Unclassified Controlled Technical Information,' Applicability to Aerojet, Inc. (AR) Igniter (Part No. 13026949)." This correspondence was produced by the Army in this action, and is Bates stamped ARMY_TOUHY00000012 – ARMY_TOUHY00000013.

95. Attached as **Exhibit 103** is a true and correct copy of e-mail correspondence dated September 18, 2017 through September 20, 2017 with the subject line "Question Regarding DoD Direction for DFARS Compliance." This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000236 – AFDODCIO000237.

      iii.    <u>The Navy</u>

          a.    *Contracts*

96. Attached as **Exhibit 104** is a true and correct copy of a document dated June 9, 2014, produced by Aerojet in this action with the Bates stamp AR00159319 – AR00159359.

97. Attached as **Exhibit 105** is a true and correct copy of a document dated September 30, 2014, produced by Aerojet in this action with the Bates stamp AR00234058 – AR00234119.

          b.    *Payment*

98. Attached as **Exhibit 106** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225809 – AR00225832; AR00225837 – AR00225848; AR00225850 – AR00225852; AR00225857 – AR00225858; and AR00225861 – AR00225890.

99. Attached as **Exhibit 107** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225237 – AR00225254.

100. Attached as **Exhibit 108** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225792 and AR00225802 – AR00225803.

101. Attached as **Exhibit 109** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225891 – AR00225892.

          c.    *Communications*

102. Attached as **Exhibit 110** is a true and correct copy of a letter dated September 30, 2014 with the subject line "DFARS Clause 252.204-7012 Safeguarding of Unclassified Controlled Technical information (Nov 2013); Alternative Control or Protective Measure," that was produced by Aerojet in this action with the Bates stamp AR00228621 – AR00228625.

103. Attached as **Exhibit 111** is a true and correct copy of a letter dated September 30, 2014 regarding "DFARS Clause 252.204-7012 Safeguarding of Unclassified Controlled Technical

information (Nov 2013); Alternative Control or Protective Measure, that was produced by Aerojet in this action with the Bates stamp NAVY_TOUHY00000008 – NAVY_TOUHY00000013.

104.    Attached as **Exhibit 112** is a true and correct copy of the Declaration of Corinna Kinman dated July 19, 2021.

105.    Attached as **Exhibit 113** is a true and correct copy of the Declaration of Knox Millsaps dated June 24, 2021.

106.    Attached as **Exhibit 114** is a true and correct copy of the Declaration of Steve Shultz dated July 28, 2021.

iv.    Other Agencies

107.    Attached as **Exhibit 115** is a true and correct copy of e-mail correspondence dated June 17, 2015 through June 22, 2015 with the subject line "DFARS 252.204-7012 Safeguarding of Unclassified Controlled Technical Information" and attaching a document titled "AR Cybersecurity comments_GBSD Study A," produced by Aerojet in this action with the Bates stamp AR00100182 – AR00100193.

108.    Attached as **Exhibit 116** is a true and correct copy of correspondence dated June 29, 2015 with the subject line "AR101273_Need Additional Info Regarding 252.204-7012 Safeguarding of Unclassified Controlled Technical Information (Nov 2013), HQ0147-15-C-0010" and attaching documents titled "AR101273_AR Response to MDA_DFAR Compliance;" "Compliance Assessment Matrix;" "Compliance Assessment Update for MDA, dated June 30, 2015," produced by Aerojet in this action with the Bates stamp AR00224530 – AR00224537.

109.    Attached as **Exhibit 117** is a true and correct copy of e-mail correspondence dated June 29, 2015 and July 1, 2015 with the subject line "Revised Contract for Signature>>>RE: AR101273_Need Additional Info Regarding 252.204-7012 Safeguarding of Unclassified Controlled Technical Information (Nov 2013), HQ0147-15-C-0010," produced by Aerojet in this action with the Bates stamp AR00032628 – AR00032630.

110.    Attached as **Exhibit 118** is a true and correct copy of e-mail correspondence dated December 17, 2015, with the subject line "MDA Briefing on DFARS 2015 Strategy Outcome,"

Bates stamped AR00218383 and attaching a document titled "151216 DFARS Compliance Strategy Update to MDSSv3," which were produced by Aerojet in this action.

111.    Attached as **Exhibit 119** is a true and correct copy of e-mail correspondence dated December 17, 2015 through December 18, 2015 with the subject line "P00014 Aerojet NCE HQ0147-13-C-0005" and attaching a document titled "P00014 (Rev 1) H00147-13-C-0005," produced by Aerojet in this action with the Bates stamp AR00120470 – AR00120473.

112.    Attached as **Exhibit 120** is a true and correct copy of a letter dated February 4, 2021 attaching a document entitled "DIBCAC Assessment 20-0060," produced by Aerojet in this action with the Bates stamp AR00232900 – AR00232914.

**B.    NASA**

i.    Contracts

113.    Attached as **Exhibit 121** is a true and correct copy of data retrieved from USAspending.gov, reflecting contracts awarded to Aerojet by NASA from February 14, 2013 to June 14, 2021.

114.    Attached as **Exhibit 122** is a true and correct copy of a document dated March 11, 2014, produced by Aerojet in this action with the Bates stamp AR00228141 – AR00228180.

115.    Attached as **Exhibit 123** is a true and correct copy of a document dated June 23, 2014 entitled "NASA Special Approvals and Affirmations of Requisitions, Requisition Number 4200515408," produced by NASA in this action, and is Bates stamped NASA_TOUHY00001124 – NASA_TOUHY00001132.

116.    Attached as **Exhibit 124** is a true and correct copy of a document dated December 15, 2014, produced by Aerojet in this action with the Bates stamp AR00227846 – AR00227852.

117.    Attached as **Exhibit 125** is a true and correct copy of a document dated April 2, 2015, produced by Aerojet in this action with the Bates stamp AR00228328 – AR00228577.

118.    Attached as **Exhibit 126** is a true and correct copy of a document dated July 27, 2015, produced by Aerojet in this action with the Bates stamp AR00227853 – AR00227873.

119.    Attached as **Exhibit 127** is a true and correct copy of a document dated November 19, 2015, produced by Aerojet in this action with the Bates stamp AR00226767 – AR00226825.

120.     Attached as **Exhibit 128** is a true and correct copy of a document entitled "Section J, Attachment J-1 of Contract # NNM16AA02C, titled the Space Launch System Program Liquid Engines Element; R2-25 Production Restart Performance Work Statement," produced by Aerojet in this action with the Bates stamp AR00233620 – AR00233654.

121.     Attached as **Exhibit 129** is a true and correct copy of a document dated December 14, 2015, produced by Aerojet in this action with the Bates stamp AR00227790 – AR00227804.

122.     Attached as **Exhibit 130** is a true and correct copy of a document dated January 15, 2016, produced by Aerojet in this action with the Bates stamp AR00226536 – AR00226557.

123.     Attached as **Exhibit 131** is a true and correct copy of a document dated April 1, 2016, produced by Aerojet in this action with the Bates stamp AR00227217 – AR00227269.

ii.     <u>Payment</u>

124.     Attached as **Exhibit 132** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225913 – AR00225982; AR00226034 – AR00226036; AR00226043 – AR00226071; AR00232836 – AR00232841; and AR00233516 – AR00233517.

125.     Attached as **Exhibit 133** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225256; AR00225258 – AR00225298; and AR00233534.

126.     Attached as **Exhibit 134** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00233609 – AR00233611 and AR00233618 – AR00233619.

127.     Attached as **Exhibit 135** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps stamp AR00233612 – AR00233617.

128.     Attached as **Exhibit 136** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00226072 – AR00226073; AR00226076 – AR00226079; AR00226082 – AR00226115; AR00226118 – AR00226129; AR00226132 – AR00226139; AR00226142 – AR00226157; AR00226162 – AR00226163; AR00226166 – AR00226167; AR00226170 – AR00226177; AR00226180 – AR00226187; AR00233569 – AR00233577; AR00233581 – AR00233589; and AR00233594 – AR00233604.

129.     Attached as **Exhibit 137** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225300 – AR00225338; AR00225354; AR00232632 – AR00232633; and AR00233534.

130.     Attached as **Exhibit 138** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamp AR00226505.

131.     Attached as **Exhibit 139** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamp AR00225339.

132.     Attached as **Exhibit 140** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225340 – AR00225341; AR00226558 – AR00226643; AR00226646 – AR00226651; AR00226656 – AR00226677; AR00226680 – AR00226687; AR00226690 – AR00226691; AR00226694 – AR00226717; AR00226722 – AR00226756; AR00226759 – AR00226766; AR00226927 – AR00226928; AR00226933 – AR00226938; AR00226943 – AR00226944; AR00226947 – AR00226948; AR00226953 – AR00226954; AR00226957 – AR00226972; AR00227633 – AR00227639; AR00233540 – AR00233547; and AR00233607.

133.     Attached as **Exhibit 141** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00227640 – AR00227674; AR00227685 – AR00227686; AR00227689; AR00227693 – AR00227694; AR00227700 – AR00227701; AR00227928 – AR00227993; AR00232844 – AR00232845; AR00232848 – AR00232850; AR00232855; and AR00233607.

134.     Attached as **Exhibit 142** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamp AR00227457.

135.     Attached as **Exhibit 143** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamp AR00227675.

136.     Attached as **Exhibit 144** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00226506; AR00226510 – AR00226515; and AR00226525 – AR00226530.

137.     Attached as **Exhibit 145** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00226516 – AR00226524; AR00232842; and AR00233478 – AR00233479.

138.     Attached as **Exhibit 146** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225062 – AR00225073; AR00226979 – AR00227000; AR00227005 – AR00227008; AR00227011 – AR00227032; AR00227035 – AR00227038; AR00227041 – AR00227052; AR00227057 – AR00227058; AR00227063 – AR00227140; AR00227143; AR00227146; AR00227148 – AR00227153; AR00227156; AR00227270 — AR00227282; AR00227301 – AR00227306; AR00227326 – AR00227328; AR00227337 – AR00227353; AR00227377 – AR00227379; AR00233518 – AR00233533; AR00233549 – AR00233563; and AR00233608.

139.     Attached as **Exhibit 147** is a true and correct copy of documents produced by Aerojet in this action with the Bates stamps AR00225348 – AR00225349; AR00227676; AR00227679 – AR00227684; AR00227687 – AR00227688; AR00227690 – AR00227692; AR00227695 – AR00227699; AR00227702 – AR00227789; AR00232843; AR00232846 – AR00232847; AR00232851 – AR00232854; and AR00233608.

iii.     Correspondence

140.     Attached as **Exhibit 148** is a true and correct copy of April 27, 2018 e-mail correspondence with the subject line "NNC16CA21C - AEPS - DRD 02.016 - Information Technology System Security Plan (ITSSP)," produced by Aerojet in this action with the Bates stamp AR00233424.

141.     Attached as **Exhibit 149** is a true and correct copy of September 24, 2012 e-mail correspondence with the subject line "NASA Requirements," produced by Aerojet in this action with the Bates stamp AR0019019 – AR0019020.

142.     Attached as **Exhibit 150** is a true and correct copy of a document dated December 16, with the title "2013 Contractor Information Technology (IT) Security Management Plan for Contract # NNM06AB13C," produced by Aerojet in this action with the Bates stamp AR00087801 – AR00087801.

143.     Attached as **Exhibit 151** is a true and correct copy of a document dated February 16, 2015 with the title "Contractor Information Technology (IT) Security Management Plan for Contract # NNM06AB13C," produced by Aerojet in this action with the Bates stamp AR00087784 – AR00087791.

144.     Attached as **Exhibit 152** is a true and correct copy of a document produced by Aerojet in this action Bates stamped AR00232666 – AR00232678.

145.     Attached as **Exhibit 153** is a true and correct copy of e-mail correspondence dated June 18, 2015 with the subject line "RS-25 Compliance to IT Security" and attaching a document titled "Section I," produced by Aerojet in this action with the Bates stamp AR00195863 – AR00195881.

146.     Attached as **Exhibit 154** is a true and correct copy of e-mail correspondence with the subject line "Contract NNS15AA43P, B-2 BCCS IT Security Management Plan" and attaching a document titled "Contractor Information Technology (IT) Security Management Plan" dated January 19, 2015, produced by Aerojet in this action with the Bates stamp AR00067320 – AR00067345.

147.     Attached as **Exhibit 155** is a true and correct copy of e-mail correspondence dated July 7, 2015 through February 24, 2016 with the subject line "AR IT Security Management Plan," produced by Aerojet in this action with the Bates stamp AR00067118 – AR00067124.

148.     Attached as **Exhibit 156** is a true and correct copy of e-mail correspondence dated August 31, 2015 with the subject line "Help Needed: RTAPS 2 IT Security Management Plan" and attaching documents titled "NASA External ITSMP Final (3)" and "Application Controls Template IDEA1 (2)," produced by Aerojet in this action with the Bates stamp AR00020974 – AR00020991.

149.     Attached as **Exhibit 157** is a true and correct copy of e-mail correspondence dated October 1, 2015 with the subject line "Contract NNC15BA09B Research and Technologies for Aerospace and Propulsion Systems 2 (RTAPS 2) Information Technology Security Management Plan" and attaching a document titled "NASA External ITSMP FINAL R01," produced by Aerojet in this action with the Bates stamp AR00052674 – AR00052691.

150. Attached as **Exhibit 158** is a true and correct copy of a document dated December 10, 2015 entitled "Contractor Information Technology (IT) Security Management Plan," produced by Aerojet in this action with the Bates stamp AR00232682 – AR00232692.

151. Attached as **Exhibit 159** is a true and correct copy of January 7, 2016 e-mail correspondence with the subject line "Aerojet's Contractor Security Management Plan & Transmittal," produced by Aerojet in this action with the Bates stamp AR00232898.

152. Attached as **Exhibit 160** is a true and correct copy of e-mail correspondence dated February 11, 2016 through February 16, 2016 with the subject line "AR/RS-25 NFARS Compliance," produced by Aerojet in this action with the Bates stamp AR00080746 – AR00080747.

153. Attached as **Exhibit 161** is a true and correct copy of e-mail correspondence dated February 11, 2016 through February 16, 2016 with the subject line "AR/RS-25 NFARS Compliance," produced by Aerojet in this action with the Bates stamp AR00120267 – AR00120269.

154. Attached as **Exhibit 162** is a true and correct copy of a presentation entitled "NASA FARS Security RS-25 Program Compliance Gap Strategy" dated February 16, 2016, produced by Aerojet in this action with the Bates stamp AR00213417.

155. Attached as **Exhibit 163** is a true and correct copy of e-mail correspondence dated February 17, 2016 with the subject line "Info Request Coming from the IG." This correspondence was produced by NASA in this action, and is Bates stamped NASA_TOUHY00000031 – NASA_TOUHY00000032.

156. Attached as **Exhibit 164** is a true and correct copy of e-mail correspondence dated February 17, 2016 through February 18, 2016 with the subject line "Info Request Coming from the IG." This correspondence was produced by NASA in this action, and is Bates stamped NASA_TOUHY00000325 – NASA_TOUHY00000328.

157. Attached as **Exhibit 165** is a true and correct copy of e-mail correspondence dated February 17, 2016 through February 18, 2016 with the subject line "Letters to NNM16AA02C" and attaching documents titled "PS422016-003 Restart_CD-001," "Copy of Comments_RD15-242-01," and "Copy of SLS_ISSO_Input," produced by Aerojet in this action with the Bates stamp AR00023811 – AR00023815.

1    158.    Attached as **Exhibit 166** is a true and correct copy of e-mail correspondence dated

2    February 17, 2016 through June 17, 2016 with the subject line "Info Request Coming from the IG."

3    This correspondence was produced by NASA in this action, and is Bates stamped

4    NASA_TOUHY00000234 – NASA_TOUHY00000237.

5    159.    Attached as **Exhibit 167** is a true and correct copy of e-mail correspondence dated

6    March 3, 2016 through March 7, 2016 with the subject line "AR Telecon Tag up" produced by

7    Aerojet in this action with the Bates stamp AR00232856 – AR00232859.

8    160.    Attached as **Exhibit 168** is a true and correct copy of e-mail correspondence dated

9    March 4, 2016 through March 7, 2016 with the subject line "Contact Info for David and Bruce,"

10   produced by Aerojet in this action with the Bates stamp AR00022459 – AR00022464.

11   161.    Attached as **Exhibit 169** is a true and correct copy of e-mail correspondence dated

12   March 4, 2016 through August 16, 2016 with the subject line "Contact Info for David and Bruce,"

13   produced by Aerojet in this action with the Bates stamp AR00019840 – AR00019849.

14   162.    Attached as **Exhibit 170** is a true and correct copy of e-mail correspondence dated

15   March 4, 2016 through August 16, 2016 with the subject line "Contact Info for David and Bruce,"

16   produced by Aerojet in this action with the Bates stamp AR00019854 – AR00019863.

17   163.    Attached as **Exhibit 171** is a true and correct copy of e-mail correspondence dated

18   March 4, 2016 through October 14, 2016 with the subject line "Contact Info for David and Bruce"

19   and attaching document titled "160930 NASA FARS Compliance," produced by Aerojet in this

20   action with the Bates stamp AR00018615 – AR00018624.

21   164.    Attached as **Exhibit 172** is a true and correct copy of e-mail correspondence dated

22   March 4, 2016 through October 26, 2016 with the subject line "Contact Info for David and Bruce,"

23   produced by Aerojet in this action with the Bates stamp AR00017838 – AR00017850.

24   165.    Attached as **Exhibit 173** is a true and correct copy of e-mail correspondence dated

25   March 3, 2016 through May 11, 2016 with the subject line "AR/RS-25 NFARS Compliance Tag-Up

26   - FINAL CHARTS," produced by Aerojet in this action with the Bates stamp AR00175908 –

27   AR00175915.

28

166. Attached as **Exhibit 174** is a true and correct copy of e-mail correspondence dated July 3, 2016 with the subject line "Requested Plans for NN15CA07C." This correspondence was produced by NASA in this action, and is Bates stamped NASA_TOUHY00000238.

167. Attached as **Exhibit 175** is a true and correct copy of e-mail correspondence dated July 20, 2016 through July 22, 2016 with the subject line "Control Statement on NFS Clause 1852.204-76, Security Requirements for Unclassified Information Technology Resources" and attaching a document titled "160222 NASA FARS-DFARS Compliance Strategy Update to Space Systems V1," produced by Aerojet in this action with the Bates stamp AR00020133 – AR00020135.

168. Attached as **Exhibit 176** is a true and correct copy of e-mail correspondence dated November 2, 2016 through January 23, 2019 with the subject line "IT Security Plan Next-C" and attaching documents titled "NEXT-C-External-ITSSP-Moderate-v1a" and "NEXT-C-External-ITSSP-Moderate-v1a Signed," produced by Aerojet in this action with the Bates stamp AR00228248 – AR00228327.

169. Attached as **Exhibit 177** is a true and correct copy of a letter dated December 21, 2016 with the subject line "CONTRACT NO. NNM16AA12C — Liquid Engines Office (LEO) Element Control Board (ECB) Disposition of Data Requirement Document," produced by Aerojet in this action with the Bates stamp AR00232634.

170. Attached as **Exhibit 178** is a true and correct copy of e-mail correspondence dated January 19, 2017 through January 20, 2017 with the subject line "AR AEPS IT Security Discussion Regarding Plan" and attaching a document titled "170119 NASA FARS Compliance Status, Strategy and Plan," produced by Aerojet in this action with the Bates stamp AR00017993 – AR00018002.

171. Attached as **Exhibit 179** is a true and correct copy of a letter dated January 23, 2017 with the subject line "NNM16AA12C Space Launch System (SLS) Exploration Upper Stage RL10 Engine Contract, DPD 1575, Data Requirement 1575-CD-001, Contractor Information Technology (IT) Security Management Plan, Type 2," produced by Aerojet in this action with the Bates stamp AR00232646 – AR00232657.

172. Attached as **Exhibit 180** is a true and correct copy of e-mail correspondence dated August 27, 2017 through October 18, 2017 with the subject line "NASA AEPS/Next-C Server

Compliance Assessment," produced by Aerojet in this action with the Bates stamp AR00229090 – AR00229098.

173.    Attached as **Exhibit 181** is a true and correct copy of e-mail correspondence dated October 2, 2019 through October 3, 2019 with the subject line "Recent NASA Awards," produced by Aerojet in this action with the Bates stamp AR00229106 – AR00229108.

174.    Attached as **Exhibit 182** is a true and correct copy of the Declaration of Jeffrey Hoyt dated May 3, 2021.

175.    Attached as **Exhibit 183** is a true and correct copy of the Declaration of Matthew Schoewe dated May 3, 2021.

176.    Attached as **Exhibit 184** is a true and correct copy of the Declaration of Vanessa Turner dated June 30, 2021.

177.    Attached as **Exhibit 185** is a true and correct copy of the Declaration of Joseph McCollister dated July 22, 2021.

## IV.    OTHER CONTRACTOR COMPLIANCE

178.    Attached as **Exhibit 186** is a true and correct copy of e-mail correspondence dated August 20, 2015 with the subject line "DFARS 252.204-7012." This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000127 – AFDODCIO000132.

179.    Attached as **Exhibit 187** is a true and correct copy of e-mail correspondence dated August 20, 2015 through November 10, 2015 with the subject line "Exceptions to Clauses." This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000486 – AFDODCIO000494.

180.    Attached as **Exhibit 188** is a true and correct copy of e-mail correspondence dated August 31, 2015 through August 26, 2015 with the subject line "How Long Will It Take for OSD to Review GAP Analysis IAW DFARS Subparts 252.204-7012 & 204.73." This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000225 – AFDODCIO000228.

1  181.  Attached as **Exhibit 189** is a true and correct copy of e-mail correspondence dated

2  September 17, 2015 through September 18, 2015 with the subject line "DFARS 252.204-7008 and

3  252.2014-7012." This correspondence was produced by the Air Force in this action, on behalf of

4  OCIO, and is Bates stamped AFDODCIO000495 – AFDODCIO000496.

5  182.  Attached as **Exhibit 190** is a true and correct copy of e-mail correspondence dated

6  November 13, 2015 through November 14, 2015 with the subject line "FOUO DFARS 252.204-

7  7012 (OCT15) Waiver Request." This correspondence was produced by the Air Force in this action,

8  on behalf of OCIO, and is Bates stamped AFDODCIO000059 – AFDODCIO000060.

9  183.  Attached as **Exhibit 191** is a true and correct copy of e-mail correspondence dated

10  November 18, 2015 with the subject line "[Non-DoD Source] Re: [Redacted]/CIO Telecom" and

11  attaching a document entitled "DFARS/NIST Impact and Status for Implementation," produced by

12  the Air Force, on behalf of OCIO, and is Bates stamped AFDODCIO000064 – AFDODCIO000070.

13  184.  Attached as **Exhibit 193** is a true and correct copy of e-mail correspondence dated

14  November 23, 2015 through December 14, 2015 with the subject line "SPRDL1-15 & SPRDL1-15."

15  This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates

16  stamped AFDODCIO000201 – AFDODCIO000206.

17  185.  Attached as **Exhibit 194** is a true and correct copy of a letter dated November 25,

18  2015 to the Honorable Frank Kendall, III, Under Secretary of Defense. This correspondence was

19  produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped

20  AFDODCIO000842 – AFDODCIO000843.

21  186.  Attached as **Exhibit 195** is a true and correct copy of e-mail correspondence dated

22  December 14, 2015 with the subject line "Safeguarding Controls for SPRDL1-15." This

23  correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates

24  stamped AFDODCIO000199 – AFDODCIO000200.

25  187.  Attached as **Exhibit 196** is a true and correct copy of e-mail correspondence dated

26  December 14, 2015 through December 16, 2015 with the subject line "Safeguarding Controls for

27  SPRDL1-15." This correspondence was produced by the Air Force in this action, on behalf of OCIO,

28  and is Bates stamped AFDODCIO000061 – AFDODCIO000063.

188.    Attached as **Exhibit 197** is a true and correct copy of e-mail correspondence dated December 22, 2015 through December 16, 2015 with the subject line "Responses to Contracting Offices Alts" and attaching a document titled "DFAR KO Request Summary." This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000071 – AFDODCIO000072.

189.    Attached as **Exhibit 198** is a true and correct copy of e-mail correspondence dated February 24, 2016 with the subject line "Notice in Response to DFARS 252.204-7012" and attaching a document titled "DoD CIO NIST 800-171 Notice 022416." This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000832 – AFDODCIO000833.

190.    Attached as **Exhibit 199** is a true and correct copy of e-mail correspondence dated January 23, 2015 through January 28, 2015 with the subject line "N68936-14-D-002 - DFARS Clause." This document was produced by the Navy in this action, and is Bates stamped NAVY_TOUHY00000284 – NAVY_TOUHY00000286.

191.    Attached as **Exhibit 200** is a true and correct copy of e-mail correspondence dated November 16, 2015 through December 22, 2015 with the subject line "Request to Deviate from DFARS 252.204-7012 and 252.204-7008 DEVIATION," and attachment titled "Naval [REDACTED] Office Memo 11192015." This correspondence and its attachment were produced by the Air Force, on behalf of the OCIO, and are Bates stamped AFDODCIO000481 – AFDODCIO000483.

192.    Attached as **Exhibit 201** is a true and correct copy of e-mail correspondence dated April 27, 2016 with the subject line "Notice in Response to DFARS 252.204-7012 - April 2016" and attaching a document titled "DoD CIO NIST 800-171 Notice 042716." This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000835 – AFDODCIO000836.

193.    Attached as **Exhibit 202** is a true and correct copy of e-mail correspondence dated April 27, 2016 with the subject line "Notice in Response to DFARS 252.204-7012 - April 2016."

This correspondence was produced by the Air Force in this action, on behalf of OCIO, and is Bates stamped AFDODCIO000838 – AFDODCIO000839.

194.    Attached as **Exhibit 203** is a true and correct copy of a document entitled "June 2017 NDIA Cybersecurity Survey Interim Results," retrieved from https://www.ndia.org/-/media/sites/ndia/divisions/manufacturing/documents/ndiacybersurveyspring2017.ashx.

195.    Attached as **Exhibit 204** is a true and correct copy of a document entitled "July 2018 NDIA Implementing Cybersecurity in DoD Supply Chains White Paper," retrieved from http://www.ndia.org/-/media/sites/ndia/divisions/manufacturing/documents/cybersecurity-in-dod-supply-chains.ashx?la=en.

196.    Attached as **Exhibit 205** is a true and correct copy of e-mail correspondence dated December 10, 2015 through January 6, 2016 with the subject line "Deviation Request." This correspondence was produced by the Air Force in this action, on behalf of the OCIO, and is Bates stamped AFDODCIO000405 – AFDODCIO000414.

197.    Attached as **Exhibit 206** is a true and correct copy of e-mail correspondence dated December 15, 2015 with the subject line "Urgent Request for DoD CIO Adjudication & Response," attaching documents titled "[REDACTED] Memo Re DFARS 252.204-7012" and "[REDACTED] Memo Re DFARS 252.204-7012 Attachment." This correspondence and its attachments were produced by the Air Force, on behalf of the OCIO, and are Bates stamped AFDODCIO000212 – AFDODCIO000224.

198.    Attached as **Exhibit 207** is a true and correct copy of a document entitled "Complying with NIST 800-171," retrieved from https://www.aia-aerospace.org/wp-content/uploads/2016/05/Fall-17-SMC-DFARS-How-to.pdf.

199.    Attached as **Exhibit 208** is a true and correct copy of a document entitled "AIA Membership Survey: DFARS Cyber Security Compliance," retrieved from https://www.aia-aerospace.org/wp-content/uploads/2016/05/Cyber-Survey-Results.pdf.

200.    Attached as **Exhibit 209** is a true and correct copy of an article titled "Small Contractors Struggle with Cyber Rules" by Corbin Evans published in National Defense on September 4, 2018, retrieved from

1  https://www.nationaldefensemagazine.org/articles/2018/9/4/small-contractors-struggle-with-cyber-
2  rules.

3      201.    Attached as **Exhibit 210** is a true and correct copy of an article titled "New
4  Cybersecurity Standards Pose Challenges for Industry" by Corbin Evans published in National
5  Defense on February 19, 2020, retrieved from
6  https://www.nationaldefensemagazine.org/articles/2020/2/19/new-cybersecurity-standards-pose-
7  challenges-for-industry.

8      202.    Attached as **Exhibit 211** is a true and correct copy of an article titled "Why DoD's
9  Decision to Make Cybersecurity an 'Allowable Cost' Matters" by Jason Miller published in Federal
10  News Network on June 17, 2019, retrieved from https://federalnewsnetwork.com/reporters-
11  notebook-jason-miller/2019/06/why-dods-decision-to-make-cybersecurity-an-allowable-cost-
12  matters/.

13      203.    Attached as **Exhibit 212** is a true and correct copy of the webpage reflected at
14  https://www.nasa.gov/content/cybersecurity-policies.

15      204.    Attached as **Exhibit 213** is a true and correct copy of the Declaration of Samuel P.
16  Morthland and Exhibits A-D attached thereto dated September 16, 2021.

18      Executed on September 20, 2021, in Los Angeles, California.

20                                 /s/ Tammy A. Tsoumas
21                                 Tammy A. Tsoumas