1  THYBERGLAW
2  GREGORY A. THYBERG SBN102132
   3104 O STREET. #190
3  SACRAMENTO, CALIFORNIA 95816
   TEL: (916) 204-9173
4  greg@thyberglaw.com
5
   ATTORNEYS FOR PLAINTIFF, BRIAN MARKUS
6
7
8               UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA: *ex rel.* BRIAN MARKUS<br><br>    Plaintiffs,<br>  vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC. a corporation.<br><br>    Defendants | Civil Action No. 2:15-cv-2245 WBS-AC<br><br>**RELATOR BRIAN MARKUS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date: November 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on November 1, 2021 at 1:30 p.m. in Courtroom 5, before the Honorable William B. Shubb, Senior United States District Judge for the Eastern District of California, Relator, Brian Markus, will move and hereby moves for summary judgment or in the alternative summary adjudication as to count one

**RELATOR'S NOTICE OF MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION**  1
**CASE NO. 2:15-cv-2245 WBS-AC**

of Relator's Second Amended Compliant ("SAC") for promissory fraud in violation of 31 U.S.C. §3729(a)(1)(A) pursuant to Federal Rule of Civil Procedure 56(a). Relator's Motion is based on this Notice of Motion, along with the Memorandum of Points and Authorities, Relator's Statement of Undisputed Material Facts and the Declaration of Gregory A. Thyberg and supporting Exhibits, all filed on September 20, 2021, as well as all of the records in this action or matters of which the Court may take judicial notice, and any further briefing and arguments of counsel heard by this Court.

Dated:  September 20, 2021

Respectfully submitted,

THYBERGLAW

 /s/ Gregory A. Thyberg
GREGORY A. THYBERG
Attorneys for Relator
BRIAN MARKUS