THYBERGLAW
GREGORY A. THYBERG SBN102132
3104 O STREET. #190
SACRAMENTO, CALIFORNIA 95816
TEL: (916) 204-9173
greg@thyberglaw.com

ATTORNEYS FOR PLAINTIFF, BRIAN MARKUS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA: *ex rel.* BRIAN MARKUS<br><br>Plaintiffs,<br>vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC. a corporation.<br><br>Defendants | Civil Action No. 2:15-cv-2245 WBS-AC<br><br>**DECLARATION OF GREGORY A. THYBERG IN SUPPORT OF RELATOR'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date: November 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

I, Gregory A. Thyberg, declare:

1. I am an attorney at law duly licensed in the State of California and I am the attorney of record for the Relator, Brian Markus, in the above-entitled matter and if called as a witness I would and could testify competently as follows:

2. Attached as **Exhibit A** to this declaration are true and correct copies of records produced by the defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (hereafter referred to collectively as "AR") in response to discovery in this case.

3. Attached as **Exhibit B** to this declaration are true and correct copies of records produced by AR's attorneys received in response to a *Touhy* request served on NASA.

4. Attached as **Exhibit C** to this declaration is a true and correct copy of the declaration of Jens Laundrup provided in support of this motion.

5. Attached as **Exhibit D** to this declaration is a true and correct copy of selected portions of the deposition of AR Vice President and Chief Information Officer, Craig Halterman, taken on January 20, 2021 . The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

6. Attached as **Exhibit E** to this declaration is a true and correct copy of selected portions of the deposition of AR Chief Operating Officer, Mark Tucker, taken on December 16, 2020. The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

7. Attached as **Exhibit F** to this declaration is a true and correct copy of selected portions of the deposition of AR Project Manager, Curt Figler, taken on April 30, 2021. The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

8. Attached as **Exhibit G** to this declaration is a true and correct copy of selected

portions of the deposition of AR Vice President of Acquisition, Scott Correll, taken on December 8, 2020. The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

9. Attached as **Exhibit H** to this declaration is a true and correct copy of selected portions of the deposition of AR Vice President of Advanced Space Programs, Julie Van Kleeck, taken on December 3, 2020 . The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

10. Attached as **Exhibit I** to this declaration is a true and correct copy of selected portions of the deposition of AR Vice President of Advanced Defense Programs, Tyler Evans, taken on November 24, 2020. The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

11. Attached as **Exhibit J** to this declaration is a true and correct copy of selected portions of the deposition of AR Director of Program Excellence, Danette Smith, taken on March 12, 2021 . The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

12. Attached as **Exhibit K** to this declaration is a true and correct copy of selected portions of the deposition of AR Vice President and Chief Information Officer, Jose Ruiz, taken on April 2, 2021. The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

13. Attached as **Exhibit L** to this declaration is a true and correct copy of Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc.'s Responses and Objections to Relator's First Set of Requests for Admissions.

14. Attached as **Exhibit M** to this declaration is a true and correct copy of Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc.'s Supplemental Responses and Objections to Relator's Requests for Admissions.

15. Attached as **Exhibit N** to this declaration is a true and correct copy of documents, I received via encrypted transfer from Raytheon Company ("RAYTHEON") pursuant to a subpoena I served on RAYTHEON on December 6, 2019 requesting:

Copies of all invoices you paid to Aerojet Rocketdyne Inc., or Aerojet Rocketdyne Holdings, Inc. for services or products provided in 2014 or 2015 on the following subcontracts:1.Subcontract 4201142786, Prime Contract HQ027615C0003 funded by Dept. of Defense ("DOD"), Missile Defense Agency.2. Subcontract 4201110797, Prime Contract N0002415C5408, funded by DOD, Dept. of the Navy3. Subcontract 4200872466, Prime contract N0002413C5407 funded by DOD, Defense Contract management Agency4. Subcontract 4200885324, Prime contract N0002413C5407 funded by DOD, Defense Contract management Agency. Subcontract 4200884668, Prime contract N0001914C0075 funded by DOD, Defense Contract management Agency6. Subcontract 4200885324, Prime contract HQ027613C0001 funded by DOD, Missile Defense Agency Subcontract4201090733, Prime Contract HQ027613C0001 funded by DOD, Missile Defense Agency

Exhibit N page numbers 002-003, is a calculation of the invoices reflecting payments from RAYTHEON to AR in the amount of $72,457,414.69 and was not part of the records produced by RAYTHEON in response to the subpoena.

16. Attached as **Exhibit O** to this declaration is a true and correct copy of documents, I received from Lockheed Martin Corporation ("LOCKHEED") pursuant to a subpoena I served on LOCKHEED on December 6, 2019

requesting: "Copies of all invoices you paid to Aerojet Rocketdyne Inc., or Aerojet Rocketdyne Holdings, Inc. for services or products provided in 2014 or 2015 on the following subcontracts: Subcontract 4100932305, Prime Contract W31P4Q14C034, funded by DOD, Dept. of the Army. Exhibit O page numbers 002-003, is a calculation of the invoices produced was not part of the LOCKHEED'S response to the records subpoena." Exhibit O page number 002 is a calculation of the invoices reflecting payments from LOCKHEED to AR in the amount of $40,826,893.29 and was not part of the records produced by LOCKHEED in response to the subpoena.

17. Attached as **Exhibit P** to this declaration is a true and correct copy of documents, I received from The Boeing Company ("BOEING") pursuant to a subpoena I served on BOEING on December 6, 2019 requesting: "Copies of all invoices you have paid to Aerojet Rocketdyne of DE Inc., Aerojet Rocketdyne, Inc. or Aerojet Rocketdyne Holdings, Inc. for services or products provided in 2013, 2014 or 2015 on the following subcontract: Subcontract 1023385, NASA Prime Contract NNK14MA75C." Exhibit P page number 002, is a calculation of the invoices reflecting payments from BOEING to AR in the amount of $63,071,110 and was not part of the records produced by BOEING in response to the subpoena.

18. Attached as **Exhibit Q** to this declaration is a true copy of a print out of invoices paid with a calculation of the money paid to AR on prime and

subcontracts that were subject the NASA FARS and DFARS cyber security clauses. The information is taken from usaspending.gov, an official government website that tracks federal spending. Relator requests that the court take judicial notice of this information pursuant to Federal Rule of Evidence 201. The accuracy of this information can be confirmed by accessing the following link: https://bit.ly/3klQhVl

19. The information in **Exhibit Q** was compiled by searching for all NASA contracts with a start date from June 1, 2013 to May 31, 2016. The amounts listed are the amounts the government has paid or is obligated to pay on contracts that started in this period except for contract NNM06AB13C.

20. Contract NNM06AB13C was the existing RS-25 Liquid Eng. & Adaptation contract for which NASA questioned AR about its cybersecurity compliance status as set for in Relator's Statement of Undisputed Material Facts ("UMF) No.71 filed with this motion. AR provided false and misleading statements in a Information Security Management Plan and Information Technology Security Inventories connected with this contract as set for in UMF Nos. 88-104,105-110)

21. According to Exhibit Q, NASA paid AR $4,269,770,516 on the listed NASA Prime and subcontracts.

22. The DOD contracts listed in Exhibit Q were compiled by searching for AR DOD prime or subcontracts with a start date of June 1, 2013 to May 31, 2016. According to usaspending.gov the total amount the DOD has paid or is obligated to pay on these contracts is $2,078,242,523.

23. According to Exhibit Q the total amount the government has paid or is obligated to pay AR for work done on contracts started during the relevant time periods is $6,348,013,039.

I declare under penalty of perjury according to the laws of the State of California that the forgoing is true and correct executed this 20th day of September 2021 at Sacramento, California.

                                            */s/ Gregory A. Thyberg*
                                      Gregory A. Thyberg, Declarant