Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:   (310) 552-5900

Ashley Neglia (SBN 298924)
ashley.neglia@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

Sable Hodson (SBN 313252)
sable.hodson@kirkland.com
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201
Telephone:   (214) 972-1770
Facsimile:   (214) 972-1771

*Attorneys for Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>　　　　　　Relator,<br><br>　　vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**SECOND DECLARATION OF TAMMY TSOUMAS IN SUPPORT OF DEFENDANTS' OPPOSITION TO RELATOR'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Judge:　　　　Hon. William B. Shubb<br>Hearing Date:　November 1, 2021<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5 |

I, Tammy Tsoumas, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel for Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (together, "Aerojet") in this action. I have personal knowledge of the facts stated in this declaration, and could and would testify competently to them if called upon as a witness. I submit this declaration in support of Aerojet's Opposition to Relator's Motion for Summary Judgment filed concurrently herewith.

2. Attached as **Exhibit 214** is a true and correct copy of e-mail correspondence dated September 3, 2014 with the subject line "DFARS External Message Craft" produced by Aerojet in this action with the Bates stamp AR00034791.

3. Attached as **Exhibit 215** is a true and correct copy of e-mail correspondence dated September 3, 2014 with the subject line "Statements for Use re DFARS Compliance" produced by Aerojet in this action with the Bates stamps AR00054148 – AR00054149.

4. Attached as **Exhibit 216** is a true and correct copy of e-mail correspondence dated September 3, 2014 with the subject line "Statements for Use re DFARS Compliance" produced by Aerojet in this action with the Bates stamps AR00061118 – AR00061119.

5. Attached as **Exhibit 217** is a true and correct copy of e-mail correspondence dated September 5, 2014 with the subject line "External DFARS Analysis" and attaching a document titled "DFARS Analysis v1A" produced by Aerojet in this action with the Bates stamps AR00034511 – AR00034512.

6. Attached as **Exhibit 218** is a true and correct copy of e-mail correspondence dated September 5, 2014 with the subject line "DFARS Clause Discussion with ACO (C. Readus)" and attaching a document titled "DFARS Analysis v1A" produced by Aerojet in this action with the Bates stamps AR00034513 – AR00034515.

7. Attached as **Exhibit 219** is a true and correct copy of e-mail correspondence dated September 9, 2014 with the subject line "FA8650-14-C-7424, DFARS 252.204-7012" produced by Aerojet in this action with the Bates stamps AR00062506 – AR00062510.

8. Attached as **Exhibit 220** is a true and correct copy of e-mail correspondence dated September 16, 2014 with the subject line "DFARS Document Input" and attaching a document titled

"DFARS-Customer-140916" produced by Aerojet in this action with the Bates stamps AR00034504 – AR00034505.

9. Attached as **Exhibit 221** is a true and correct copy of e-mail correspondence dated May 21, 2015 with the subject line "[ACTION] IT Security Management Plan for RS-25 Restart Program" produced by Aerojet in this action with the Bates stamps AR00089255 – AR00089256.

10. Attached as **Exhibit 222** is a true and correct copy of e-mail correspondence dated May 29, 2015 with the subject line "RS-25 Production Restart IT Security Management Plan and NASA Requirements" produced by Aerojet in this action with the Bates stamp AR00032824.

11. Attached as **Exhibit 223** is a true and correct copy of the Declaration of Gary Gilmartin in Support of Defendants' Opposition to Relator's Motion for Summary Judgment or in the Alternative Summary Adjudication dated October 11, 2021.

12. Attached as **Exhibit 224** is a true and correct copy of e-mail correspondence dated June 29, 2015 through July 1, 2015 with the subject line "Digital Factory Award" produced by Aerojet in this action with the Bates stamps AR00032631 – AR00032633.

13. Attached as **Exhibit 225** is a true and correct copy of e-mail correspondence dated June 30, 2015 with the subject line "DRAFT RESPONSE MDA response to DFARS 252 204-7012" and attaching a document titled "MDA response to DFARS 252 204-7012" produced by Aerojet in this action with the Bates stamps AR00031959 – AR00031961.

14. Attached as **Exhibit 226** is a true and correct copy of e-mail correspondence dated June 29, 2015 through July 1, 2015 with the subject line "Revised Contract for Signature>>>RE: AR101273_Need Additional Info Regarding 252.204-7012 Safeguarding of Unclassified Controlled Technical Information (Nov 2013), HQ0147-15-C-0010" produced by Aerojet in this action with the Bates stamps AR00032682 – AR00032684.

15. Attached as **Exhibit 228** is a true and correct copy of e-mail correspondence dated July 28, 2015 with the subject line "[ACTION] Customer Communications for DFARS" and attaching documents titled "DFARS 252 204-7012 External Commun Language-v1a" and "DFARS_Analysis_v9" produced by Aerojet in this action with the Bates stamps AR00037029 – AR00037033.

16. Attached as **Exhibit 229** is a true and correct copy of e-mail correspondence dated August 31, 2015 through September 3, 2015 with the subject line "Help Needed: RTAPS 2 IT Security Management Plan" and attaching a document titled "NASA_IT_SMP_Controls" produced by Aerojet in this action with the Bates stamps AR00087884 – AR00087889.

17. Attached as **Exhibit 230** is a true and correct copy of e-mail correspondence dated August 31, 2015 through September 15, 2015 with the subject line "RTAPS 2 IT Security Management Plan" produced by Aerojet in this action with the Bates stamps AR00024263 – AR00024266.

18. Attached as **Exhibit 231** is a true and correct copy of e-mail correspondence dated September 2, 2015 with the subject line "[ACTION] DRAFT - NASA Gap Analysis Executive Summary - Not for distribution - Review & Feedback required" and attaching a document titled "NASA Gap Analysis Report - Executive Summary" produced by Aerojet in this action with the Bates stamps AR00004760 – AR00004764.

19. Attached as **Exhibit 232** is a true and correct copy of e-mail correspondence dated September 22, 2015 with the subject line "GBSD Follow Up" produced by Aerojet in this action with the Bates stamps AR00144003 – AR00144005.

20. Attached as **Exhibit 234** is a true and correct copy of e-mail correspondence dated November 30, 2015 with the subject line "[ACTION] RE: New RS25 Contract DR Forecast Report - Dec '15 - Jan '16" produced by Aerojet in this action with the Bates stamps AR00028749 – AR00028751.[1]

21. Attached as **Exhibit 235** is a true and correct copy of the Declaration of Brian Sweeney in Support of Defendants' Opposition to Relator's Motion for Summary Judgment or in the

---

[1] This e-mail attaches documents titled "RD13-296-18_NEW," "RD15-243," and "RD15-242-01." Aerojet is not relying on any of these attachments in its Opposition. Documents titled "RD13-296-18_NEW" and "RD15-243" are contained within Relator's Exhibit A pp. 314–19 and 331–38 that Relator did not request to be sealed. The parties are meeting and conferring regarding this issue, and Aerojet will be filing a request to seal "RD15-243" before the Reply Briefs are due. Additionally, if the Court would like to review the document titled RD15-242-01, Aerojet will provide it to the Court along with a request to seal because the document contains information subject to the International Traffic in Arms Regulations.

1  Alternative Summary Adjudication dated October 12, 2021.

2      22. Attached as **Exhibit 241** is a true and correct copy of e-mail correspondence dated
3  July 27, 2016 through July 28, 2016 with the subject line "MDA Directive - Cyber Security and
4  Quick Wins" produced by Aerojet in this action with the Bates stamps AR00019938 – AR00019940.

5      23. Attached as **Exhibit 242** is a true and correct copy of a document produced by
6  Aerojet in this action with the Bates stamps AR00194620 – AR00194629.

7      24. Attached as **Exhibit 243** is a true and correct copy of a document produced by
8  Aerojet in this action with the Bates stamps AR00203444 – AR00203480.

9      25. Attached as **Exhibit 244** is a true and correct copy of excerpts from the transcript of
10 the Deposition of Tyler Evans taken in this matter on November 24, 2020.

11     26. Attached as **Exhibit 245** is a true and correct copy of excerpts from the transcript of
12 the Deposition of Julie Van Kleeck taken in this matter on December 3, 2020.

13     27. Attached as **Exhibit 246** is a true and correct copy of excerpts from the transcript of
14 the Deposition of Scott Correll taken in this matter on December 8, 2020.

15     28. Attached as **Exhibit 247** is a true and correct copy of excerpts from the transcript of
16 the Deposition of Mark Tucker taken in this matter on December 16, 2020.

17     29. Attached as **Exhibit 248** is a true and correct copy of excerpts from the transcript of
18 the Deposition of Craig Halterman taken in this matter on January 20, 2021.

19     30. Attached as **Exhibit 249** is a true and correct copy of excerpts from the transcript of
20 the Deposition of Danette Smith taken in this matter on March 12, 2021.

21     31. Attached as **Exhibit 250** is a true and correct copy of excerpts from the transcript of
22 the Deposition of Jose Ruiz taken in this matter on April 2, 2021.

23     32. Attached as **Exhibit 251** is a true and correct copy of excerpts from the transcript of
24 the Deposition of Curt Figler taken in this matter on April 30, 2021.

25     33. Attached as **Exhibit 252** is a true and correct copy of excerpts from the transcript of
26 the Deposition of Brian Markus taken in this matter on May 4, 2021.

27     34. Attached as **Exhibit 253** is a true and correct copy of excerpts from the transcript of
28 the Deposition of Laurie Hewitt taken in this matter on August 20, 2021.

**SECOND DECL. OF TAMMY TSOUMAS IN SUPP. OF DEFS.' OPP. TO RELATOR'S MOT. FOR SUMM. J.**

35. Attached as **Exhibit 255** is a true and correct copy of excerpts from the transcript of the Deposition of Gary ("Gus") Guissanie taken in this matter on September 1, 2021.

36. Attached as **Exhibit 256** is a true and correct copy of e-mail correspondence dated March 2, 2015 with the subject line "Enterprise: Advisory: Email Encryption" produced by Aerojet in this action with the Bates stamps AR00223073 – AR00223074.

37. Attached as **Exhibit 259** is a true and correct copy of e-mail correspondence dated June 30, 2015 with the subject line "AR101273_Need Additional Info Regarding 252.204-7012 Safeguarding of Unclassified Controlled Technical Information (Nov 2013), HQ0147-15-C-0010" and attaching documents titled "AR101273_AR Response to MDA_DFAR Compliance," "Compliance Assessment Matrix," and "Compliance Assessment Update for MDA, dated June 30, 2015" produced by Aerojet in this action with the Bates stamps AR00224530 – AR00224537.

38. Attached as **Exhibit 260** is a true and correct copy of e-mail correspondence dated July 29, 2015 with the subject line "Status Check" and attaching documents titled "DFARS 252 204-7012 External Commun Language-v1c" and "DFARS_Analysis_v9a" produced by Aerojet in this action with the Bates stamp AR00053163 – AR00053167.

Executed on October 12, 2021, in Los Angeles, California.

*/s/ Tammy A. Tsoumas*
Tammy A. Tsoumas