THYBERGLAW
GREGORY A. THYBERG SBN102132
3104 O STREET. #190
SACRAMENTO, CALIFORNIA 95816
TEL: (916) 204-9173
greg@thyberglaw.com

ATTORNEYS FOR PLAINTIFF, BRIAN MARKUS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA: *ex rel.* BRIAN MARKUS<br><br>  Plaintiffs,<br>vs.<br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC. a corporation.<br><br>  Defendants | Civil Action No. 2:15-cv-2245 WBS-AC<br><br>**DECLARATION OF GREGORY A. THYBERG IN SUPPORT OF RELATOR'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date: November 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

I, Gregory A. Thyberg, declare:

1. I am an attorney at law duly licensed in the State of California and I am the attorney of record for the Relator, Brian Markus, in the above-entitled matter and if called as a witness I would and could testify competently as follows:

2. Attached as **Exhibit 1,** to this declaration is a true copy of a transcript of a DOD

cybersecurity training presentation, SBTW17, produced by the defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (hereafter referred to collectively as "AR") in response to discovery in this case.

3. Attached as **Exhibit 2,** to this declaration is a true copy of a transcript of a DOD cybersecurity presentation, SBTW18, produced by AR in response to discovery in this case.

4. Attached as **Exhibit 3,** to this declaration is a true copy of the Amended Complaint filed by AR's managed service provider, CGI Federal Inc., against AR in this court in the case of *CGI Federal, Inc. v. Aerojet Rocketdyne, Inc.,* Case No. 2:20-cv-01781-JAM-KJN.

5. Attached as **Exhibit 4,** to this declaration is a true copy of AR documents AR00180711-13, produced by AR in response to discovery in this case.

6. Attached as **Exhibit 5** to this declaration is a true and correct copy of selected portions of the deposition of retired Army contracting officer, Laurie Hewitt, taken on August 20, 2021. The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

7. Attached as **Exhibit 6** to this declaration is a true and correct copy EY-AEROJET-00030350, produced by Ernst &Young ("EY") in response to a subpoena for in this case for records in EY's possession related to AR.

8. Attached as **Exhibit 7,** to this declaration is a true copy of documents AR00025719-28, produced by AR in response to discovery in this case.

9. Attached as **Exhibit 8,** to this declaration is a true copy of documents produced by

NASA in response to a Touhy request in this case.

10. Attached as **Exhibit 9,** to this declaration is a true copy of documents produced by the ARMY in response to a Touhy request in this case.

11. Attached as **Exhibit 10,** to this declaration is a true copy of an AR press release dated April 10, 2017, printed from the press release archive on AR's website.

12. Attached as **Exhibit 11** to this declaration is a true and correct copy of records GT0000-00053, produced by Grant Thornton ("GT") in response to a subpoena for in this case for records in GT's possession related to AR.

13. Attached as **Exhibit 12** to this declaration is a true and correct copy of press release issued by the Department of Justice on October 6, 2021.

14. Attached as **Exhibit 13** to this declaration is a true and correct copy of selected portions of the deposition of retired DOD CIO official, Gary Guissanie, taken on September 1, 2021. The full copy of this transcript will be provided to the court pursuant to Local Rule 133(j).

I declare under penalty of perjury according to the laws of the State of California that the forgoing is true and correct executed this 12th day of October 2021 at Sacramento, California.

/s/ *Gregory A. Thyberg*
Gregory A. Thyberg, Declarant

Declaration of Gregory A. Thyberg In Opposition To Defendants' MSJ/Adjudication
CASE NO. 2:15-cv-2245 WBS-AC

3