# EXHIBIT "1"



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12     United States of America v Aerojet Rocketdyne
13     Holdings, Inc.
14     SBTW17: Cybersecurity - Department of Defense Small Business
       Training Week
15     Source: https://business.defense.gov/Small-Business/Cybersecurity/
16
17
18
19
20
21
22
23
24     PAGES 1 - 45
25
                                                         Page 1
```

EXHIBIT 1

AR00232949

```
 1                    WOMAN 1:   Our next session will be
 2      cybersecurity, presented by Ms. Vicki Michetti,
 3      who is from the Department of Defense CIO office,
 4      and Ms. Mary Thomas, of the DPAP office.
 5                    VICKI MICHETTI:  Good afternoon,
 6      everyone.  My name is Vicki Michetti.  I work for
 7      the DoD CIO.  And I'm here with Mary Thomas,
 8      who's from the Defense Procurement office.  And
 9      we're here to talk to you about how DoD is
10      protecting our unclassified cyber -- our
11      unclassified information.
12                    So this is what we're going to cover
13      today.  We are going to talk a little bit about
14      cybersecurity and why it's important, then we'll
15      talk about what DoD is actually doing and we'll
16      get into the details of a DFARS clause that was
17      put together back in 2013 and updated recently,
18      and it's gotten a lot of attention by our defense
19      contractors.  And we'll summarize it with a
20      little bit of resources for people to be able to
21      go to, and then we'll take any questions.
22                    Okay, so I think that not a day goes by
23      when there's not some sort of cyber event being
24      reported in the news.  You see it everywhere, you
25      hear -- whether it's personal or if it's
```

Page 2

EXHIBIT 1

AR00232950

```
 1    businesses, you've got Target, you've got Sony,
 2    you have OPM.
 3              There's plenty of examples out there of
 4    where cyber threats have been targeting industry
 5    and stealing personal information, proprietary
 6    information, developmental information, anything
 7    that they can get and exploit.  Cybersecurity
 8    incidents are on the rise.  It's an easy, cheap
 9    way to steal somebody else's intellectual
10    property.
11              So it's very costly.  It costs
12    companies over $400 billion a year to clean up
13    and recover from that.  And some companies don't
14    recover, and certainly some CIOs out there don't
15    recover either.
16              We've seen an increase in cybercrime.
17    If you think about all the hospitals who have had
18    ransomware issues and things like that.  And the
19    reality is that most of the time it's a financial
20    or an espionage motive.
21              So why do we care about that?  Well,
22    the Defense Industrial Base makes all of our
23    capabilities.  Defense -- Department doesn't
24    build ships, we don't build planes, we don't
25    build weapons, but we contract for that.  And so
```

Page 3

EXHIBIT 1

AR00232951

1   it's very important to us to ensure that the
2   information, that proprietary or developmental
3   information is protected when it's in the hands
4   of our industry partners.

5           In the end, what we know is the
6   adversary finds this to be very lucrative, that
7   they can come in, steal a significant amount of
8   data, and then use it to either clone our
9   capabilities, get ahead of us in leap-ahead
10  technologies, or counter us, and we don't want to
11  find out about that when we're out on the battle
12  space and our war fighters' lives are at risk.

13          So it's very important to the
14  department that we are taking steps to protect
15  that data any way that we can.  Now because we do
16  rely on the Defense Industrial Base to build all
17  these capabilities, we're pushing data out to
18  them that needs to be protected.

19          And it's living and hosted, it is
20  either transiting, it's somewhere resident in
21  their privately owned networks.  So DoD has a
22  limited amount of ability to affect how that data
23  is protected.  One such way that we have done
24  that is with the DFAR clause that we're going to
25  start to talk about.

Page 4

EXHIBIT __/__

AR00232952

1              So how we are looking at this is a
2    range of activities that include both regulatory
3    and voluntary programs.  We are trying to secure
4    DoD's information systems every day, as well as
5    making sure that our contractor base is also
6    securing their information systems to protect our
7    information.
8              We have some voluntary threat programs,
9    and we're also leveraging federal standards so
10   that there's consistency as a contractor works
11   for many different government agencies as well as
12   across the department.
13             So some of you I know are not DoD in
14   the room and you may be thinking why do I care.
15   Well, one of the reasons you might want to be
16   thinking about this is when we talk about NIST
17   800-171, NARA is intending to use 800-171 as the
18   standard to protect all controlled unclassified
19   information, as they implement it for the federal
20   government.
21             And what it's going to end up looking
22   at is a FAR clause that would be pushed out to
23   all federal contractors that would hold them
24   accountable to being compliant with the security
25   standards in this publication.  So we're going to

                                        Page 5

EXHIBIT __/__

AR00232953

1   talk a little bit more about that publication
2   today.
3                   MARY THOMAS:  So what we like to do
4   when we start talking about what kinds of
5   requirements are in place to protect our
6   information, is to start at ground zero and just
7   kind of lay out the whole spectrum of
8   possibilities.  We realize that there are many
9   stakeholders in this space and not everybody are
10  cybersecurity experts.
11                  So we deal often with contracting
12  people, we deal with folks from across all parts
13  of industry.  We do deal with some security
14  experts, PMs and PEOs and everybody comes to it
15  from a different perspective.
16                  And we have found that it's important
17  to just highlight the fact that how we protect
18  information on a government information system or
19  network is very different than how we protect
20  information or ask contractors to protect
21  information on their internal contractor
22  information systems.
23                  So this chart just sets a stage for
24  that.  We're going to focus mostly on the gray
25  area today, and something called covered defense

                                            Page 6

EXHIBIT  /

AR00232954

1    information, which is the information that the

2    department wants to -- protected on contractors'

3    unclassified information systems.

4                    The DFARS rule that Vicki mentioned

5    earlier is called Network Penetration Reporting

6    and Contracting for Cloud Services.  There's five

7    different pieces to this rule.  There's two

8    provisions, three clauses.  But what we're going

9    to focus on largely today is the DFARS clause

10   252.204-7012.

11                   It is something that goes into all

12   solicitations and contracts except for commercial

13   off-the-shelf items.  And it requires contractors

14   to protect their covered defense information,

15   which we'll give you a good definition for today

16   as well.

17                   We're happy to address questions that

18   you might have through the other aspects of this

19   rule as well, and we'll touch on cloud a little

20   bit just to see if there's any questions out

21   there.

22                   For the clause that we're talking

23   about, safeguarding covered defense information,

24   it actually was first published in November of

25   2013, so it's been around for a while.  When we

                                          Page 7

EXHIBIT /

AR00232955

1  first published it, it was focused on

2  unclassified controlled technical information.

3            As we published iterations of that

4  rule, we broadened the scope of what was covered

5  because we found people needed more than just the

6  unclassified controlled technical information

7  protected, and we wanted to ensure that the same

8  protections were required for all of the

9  information.

10           We wanted to give industry a single

11  solution to protecting all of the information so

12  that we didn't have government organizations

13  across DoD asking for them to do different things

14  on their single information system.  So we

15  broadened it to capture more information, which

16  we'll show you a little bit about next.

17           We also over time changed what

18  protections they needed to put in place.  In

19  November of 2013, the only protections we had to

20  select from was from NIST Special Pub 853.  And

21  if anybody is familiar with that, that's actually

22  a document that is focused on protecting

23  government systems, it's very federalistic and it

24  gives lots of how to.

25           Very prescriptive in terms of how to

                                        Page 8



EXHIBIT __1__

AR00232956

1   protect your information system.  Not always

2   something that makes sense for industry, who is

3   dealing with an existing information system which

4   holds way more than just our weapon system

5   information.  They're doing a lot more with their

6   systems.

7                  So the folks at NIST put together

8   something called Special Pub 800-171 protecting

9   controlled, unclassified information on non-

10  federal systems.  It is much more performance-

11  based, if you will, and it allows flexibility in

12  how a contractor or subcontractor will apply

13  those requirements.  How they decide to meet the

14  requirement that's in 171 is going to be based on

15  what kind of systems they have, where they are,

16  how many customers, how many employees, and so

17  forth.

18                  So it's much more flexible, and much

19  more realistic for us to ask industry to

20  implement.  Other changes that we made as we

21  moved forward with the rule, we gave them extra

22  time to implement the standards.  So right now

23  industry has until December 31, 2017, to get

24  these requirements in place on their information

25  systems.  And Vicki's going to talk to you a

Page 9

EXHIBIT __1__

AR00232957

1   little bit about how we're managing that process.

2                  I mentioned that we would talk to you

3   about covered defense information.  This gets

4   tons of questions wherever we go, and this last

5   final version of the clause actually clarified it

6   a bit.  So there are several things to know about

7   covered defense information.

8                  First of all, it's not some special

9   type of information, it's just a term that we use

10  to identify the information that needs to be

11  protected in our DoD contracts.  So it's not like

12  you're going to look it up and find it as a

13  category that has special requirements.  We're

14  just using it to capture what we want protected.

15                 We also have identified the fact that

16  in order for it to need to be protected, you

17  would probably find it in the CUI registry.

18  That's because the CUI registry, by definition,

19  can only contain things that require safeguarding

20  and dissemination controls.

21                 So CDI -- Controlled Defense

22  Information isn't the same as CUI, we just use

23  that registry to say this is the universe of

24  information that might become CDI, it's something

25  that the government might want to protect.

                                        Page 10

EXHIBIT   /

AR00232958

1          Second, the government -- the

2    Department of Defense in this case -- needs to

3    identify in the contract the fact that there is

4    information in this contract that needs to be

5    protected.

6          So you might often hear industry

7    complain that they now have the requirement to

8    decide what information needs to be protected,

9    and that's why we made this very clear in the

10   final rule that the responsibility is on the

11   program office, on the requiring activity to

12   identify what information needs to be protected.

13          And we tell our contracting officers

14   that it's their responsibility to make sure that

15   the program office is giving them that

16   information.

17          Finally, if it's information that's not

18   being provided to industry, we still need to

19   protect the information that industry might

20   develop as part of the effort.  And so that also

21   would be identified in the contract, that this

22   contract, this effort is going to require you to

23   deal with information that will have to be

24   categorized as covered defense information.

25          VICKI MICHETTI:  Okay, so when they

Page 11

EXHIBIT  /

AR00232950

1     have identified what this information would be,
2     then the contractor is required to provide
3     adequate security for that information.  And we
4     have defined adequate security as, at a minimum,
5     to have the network or information system on
6     which that information resides to be compliant
7     with the safeguards that are in NIST 800-171.
8                     So this would be their own privately
9     owned systems, this is not a system operated on
10    behalf of the department.  It would be a system
11    that they own and perhaps they use -- more than
12    likely use for all of their practices whether
13    they're contracting for DoD or commercial or
14    otherwise.
15                    Now there may be situations where the
16    requiring activity or the program office feels
17    like that baseline security is not sufficient,
18    and they could then in fact add additional
19    security requirements on top of those
20    requirements in 800-171.
21                    But they would need to identify that in
22    the contract, and that would be in addition to
23    the language that's in the clause already today.
24    So we're going to go on to this card.
25                    So a little bit more about 800-171.  As

Page 12

EXHIBIT __

AR00232960

1   Mary said, it was developed specifically for
2   contractors to use on their already established
3   information systems.  It doesn't have such
4   specificity that we had in 800-153.  It's very
5   broad.
6              It allows a contractor to be able to
7   figure out if they're actually doing an activity
8   or have some kind of capability to secure their
9   systems and meet those requirements without it
10  being prescriptive.  So as Mary said, they're
11  performance based requirements and they're more
12  easily applied to their existing systems.
13              And finally, it allows us a
14  standardized process across the federal
15  government, and as I said in the beginning, we do
16  expect that NERA is going to be issuing a federal
17  rule sometime, maybe after the rule freezes are
18  up, and we'll be able to move forward in the
19  regulatory process.  Because their intent was to
20  do it this calendar year.
21              I don't know that that's necessarily
22  going to happen, but they're definitely going to
23  work towards that.  But the intent is to use this
24  same standard, the 800-171, for all federal
25  contracts.

Page 13

EXHIBIT __1__

AR00232961

1           So a little bit more about how a

2    business would approach this.  We understand

3    there's a lot of concern in the small business

4    that this is really hard to do and we're not

5    going to be able to do it, and we're not going to

6    be able to do business with DoD.

7           And so we want to start -- tell each

8    small business company to look at the

9    requirements.  Sit down and read through the

10   publication.  There are 110 security requirements

11   in NIST 800-171.

12           It is not as overwhelming as they think

13   it is, and if they sit down and read through it

14   they're going to be able to go in and say I do

15   this, I think I do this, and I'm going to have to

16   check on this one, and maybe I know I don't do

17   this.  And they can start to build their plan so

18   that they can become compliant in a reasonable,

19   responsible amount of time.

20           So one of the things to understand is

21   not every one of the requirements requires a

22   material solution.  A lot of them are policy or

23   process requirements, making sure that they have

24   a way to check and know that certain things are

25   happening on their systems.

Page 14

EXHIBIT  __1__

AR00232962

1                    And particularly for small business, a

2      lot of times it doesn't make a lot of sense.  If

3      I tell you you need to have an inventory of all

4      of your IT assets, if you're a very large company

5      like Lockheed Martin with hundreds of thousands

6      of IT systems, they're going to probably want to

7      go with an automated inventory system and

8      capability.

9                    If you're a very small company with,

10     say, 10 people and a few laptops and a couple of

11     iPhones, you can probably do that manually and

12     just take a check and go through and make sure

13     that you know where all of your assets are.

14                    So there's a lot of different ways to

15     approach this, and that's one of the things -- we

16     want to encourage small business to sit down a

17     read through the requirements, determine what's

18     readily accomplished now, and what needs to be an

19     IT solution, and then develop their plan of

20     action and milestones so that they can satisfy

21     those requirements.

22                    Our next slide is a chart that shows

23     how we've binned all these requirements.  The

24     requirements are aligned like 800-53, with the

25     categories, and if you see 3.11, 3.12 and some of

Page 15

EXHIBIT __/__

AR00232063

1    the other stuff -- there's 110 all together.

2                    The key point is the yellow ones are

3    policy and process ones.  The blue ones we think

4    are more of configuration -- how are you setting

5    up your IT network.  And then you have some

6    things that are more software or hardware

7    solutions.

8                    If you kind of look at it this way,

9    it's not a I'll go out and purchase a capability.

10   It's not intended to do that.  It's intended to

11   look at your network and your system, see what

12   you have in place, and then figure out what you

13   need to do to move forward.

14                   MARY THOMAS:  So we've been out on the

15   road often, different audiences, different groups

16   of stakeholders, and we get many questions.  So

17   as a result we have over 50 frequently asked

18   questions published at the DPAP website.  But

19   there are some that we pulled out because we feel

20   like almost every single audience asks about

21   them.

22                   When dealing with industry they always

23   ask, you know, who's going to come and monitor

24   our systems to see if we're actually implementing

25   171.  And so that is not going to happen.  The

                                              Page 16

EXHIBIT __1__

AR00232964

1  department, when publishing this DFARS rule,

2  realized that there is no conceivable way for us

3  to deal with the volume of contractors and

4  subcontractors that we have to deal with to be

5  able to go out and do a hands-on inspection of

6  their systems.

7              So that is not the intent.  People also

8  ask if they should get a third party assessor to

9  assess their systems.  And if the department

10 would then accept the certification from third

11 party assessors.  The department's position is

12 that they will not recognize third party assessor

13 certifications.

14             And that's because then the department

15 would need to be in the business of certifying

16 the third party assessors.  As Vicki mentioned,

17 depending on the size and complexity of the

18 systems we're talking about, many of these things

19 don't require big hardware changes or things that

20 would require that level of expertise.

21             That's not to say that someone might

22 not be able to bring someone in to help them get

23 their system into compliance, but ultimately like

24 any other clause in a contract, it's the

25 contractor that needs to attest to the fact that

Page 17

EXHIBIT  1

AR00232985

1    they meet the terms of the contract.

2                    An additional question in that line is

3    that there are no penalties or remedies different

4    than how you would deal with any other contract

5    clause.  So the way that we have oversight of

6    this requirement is the same type of oversight

7    that you would have for any other contract

8    clauses that are in place.

9                    So we tried to emphasize that fact a

10   lot.  We know people are out there being asked to

11   you know, take on third party assessors and

12   getting certifications and we know people are

13   actually doing it.  But it's important for us to

14   know that that is not what is required of

15   industry.

16                    What we do have in place now is a new

17   requirement that came out in the revision to 171.

18   I want to say in the October, summer timeframe,

19   sorry.  So this is the 110th requirement in 171,

20   and it's a requirement for the contractor to have

21   a System Security Plan.

22                    What the System Security Plan -- is the

23   vehicle they use to document how -- what they're

24   doing to protect their information system.  So

25   this is a place where they document how they

                                            Page 18

EXHIBIT  1

AR00232966

1   implement the requirements in 171.  It does not

2   say that they have to provide this to the

3   government, but the government may ask for the

4   contractor to submit his System Security Plan.

5              So this is a very good way for program

6   offices and requiring activities who have a high

7   level of risk and really need to know ahead of

8   time the state of a contractor's information

9   system, they can request the System Security

10  Plan,  either in the solicitation, it could be

11  part of the source selection process.

12             There's a variety of ways that you

13  could use this plan to address the state of their

14  information system.  It's also important to know

15  that at any given moment it's virtually

16  impossible for a contractor to be in 100 percent

17  compliance with 171 because it's a very liquid

18  type of system.

19             Things change, they might have

20  temporary deficiencies, things that they're

21  working towards, things that just haven't gotten

22  in place yet.  So along with the System Security

23  Plan, you would also document plans of action and

24  milestones.

25             And that is also something that the

Page 19

EXHIBIT  /

AR00232967

1  government can ask for -- if they don't have all
2  of the requirements implemented, they can ask for
3  their plan of action.  And then it becomes like,
4  a risk-based decision for our requiring
5  activities and program offices to decide, is that
6  system going to protect their information to the
7  degree that they believe it needs to be
8  protected.
9             So that's a new requirement but we
10  think it's very important, especially with the
11  December 31st, 2017, deadline approaching for
12  industry.  So what this might say is if there is
13  a -- for a very large company who needs to
14  implement multi-factor authentication across
15  hundreds of thousands of employees, they might
16  need to have a process in place with how that's
17  going to happen.
18             And it might take longer than 2017 to
19  get there.  They would document that in their
20  System Security Plan.  What's interesting about
21  the System Security Plan is that the NIST 800-171
22  says that the System Security Plan documents how
23  the contractor is implementing 171.
24             And our DFARS rules says that the
25  contractor must implement 171.  It doesn't say

Page 20

EXHIBIT  /

AR00232968

1     that they need to be in 100 percent compliance
2     100 percent of the time.  So this is a very good
3     addition, I think you will find from industry's
4     perspective and from the government's perspective
5     as well.
6                         VICKI MICHETTI:   So a few other things
7     in the clause.  Because as a department we
8     basically had about a two year period from 2015
9     when we put out the interim rule until it was
10    final, and then having extended the requirements
11    to be compliant until December of 2017, you had
12    almost two years for industry to work on it.
13                        But we were a little bit concerned that
14    perhaps industry might not jump on those 110
15    security requirements right away, and they might
16    wait until say, December of 2017 to start that
17    process.  So in order to make sure that they were
18    working towards being compliant, we put in a
19    requirement that within 30 days of a contract
20    award they needed to report to the DoD CIO the
21    requirements they were not yet compliant with.
22                        Okay, so what we have been able to do
23    is since about February of last year is see the
24    evolution and the growth and industry becomes
25    more and more compliant, as they start working

                                        Page 21

EXHIBIT  /

AR00232969

1   through all of those requirements and starting to

2   put in place solutions that satisfy those

3   requirements.

4                    Now with small business, it's a mix.

5   What I've seen is some small businesses are doing

6   extremely well and are almost all fully compliant

7   because it was easier for them to implement some

8   of the solutions than some of the very large

9   companies.

10                   And then I have other small businesses

11  who really just aren't there yet and haven't

12  figured it out.  So you have a full spectrum, but

13  we have seen across the board a lot of very good

14  progress being made toward being compliant with

15  all of the requirements.

16                   So that was the first part of it, is

17  just being able to have a sense of how well

18  industry was doing.  The second thing is we

19  recognize that there might be situations where a

20  security requirement would not be applicable for

21  a particular system.

22                   And the best example I can give to you

23  of that is if you -- you don't want to have a

24  system time out if that system is the one that's

25  the heart monitor system and it's keeping

Page 22

EXHIBIT /

AR00232970

```
 1    somebody alive.

 2                    So that's one of those things where you

 3    don't want to have -- you don't want to implement

 4    that security requirement on that system.  So

 5    what we asked industry to do is to tell us when

 6    it's not applicable and explain to us why.  And

 7    there are lots and lots of those types of things

 8    that we're seeing.

 9                    There are some diagnostic machines on a

10    flight line.  There's you know, manufacturing

11    processes where if you had -- if the system timed

12    out it would totally mess up the entire

13    production line.  So those are things that we

14    know about and that we just tell industry now,

15    please document that and put it into your System

16    Security Plan.

17                    The other option out there was, there

18    is always the potential that for some reason this

19    body of requirements wouldn't work for an

20    industry, and we wanted to make sure that if they

21    asked to implement something different than that,

22    that they would get one response from the

23    Department of Defense.

24                    Because a company has one information

25    system generally, if you generalize it.  One
```

Page 23

EXHIBIT  1

AR00232971

1   network, many, many contracts with many DoD

2   components. And if you went to each contracting

3   officer, I would guarantee you, you would get a

4   different answer from each one about whether that

5   was okay or what you should do differently.

6                    So we recognized that when we wrote the

7   clause and made sure that we had a single place

8   to adjudicate all of those. So that is done, and

9   actually in my office for the CIO. So we don't

10  get too many of those today because 800-171 is

11  easier to work with than the 800-53 requirements

12  we had back in 2013.

13                   It's pretty rare for us to get someone

14  request for an alternative, and what we have

15  found is when they do submit it, generally we say

16  that that looks like you're compliant with the

17  requirement, we don't think you need an

18  alternative to be approved. But it has been

19  effective to kind of normalize the responses and

20  make sure that they get consistent responses.

21                   So another feature of the clause is

22  cyber incident reporting. If an incident occurs

23  on their network where there's covered defense

24  information or if there's an incident occurs that

25  prevents them from providing what we've told them

                                                Page 24

EXHIBIT   1

AR00232972

1    is operationally critical support, they're

2    required to report that cyber incident to the

3    department, and at which point we will take

4    certain actions.

5                    And it is not a contractual action at

6    that point, it is an internal action within the

7    department to understand the impact of that cyber

8    incident on the DoD's military operations.  So if

9    it's operation critical support and they can't

10   provide it, the DoD needs to know that because

11   we're depending upon that in a war fighting

12   situation or whatever contingency that may be

13   happening.

14                    If it effects the covered defense

15   information, we find out that all of the very

16   sensitive information that had to do with the

17   development of a capability of our weapons system

18   was now exfiltrated by an adversary, we also need

19   to know that.  And we need to go back and assess

20   what we call the damage.  And we have a slide on

21   that in a moment.

22                    But we have to do that to understand

23   the impact to the DoD's mission.  So it's very

24   important to us that we see that cyber incident

25   reporting.  It's not meant to be punitive.  It's

Page 25

EXHIBIT _1_

AR00232973

1   not meant to be -- to say oh you're bad, you

2   weren't compliant with the security requirements.

3                 Because often if you were 100 percent

4   compliant with all of the requirements in 171,

5   you could still have an adversary come into your

6   system.  So a very motivated adversary is going

7   to come in and is going to take advantage of any

8   type of weakness that you have.  So, especially

9   if it's something that they want.  So they're

10  going to look for that.

11                The second thing is that we had

12  language in the National Defense Authorization

13  Act that helped us with this, and we wanted to

14  get malware from the companies.  If they're able

15  to isolate it and submit it to us, we want to

16  take a look at it so we can take it apart, do

17  some forensic analysis, and do some really good

18  stuff to figure out who's coming after us, what

19  are the signatures, and what can we share back

20  with our communities so we can be better

21  protected moving forward.  Those are really

22  important to us.

23                And this is on the damage assessment

24  piece of it.  Our point here is that we want to

25  look at the media, we want to look at what

Page 26

EXHIBIT  1

AR00232974

1    happened, and understand the impact to the

2    mission.  At that point, that's not so much a

3    contractual decision, it's a decision in part --

4    the department.

5              How do we move forward?  How do we

6    mitigate the loss of this data or the compromise

7    of this data that was so important to us that we

8    told them they had to take care of it and

9    safeguard it in the first place.

10             MARY THOMAS:  The other aspect that we

11   deal with, with DFARS rule, is protecting

12   information in a cloud environment.  And there's

13   two different ways that that happens.  The first

14   one on this chart is when our safeguarding

15   covered defense information clause applies, and

16   that's because it's when a contractor is using a

17   cloud solution as part of the performance of the

18   contract.

19             So if they are choosing to store some

20   of our covered defense information that we

21   provide to them or that they develop for our

22   effort on a cloud, in that case the 7012 applies.

23   And what it states is that they need to -- that

24   cloud needs to meet equivalent to the FedRAMP

25   moderate baseline.

Page 27

EXHIBIT  1

AR00232975

1          So realizing that contractors aren't
2   able to deal in the same FedRAMP scenario that
3   the Department of Defense does, they just need to
4   go to a cloud provider that is meeting that
5   FedRAMP moderate baseline.  At the same time,
6   they still need to comply with the other aspects
7   of the DFARS clause like cyber incident reporting
8   and damage assessment.
9          In cases where the department is
10  actually contracting for cloud services, and when
11  the data's being processed on the DoD's behalf,
12  that would be considered a DoD information
13  system, if you think back to that very first
14  chart that we looked at.
15          And in that case, the Department of
16  Defense System Requirements Guide, the SRG, is
17  what applies.  Those are the requirements that
18  that cloud provider needs to have on his system.
19  And the DFARS clause 252.239-7010 is where those
20  requirements for the SRG are based.  So it's
21  important to realize that there's two different
22  approaches to how we deal with that, so we try to
23  make that pretty clear up front for folks.
24          VICKI MICHETTI:  When we started out,
25  in the very second slide I think it was, I said

Page 28

EXHIBIT  /

AR00232978

1  that there was regulatory requirements and we

2  have some voluntary programs.  We recognize that

3  industry could benefit from hearing about threat

4  and understanding that the threat is very real

5  and that the threat is coming after them.

6  So one of the ways we've done that is

7  with a public/private partnership that allows

8  industry to collaborate with the Department of

9  Defense.  Through this program, the Defense

10  Cybersecurity Program, we're able to share threat

11  information and actionable cyber indicators for

12  industry, and mitigation strategies that helps

13  them better protect our information.

14  We do have some limitations -- because

15  we do share classified information with these

16  companies, they are required to be cleared

17  companies.  We're currently in the process of

18  looking how do we go beyond the cleared

19  companies, because a lot of your small business

20  companies are not going to have the facility

21  clearances, and don't necessarily have the need

22  to have a classified.

23  It tends to be difficult to take -- to

24  have a threat discussion without somebody with a

25  clearance, but we're trying to -- we're working

Page 29

EXHIBIT  /

AR00232977

1   right now to see how we can do that in a way

2   that's more meaningful than we currently have.

3   So that's the basic requirement.

4                    And then we have a web portal, and our

5   web portal is -- it's one stop shopping for

6   defense industry.  They can report a cyber

7   incident, they can apply to join the classified

8   sharing program, and log into the portal as well.

9                    We're leveraging this portal to share

10  information with industry.  It's a public page

11  but once you log into the portal, then you have

12  access to more information.

13                   MARY THOMAS:  This is just a list of

14  resources.  I believe you all will get these

15  slides, so it's just something you can keep.  It

16  basically points you to where the different

17  documents can be found.  We also will mention

18  that we will be attending the APTAC spring

19  training next week.

20                   So in doing that we have put together a

21  package of information that we will provide to

22  the different PTACs so they can distribute them

23  to the folks that come to them for assistance.

24  And we will also go through a brief that's

25  focused generally on the needs of the small

                                              Page 30

EXHIBIT _1_

AR00232978

1     business community.

2                    One other aspect that often comes up

3     with that community is flow down of this clause

4     down through the supply chain.  And something

5     that the department has been emphasizing right

6     now is that we really need to deliberately manage

7     the flow down of our important and sensitive

8     information.

9                    So we have several organizations in the

10    department that actually tracked where their data

11    is and learned that sometimes way down in the

12    supply chain, someone building a screw for

13    something had the whole tech data package and

14    there was really no need for that.

15                    So we really -- from the government

16    perspective and from prime contractor

17    perspective, need to manage how that data flows

18    down.  And if you're dealing with a contractor

19    who you don't believe is able to protect the

20    data, then your sensitive data should not be

21    going down to them.

22                    VICKI MICHETTI:  So I would -- we have

23    a place where you could submit questions.  This

24    is our organizational mailbox.  We get questions

25    from PMs, requiring activities, contracting

                                                Page 31

EXHIBIT  1

AR00232979

```
 1    officers, contractors, you name it.  We get
 2    everything that you could possibly imagine.
 3                   We will make our -- we answer all these
 4    -- all the questions that come in, and sometimes
 5    those questions are translated into our FAQs, and
 6    sometimes it's just a one-off discussion,
 7    sometimes it's a phone call between a contracting
 8    office, or a PM, and the contractor themselves.
 9                   So we are working through all things
10    and we found that to be pretty successful.  We
11    have a great team that comes together to answer
12    all these questions.  And like I said, the ones
13    that bubble up most frequently are posted and
14    published on the DPAP website.
15                   So this brings us to questions.  I
16    understand there are some questions, and we have
17    about 15 minutes left to take any questions that
18    you might have.
19                   MAN 1:  Hi.  Got a couple of questions.
20    Do you envision that DCMA is going to be
21    including this in their regular pre-award surveys
22    when they go out?  Or only a special request by a
23    contracting officer?
24                   MARY THOMAS:  Well, I didn't quite hear
25    you clearly.  But I think you were asking about
```

Page 32

EXHIBIT __1__

AR00232980

1    DCMA's role, is that right?

2                    MAN 1:  In the pre-award survey, yeah.

3                    MARY THOMAS:  So we're working with

4    DCMA right now to look at how they can help us

5    ensure that there is consistent implementation of

6    this rule across industry.  So in their normal

7    contractor surveillance, they can do things like

8    ensure that the clause is in the contract,

9    because we're still working that aspect of it.

10   We're up to I think like, 80 percent of the time

11   it gets in there, but not always.

12                   They can do things like after award

13   they can look and see if there is a System

14   Security Plan.  They are not -- they don't have

15   the expertise to be able to evaluate a System

16   Security Plan, but they certainly can look to see

17   if one exists.

18                   They can see if there is a process in

19   place to report cyber incidents, certain

20   validations -- certain -- what is that called,

21   Vicki?  You need certain credentials to be able

22   to report a cyber incident, so the contractor per

23   the clause needs to have those credentials, so

24   DCMA can ask if those things are in place.

25                   So we're looking at a list of things

                                              Page 33

EXHIBIT _1_

AR00232981

1  that they can do during their normal

2  surveillance.  And they would do that in concert

3  with the DoD CIO and with program offices, and

4  with damage assessment offices.  So they won't be

5  out there on their own doing these things.

6  Because we realize that they aren't really

7  staffed to be cybersecurity experts.

8           But there are a whole host of things

9  that they can do as they're doing their normal

10 surveillance process.  Does that answer your

11 question?

12           MAN 1:  Sort of.  Are you expecting a

13 lot of non-responsibility determinations in the

14 beginning?

15           MARY THOMAS:  No, we are not.  Because

16 again, the onus of determining if that -- the

17 state of someone's information system is -- if it

18 meets the level of risk -- I mean it's really a

19 risk-based decision for the program managers and

20 the requiring activity.

21           So if it's of that critical importance

22 to a program office that their data is protected,

23 and we've worked with some where that is the

24 case, they will ahead of time in the solicitation

25 process say that this is something that they're

                                        Page 34


EXHIBIT __1__

AR00232982

1  going to look at.  And they make sure that

2  they're satisfied with the state of the system

3  before they award.

4              Not all cases and not all contracts

5  will deal with information where it's that

6  critical.  So it's really on the program

7  management offices to understand when they need

8  to make sure a certain level of protections are

9  in place.

10             MAN 1:  Thanks.  What about other

11  transactions?  The non-FAR contracts, the

12  consortiums and that sort of thing.  We get a

13  pentacle.  Small businesses are walking away

14  because of this requirement.

15             MARY THOMAS:  So again, I'm not versed

16  in every aspect of what kinds of vehicles could

17  be used, but we have been working with folks that

18  deal with tenders or other types of vehicles, and

19  working with them on how they can get these

20  requirements or what would be the proper

21  requirements in place in those vehicles.

22             And so again, we're just trying to

23  reach out to the folks that have those issues,

24  and if you know of any particular ones that you

25  could bring forward to us so we could kind of

Page 35

EXHIBIT  1

AR00232983

1  work through that, that would be great.

2                     MAN 1:  Will do, thanks.

3                     WOMAN 1:  I have a few online

4  questions.  Can contractors charge the government

5  to implement the security guidelines?

6                     MARY THOMAS:  So since this is a clause

7  in the contract, yes, just like any other clause.

8  The contract's price is going to take that -- the

9  contractor's price is going to take that into

10  account.

11                     Now, we find in most cases if a

12  contractor has a single enterprise system or you

13  know, a few large enterprise systems, that would

14  be an indirect cost.  In some cases it might be a

15  direct cost.  If they're dealing with an

16  information system that supports this weapons

17  system only and it was created only for this

18  effort, then they would probably charge them

19  directly.

20                     But it is a contract clause just like

21  any other contract clause, and you would expect

22  that the government needs to reimburse the

23  contractor for implementing it.

24                     WOMAN 1:   Next question.  With respect

25  to certifications related to cybersecurity, do

                                        Page 36

EXHIBIT  1

AR00232984

1    you think the government requiring activities are

2    often setting small businesses up for failure by

3    asking for too many certifications that are hard

4    to get and expensive to obtain, and often are

5    wants rather than needs.

6                    MARY THOMAS:  So again, we addressed

7    the point already that we're not looking for

8    certifications.  That we're looking for

9    implementation of the DFARS rule and this 171.

10   Again, things that come into play here is what is

11   the level of risk we're dealing with and how are

12   we managing the flow down of our information.

13                   So there might be, in dealing with the

14   supply chain, there might be points where what

15   was originally covered defense information might

16   be disaggregated to a point where it doesn't need

17   those protections.

18                   If you're just building one small piece

19   of the weapons system, it may not meet the

20   characteristics that would say that it needs

21   protection.  And so those are the things we need

22   to deal with and make sure we're not burdening our

23   smaller companies where it's not necessary.

24                   WOMAN 1:  Next question.  If a

25   contract is violated or breached due to a

                                          Page 37

EXHIBIT __1__

AR00232985

```
 1    security fault or failure by the contractor, is
 2    this grounds for immediate contract termination?
 3                  MARY THOMAS:  So again, if there is a
 4    cyber incident, that does not mean there is any
 5    fault by the contractor.  Somebody implementing
 6    171 100 percent all the time will still have
 7    cyber incidents occur.
 8                  And as Vicki mentioned, the goal of our
 9    clause is really to understand what is happening
10    out there and what information is being lost
11    rather than for it to be something that is going
12    to go against a contractor contractually.
13                  Now if there were cases where they said
14    they were implementing it and it was found that
15    they were not, again, the same penalties and
16    remedies that are in place for other contract
17    clauses is the spectrum of things that could be
18    applied in that case.  So there's nothing unique
19    about this rule that says that there are any
20    different penalties or remedies.
21                  WOMAN 1:   Next question.  Does this
22    new requirement mean that the federal government
23    now has a direct relationship with the supply
24    chain, or does cybersecurity information flow up
25    through the supply chain to the prime as it does
```

Page 38

EXHIBIT __1__

AR00232986

1   today for other requirements?

2           VICKI MICHETTI:  So that's interesting,

3   because with the clause there's the flow down

4   requirement.  So you would flow it down to your

5   subcontractor, so the relationship between the

6   prime and the subcontractor still exists,

7   obviously.  For this particular clause, if a

8   cyber incident occurs then that subcontractor or

9   sub-sub-subcontractor is supposed to report

10  directly to the Department of Defense.

11          So we're not telling them to record up

12  through the chain of subcontractors.  The one

13  thing that we do tell them in the clause is we

14  require them to notify the prime or to whom --

15  who they have the subcontract with.  And to give

16  that prime the incident number that was reported

17  to the department so that conversation can happen

18  if they need to.

19          Now in this case, the primes are really

20  very well aware of the requirement for reporting

21  and they're concerned because if it's their

22  program then it's their subcontract then of

23  course they care about that too.

24          So I suspect that they are starting to

25  have those conversations with their

                                        Page 39

EXHIBIT ___/___

AR00232987

1   subcontractors, about when you do have a cyber

2   incident or if you have a cyber incident this is

3   what I want to know, and then they're going to be

4   part of that agreement.

5                    So it's their -- in some places, it'll

6   be a direct relationship for -- in the

7   cybersecurity case with the reporting and also

8   the submission of the media.  But all other

9   things will be normal.

10                    MARY THOMAS:  Yeah, and so what remains

11   true is that the prime contractor is still

12   responsible for his subcontractors and supply

13   chain, and so that's why we emphasize when we

14   speak with our prime contractors that they really

15   do need to pay attention to how they flow that

16   information down, because they are responsible

17   for its protection throughout the supply chain.

18                    WOMAN 1:   Are there any additional

19   audience questions?  Okay, I have another

20   question.  With all of the new requirements, how

21   would you encourage or direct new companies in

22   terms of cybersecurity?

23                    VICKI MICHETTI:  So the first thing I

24   would do is sit down and read through what the

25   requirements are.  We find a lot of times that

Page 40

EXHIBIT __1__

AR00232988

1   people either haven't read the clause or they

2   didn't read the requirements and they certainly

3   didn't read the FAQs which answered a lot of

4   those questions.

5                So the first place I would do is sit

6   down, read through the requirements.  I would

7   assess where I'm at, and I would make sure I have

8   a plan to move ahead.  And I think that's a very

9   rationable and reasonable approach for all

10  industry, whether they're large or small.

11               Until you actually read through it and

12  understand where you may have gaps, you don't

13  know how to move forward.  If -- there are a lot

14  of guidelines, there's a lot of things just --

15  there's so much information today about

16  cybersecurity.

17               You can look at the NIST voluntary

18  framework that helps you build your whole

19  cybersecurity plan.  That isn't required in this

20  case, but it is something to be familiar with.

21  You need to have a plan.  You need to think

22  through what happens when there's a cyber

23  incident, how am I going to react?

24               Not only for having to report to the

25  department, but what I'm going to do to take care

Page 41

EXHIBIT __/__

AR00232989

1   of my own business.  And how I'm going to manage
2   the press and the public opinion and all the
3   things that go with a major cyber incident.
4              You need to think through those things.
5   And the more you can get ahead of that and have
6   thought through those processes, the better off
7   you'll be when that incident does in fact occur.
8   But where I would start was sit down and read
9   through the requirements and just assess where
10  you're at and then figure out how you want to
11  move forward.
12             MARY THOMAS:  One of the stories that
13  Vicki and I often repeat is we were at an
14  audience of small business owners about six
15  months ago and a girl stood up -- who sat on a
16  panel with us who was a small business owner --
17  and she told us that she decided to pull in her
18  network guy who was her nephew one Saturday,
19  bought him a box of donuts, and they actually
20  read through the 171 and then determined where
21  they were in terms of implementation.
22             And she found it to be quite beneficial
23  and we always love that story.  After, she
24  actually told us that instead of donuts it was
25  really bacon that she bought him.

                                        Page 42

EXHIBIT __/__

AR00232990

| | |
|---|---|
| 1 | WOMAN 1:   We have time for one more |
| 2 | question.  Are there any PTACs that specialize in |
| 3 | cybersecurity? |
| 4 | MARY THOMAS:  That is something I do |
| 5 | not know.  But I think I can probably learn next |
| 6 | Monday and Tuesday when I'm at their annual |
| 7 | training week, so we'll check that out. |
| 8 | VICKI MICHETTI:  Question here. |
| 9 | MAN 2:  Very easy question, okay.  Just |
| 10 | give me the website again where somebody goes to |
| 11 | report cybersecurity incidents? |
| 12 | MARY THOMAS:  I think it's right at the |
| 13 | bottom of this slide. |
| 14 | VICKI MICHETTI:  Oh no, it is there. |
| 15 | Sorry.  It's dibnet.dod.mil.  It's right here at |
| 16 | the bottom.  Dibnet.dod.mil and it's https. |
| 17 | MARY THOMAS:  Yeah, that's the website |
| 18 | and then if you want to submit questions to an |
| 19 | email address, we can give you that one too. |
| 20 | VICKI MICHETTI:  Just a note, to report |
| 21 | a cyber incident you must have a DoD-approved |
| 22 | Medium Assurance Certificate.  So whether it's an |
| 23 | IdenTrust or any of the other ECA certificates, |
| 24 | those are fine.  But they do need to have that so |
| 25 | we can authenticate who is coming into our |

Page 43

EXHIBIT   _1_

AR00232991

1    system.  It is a requirement and it is also

2    mentioned in the clause.  And the questions email

3    is at the bottom.

4                    WOMAN 2:   The Virginia PTAP at Mason

5    Enterprise Center, George Mason University,

6    specializes in cybersecurity training.

7                    VICKI MICHETTI:   Thank you.

8                    MARY THOMAS:   Thank you.

9                    VICKI MICHETTI:   Well, thank you

10   everyone for allowing us to come today.  We

11   really are trying to do a lot of outreach to

12   small businesses and to make sure that our

13   community's informed and so we appreciate the

14   opportunity to talk with you today.

15

16

17

18

19

20

21

22

23

24

25

                                              Page 44

EXHIBIT  /

AR00232002

```
 1                        C E R T I F I C A T I O N
 2
 3     I, Sonya Ledanski Hyde, certify that the
 4     foregoing transcript is a true and accurate
 5     record of the proceedings.
 6
 7
 8     _Sonya V. Ledanski Hyde_
 9
10
11     Veritext Legal Solutions
12     330 Old Country Road
13     Suite 300
14     Mineola, NY 11501
15
16     Date: February 27, 2020
17
18
19
20
21
22
23
24
25
                                                Page 45
```

EXHIBIT  /

AR00232993