# EXHIBIT "2"



1

2

3

4

5

6

7

8

9

10

11

12    United States of America v Aerojet Rocketdyne

13    Holdings, Inc.

14    SBTW18: Cybersecurity Update

15     Protecting DoD's Unclassified Information

16

17     https://business.defense.gov/Small-Business/Cybersecurity/

18

19

20

21

22

23

24    PAGES 1 - 55

25

Page 1

EXHIBIT 2 

AR00233086

1        WOMAN 1:  Now for our first panel, we
2   have the cybersecurity update.  On this panel
3   moderating we have Mr. Ted Bujewski, the
4   associate director for the Department of Defense
5   Office of Small Business Programs.
6            Panelists include Ms. Vicki Michetti,
7   the director of the Defense Industrial Base
8   Cybersecurity program, and Ms. Mary Thomas, a
9   program analyst for the Office of the Director
10  for Defense Procurement.  Please welcome our
11  panel.
12           TED BUJEWSKI:  Thanks, Sherry.  Good
13  morning, everyone.  I hope everyone didn't have
14  too good of a time last night in New Orleans
15  because we have a really important panel
16  discussion this morning on cybersecurity.  So I
17  hope you're all alert, taking notes.
18           Before we get started, let me have a
19  show of hands of -- how many people are aware of
20  the new cyber DFARs clause?  That's pretty good.
21  How many people have lots of questions about it?
22  That's good.  Well, we hope we're able to answer
23  most of your questions today.
24           This new cyber DFARs clause is very
25  important for our national security and our

                                        Page 2

EXHIBIT 2

AR00233087

1  defense industrial base security.  I'm very happy

2  today to have Ms. Mary Thomas and Ms. Vicki

3  Michetti from DPAP and the CIO's office.  They

4  are the ones who have been going out to industry

5  and to government explaining the new clause and

6  trying to answer all your questions.

7                  I'm the person in the DoD office's

8  Small Business Programs who's responsible for

9  interfacing with small business on the

10  cybersecurity clause.  And my phone number's on

11  our website under the cybersecurity page.

12                  So I've been getting lots of calls from

13  industry and one of the major things that I see

14  from industry is that industry hopes this clause

15  goes away and they don't need to comply with it.

16  And I think they've been lobbying Congress to try

17  to get it to go away.

18                  And one thing I wanted to make sure you

19  all know is it's not going away.  It's got the

20  support of DoD top management, it's got

21  congressional, presidential support.

22  Everyone realizes how important it is to secure

23  our defense industrial base for our national

24  security, and it's not going away so we need to

25  be able to implement the clause as best as

Page 3

EXHIBIT 2

AR00233088

1   possible within industry.

2                  And it's important for you all to

3   understand it so that you can explain to industry

4   how to implement it and make sure we do it in the

5   right way. So Vicki and Mary are going to be

6   giving a presentation on it and then we'll open

7   up to questions afterward. So please get your

8   questions ready. Thank you.

9                  VICKI MICHETTI: Thank you, Ted. Good

10  morning, everyone, thank you for having us.

11  We're really happy to be here and be able to talk

12  to such a great, big group of small business

13  representatives.

14                  From the government perspective we know

15  that it sometimes is challenging for you to be

16  able to explain to industry what the requirements

17  are, and so Mary and I are here to help you

18  understand a little bit better today how we're

19  looking at this clause and the implementation.

20                  First I want to just kind of point out

21  a couple of things. You know, cybersecurity

22  incidents are on the increase. We don't see any

23  shortage of those activities happening, and

24  frankly the adversary is looking to steal,

25  counter, or -- steal the information in order to

                                                    Page 4

EXHIBIT 2

AR00233089

1  counter, kill, or clone our capabilities.
2              And we're relying on the defense
3  industrial base to build war fighting
4  capabilities and if that information is
5  compromised in the development of a program, then
6  the program is less valuable to us and the money
7  we've invested in it is less valuable.
8              A few fun facts.  Cybersecurity
9  incidents are on the increase.  They cost
10  companies about $400 billion a year.  And 61
11  percent of the breach victims are companies with
12  less than a thousand employees.  That's a small
13  business.
14              Small business administration I've
15  heard say that a lot of those companies then go
16  out of business within the next six months.  So
17  there are a lot of challenges when there's a
18  cyber incident.  It's downtime, loss of
19  productivity, loss of reputation, and just the
20  lack of ability to be able to recover in some of
21  those cases.
22              So in order to get ahead of that
23  problem, we want them to do as much cybersecurity
24  of their internal networks as much as possible,
25  and we set some standards for that and what --

Page 5

EXHIBIT 2

AR00233090

```
 1   that's what this clause helps us do.

 2              So let's see.  There we go.  So what

 3   are we doing about it?  Obviously we've

 4   implemented the DFAR clause, that's that third

 5   bullet in there.  But we're also looking at

 6   making sure that we're taking care of our own

 7   information on our own networks.

 8              And we're also working with the

 9   acquisition communities to make sure everyone

10   understands how this clause is implemented and

11   how important that it is.  We also have a lot of

12   efforts to share information with the defense

13   industrial base so that they understand that

14   cybersecurity is -- there are threats, and it's

15   something that it's important for them to do.

16              I think that there are still a lot of

17   companies who think that it'll never happen to

18   them, and they don't think -- they just don't

19   think they're a target, they don't think it's

20   something they have to worry about.

21              But unfortunately that is not the case

22   and so we need to help them understand that there

23   are threats, and those threats are coming after

24   the information that they are developing for us,

25   and their intellectual property.  That's just the
```

Page 6

EXHIBIT 2


AR00233091

1   reality.

2                    And the last thing is we want to make

3   sure we're leveraging national standards, not

4   inventing new things.  Sometimes that happens, we

5   see lots of contracts that have creative

6   requirements for cybersecurity.

7                    We really want to rationalize that and

8   really leverage those national standards that we

9   have in place.  And in this case we're going to

10  be looking most specifically at NIST Special Pub

11  800-171, and we'll talk a little bit more detail

12  about that in a later slide.

13                   MARY THOMAS:  So our objective today is

14  really to prepare you to address the many

15  questions that you probably get from small

16  businesses with regard to this DFARS clause.  And

17  because there are so many stakeholders involved

18  in the implementation of it -- from the

19  government perspective we have program offices,

20  requiring activities, contracting officers,

21  security specialists.

22                   And then from the industry perspective,

23  all of those same specialties are involved from

24  industry's perspective as well.  So it's very

25  often you will see that people get -- they

                                            Page 7

EXHIBIT 2

AR00233092

```
 1   misunderstand many aspects of the rule, so we
 2   want to make sure that you're clear on it.  And
 3   if we aren't totally successful in our objective,
 4   you can feel free to call any of us to get your
 5   questions addressed.
 6               Because our main goal is to make sure
 7   that we're giving industry the right information,
 8   and not let them misunderstand what the
 9   requirements of the clause are.
10               So one of the first things we see
11   misunderstood often is the fact that, depending
12   on what kind of information we're protecting and
13   depending on what kind of information it sits on,
14   that's going to drive the requirements that one
15   needs to comply with to protect that information.
16               So the requirements to protect a
17   contractor's internal information, the gray part
18   of this chart, are very different than the
19   requirements that we use to protect the DoD's
20   information systems.
21               DoD is able to drive much more
22   specific, how-to type requirements on the
23   government.  When we look at contractor systems,
24   they have existing systems, we're not their only
25   customers.  So we have to take that into account
```

Page 8

EXHIBIT 2 

AR00233093

1  in how we ask them to protect their internal

2  systems.

3          So if you look in the gray part of that

4  chart, those are the things we're going to

5  largely talk about today -- how to protect

6  Covered defense information, on a contractor's

7  internal information system.  We'll talk a little

8  bit about what happens if they're using a cloud

9  environment to do that.

10          But just realize that the requirements

11  on the blue side of that chart aren't the kinds

12  of things you should see in a contract asking

13  industry to protect their internal system.  Those

14  are government requirements.  Next slide.

15          And this is just a top level view of

16  what DFARS clause 252.204-7012 asks or requires

17  contractors to do.  First they have to provide

18  what we call adequate security to protect Covered

19  defense information that is stored or resides on

20  their internal information system.

21          So it doesn't apply to the paper, it

22  doesn't apply to how they distribute the paper.

23  It's just how they store the information on the

24  information system itself.  And when they are

25  storing our Covered defense information on their

                                    Page 9

EXHIBIT 2



AR00233094

1    system, they're required to protect that system.

2                And if there were to be a cyber

3    incident on that system, they're required to

4    report to the DoD directly that that incident has

5    occurred.  And Vicki will talk more about why we

6    ask them to do that.

7                When they report a cyber incident, if

8    they were to find malware on their system at that

9    time, they would need to submit that to the

10    department as well.  And then depending on the

11    incident, the government might want to do a

12    further assessment of the incident in which they

13    might ask them for media or ask them to

14    facilitate that damage assessment.  But that

15    doesn't always happen, it's just based on the

16    type of incident that occurs.

17                And finally, the contractor -- once we

18    give them our Covered defense information, they

19    are required to protect it no matter where it is.

20    So if they give that to anybody in their supply

21    chain, they are still responsible for the

22    protection of it.

23                They're the ones that are on contract

24    with the government.  So they have to flow this

25    clause down wherever that information goes, and

Page 10

EXHIBIT 2

AR00233095

1   they're responsible to ensure that wherever that

2   information goes it is still protected.  Next

3   chart.

4                    A question we often get and that you

5   might often get from industry is what is covered

6   defense information?  So we can tell you that

7   this DFARS clause doesn't create any new kind of

8   information.  It only creates a way to protect

9   that information.

10                   So covered defense information is

11  information that requires safeguarding or

12  dissemination controls because of law,

13  regulation, or government-wide policy.  So those

14  requirements have always been in place.  That

15  information has always needed to be protected.

16                   We're just saying in this clause how to

17  protect it in one consistent standard.  So

18  there's no new information here that we're

19  dealing with.  The other very important thing is

20  the government's required to tell industry when

21  we're giving them that information.

22                   So if they have a contract and they

23  have a bunch of information and no one has told

24  them what needs to be protected, we can't hold

25  them accountable for protecting it.  So it's

                                        Page 11

EXHIBIT 

AR00233096

```
 1   really on our program offices and our required
 2   activities to make sure that that information is
 3   marked, and our contracting officers need to make
 4   sure that our contracts indicate what information
 5   needs to be protected.  Next chart.
 6                    Again, we talked about flow down a
 7   little bit.  The prime contractor is the one on
 8   contract with DoD and he is responsible for the
 9   information no matter where it goes.  So if he's
10   dealing with companies in his supply chain that
11   he knows cannot protect the information, he needs
12   to look at other ways to get them the information
13   they need for the performance of their contract.
14                    Perhaps they don't need to store the
15   information on their information system.  Perhaps
16   they could get access to the information via the
17   prime's information system.  So the prime
18   contractor -- always responsible for the
19   protection of the information.
20                    And if the supply chain isn't able to
21   protect it, he should not give them the
22   information.  He should find another way to get
23   access, for them to get access to it.  Next
24   chart.
25                    VICKI MICHETTI:  So we're going to talk
```

Page 12

EXHIBIT 2

AR00233097

1   about adequate security.  The contractor's

2   required to, at a minimum, implement the security

3   protections in NIST Special Pub 800-171.  This

4   body of work is 110 security requirements, and

5   they were required to do this no later than

6   December 31st of 2017.  Now we're going to talk a

7   little bit more about what that compliance looks

8   like later on.

9                       But in addition to that, if there are

10  any other security measures that they need --

11  they feel is necessary to protect that

12  information, they should be implementing this.

13  And that would be something that the contractor

14  is deciding to do on their own systems.  It

15  wouldn't be something that we're telling them to

16  do in accordance with the clause.

17                      Okay, so we're going to talk a little

18  bit about cloud computing.  If a contractor is

19  using a cloud as an internal -- part of their

20  internal solution for their network, whether they

21  built their own cloud within their network or

22  they're using a cloud service provider, the 7012

23  clause does apply, and it tells them that they

24  need to ensure that the service that they're

25  using meets the requirements in the FedRAMP

Page 13

EXHIBIT  2

AR00233098

1    Moderate baseline.

2              So that's important that they

3    understand this, because too often they get

4    confused or other people get confused about this

5    -- the difference between the 7012 clause and the

6    one that's at the top of the chart, the 252.239-

7    7010.

8              The 7010 clause is used by DoD when we

9    are purchasing or acquiring a cloud service.  So

10   that case, we are actually directing DoD whether

11   we're going to use the requirements in the Cloud

12   Security Requirements Guide.

13              It is a different standard for the DoD

14   because that's considered part of DoD's

15   information system.  So it's important to know

16   that there are two different clauses depending

17   upon who you are and what services that you're

18   providing.  But if the contractor -- again, if

19   the contractor is getting -- using a cloud on

20   their own, then the 7012 clause does in fact

21   apply.

22              MARY THOMAS:  And one additional thing

23   to keep in mind about the cloud scenarios is that

24   between those two clauses, it pretty much

25   addresses anything that the contractor would need

                                        Page 14

EXHIBIT $2$ 

AR00233099

1    to be doing to protect our information.

2                    And so if you were to become aware of a

3    contractor having a contract that has a lot of

4    other added requirements other than those

5    clauses, that could be something that's not

6    really a good thing.

7                    So we need to try to communicate the

8    fact that those two clauses are pretty much all

9    that's required to protect information on a

10   cloud.  And there shouldn't be a need for lots of

11   other contract language in that contract

12   addressing it.

13                    VICKI MICHETTI:  So a little bit more

14   on this Special Pub 800-171.  Like I said, there

15   are 110 security requirements, many of them are

16   about processes and policies.  But there are

17   those that are configuration and require hardware

18   acquisitions.

19                    So what companies should do is first

20   read through the publication.  It is not very

21   long.  It's really actually very short.  Chapter

22   three addresses all the requirements.  Identify

23   what they are actually doing, and the kind of

24   requirements those are, and then determine what

25   they have yet to do, that they might not have met

                                              Page 15

EXHIBIT  2

AR00233100

```
 1   all those requirements, or there may be some
 2   things that they need to work a little bit harder
 3   on.
 4              And so if they've already got -- if
 5   they're already meeting the requirements, they
 6   just need to document that.  And if they have not
 7   met the requirements they need to develop a plan
 8   of action and milestones to implement those
 9   requirements.
10              There is language in the clause that
11   allows them to propose a variance to a security
12   requirement in the clause, or in the publication,
13   in 800-171.  So they would need to document why
14   that requirement's not applicable, or if there is
15   an alternative, how they are using that
16   alternative to meet the same intent of the
17   requirement.
18              The adjudication of that is at the DoD
19   CIO.  And we did that on purpose because we
20   didn't want to have every different contracting
21   officer out there deciding that this would be
22   okay but then somebody else said that this would
23   be okay, and then you'd have too many different
24   solutions for the same one IT network.  So we
25   wanted to make sure that that was addressed at
```

                                        Page 16

EXHIBIT 2

AR00233101

1   one place.

2                      So what we found, though, is most of

3   the time if they are proposing an alternative, it

4   falls into one of two categories.  Either what

5   they're doing is acceptable and meets the intent

6   of the clause so no alternative is required to be

7   approved, or what they're proposing is never

8   going to meet the requirement and so in that case

9   it would be denied.

10                     So there hasn't really been anything in

11  between on those two cases.  The one example I

12  can think of, there's a requirement to be

13  compliant with FIPs 140-2 for cryptography.  If

14  you have a contractor who is a foreign contractor

15  and may not have access to that, there is a

16  possibility that they might be able to use a

17  different form of approved cryptography, and

18  that's something that we would want to address.

19                     The other thing that was in the clause,

20  it was for all contracts awarded prior to the

21  first of October in 2017, they were required to

22  notify DoD CIO of all the requirements that had

23  not yet been implemented.

24                     Now that part of the clause has

25  sunsetted now so they're not required to do that

Page 17

EXHIBIT 2

AR00233102

1    any longer, however there are a few contractors

2    out there that are still submitting that report,

3    and it comes into my office so I do see all of

4    those.

5                    And it's okay, but we are trying to

6    gently tell them that no, you don't have to do

7    this anymore.  So you might get that question

8    from some of your contractors.

9                    So there's a little bit of guidance out

10   there for small business or anyone who's actually

11   trying to implement the requirements.  One is the

12   NIST MEP Handbook.  NIST put this together, and

13   it's a step by step guide to how to address the

14   requirements.

15                   They talk about what it means, where

16   you should go to get help, how you should think

17   about the requirement.  And it's really a good

18   document for anyone who's trying to implement the

19   requirements.  Go ahead.

20                   MARY THOMAS:  Even though that was put

21   together for the manufacturing sector, it's

22   really helpful to any small business.  So I

23   wouldn't worry about the name of that in its

24   application.

25                   VICKI MICHETTI:  NIST recently put out

                                            Page 18

EXHIBIT 2

AR00233103

1  a publication called 800-171A, and it's a guide

2  to how to you assess the implementation of those

3  security requirements.  And what it does is it

4  goes through and it takes a look at each one of

5  the requirements and it gives you options on how

6  you would assess to see if what your solution is

7  meeting the requirement and the intent of the

8  requirement.

9            It is still out for -- it's still in

10  the draft stage, but we expect final publication

11  sometime in May.  And this is a useful tool for

12  people who want to just do -- to assess those and

13  we're encouraging industry to read through that.

14            And the last thing I want to mention

15  here is the Cybersecurity Evaluation Tool.  This

16  is a free tool online that you can get from DHS,

17  and it provides a step by step guide to

18  evaluating your network for the NIST 800-1

19  security practices.

20            And the really nice thing about that is

21  at the end you get a workbook that's exportable

22  and you can turn that into a System Security Plan

23  which we're going to talk about shortly.

24            MARY THOMAS:  So we get many questions

25  from industry as I'm sure you do too, is what

Page 19

EXHIBIT 2

AR00233104

1   does it mean to be compliant with the NIST 800-

2   171 or with the DFARS clause.  So we'll talk

3   about that a bit.  The NIST 800-171 is structured

4   such that a contractor can demonstrate that he's

5   implementing the 110 requirements in that pub by

6   documenting what he's doing in a System Security

7   Plan.

8              So this System Security Plan is

9   actually one of the 110 requirements, so they

10  have to have one, and in that he describes his

11  information system and he also would describe how

12  he is implementing the security requirements that

13  he's implementing, and he would indicate which

14  security requirements he has not yet implemented.

15             For anything that they have not yet

16  implemented, they should have a plan of action in

17  place, and that plan of action would address how

18  and when they're going to implement that

19  particular security requirement.

20             So with those two things in place, a

21  contractor would be -- if you want to say, in

22  compliance with the NIST 800-171 requirements

23  because he's demonstrating how he's implementing

24  them.

25             The System Security Plan and the Plans

                                          Page 20

EXHIBIT  2

AR00233105

```
 1    of Action are not something that the contractor
 2    is required to provide to the government, but
 3    they -- the government can request those
 4    documents, and then they do need to provide them.
 5    And we'll talk about that a little bit more.
 6    Next chart.
 7                    So we talked about what does it mean to
 8    document how you're implementing 171.  Now what
 9    does it mean to be compliant with the DFARS
10    clause?  Like any other DFARS clause, the
11    contractor signs the contract and he, in doing
12    that, is self-attesting to the fact that he meets
13    every requirement in that contract clause.
14                    So early on before we had the System
15    Security Plan requirement in place, contractors
16    might be very concerned with signing a contract
17    when they knew that they didn't have every one of
18    those 110 security requirements in place.
19                    But now because they can document in
20    the System Security Plan how they plan to
21    implement, they now can confidently sign the
22    contract knowing that they are implementing 171
23    in the way that it says you need to implement it.
24                    Right now DoD does not require that
25    industry certify their information system.  You
```

Veritext Legal Solutions
866 299-5127

EXHIBIT 2

AR00233106

1    know, the DFARS clause does not require that.

2    The contractor just needs to sign the contract,

3    attest to the fact that he's implementing it.

4              So they don't need to hire someone to

5    come and do a certification and say yes, your

6    information system is certified.  And in fact,

7    DoD would not accept such a certification.  If we

8    were to do that, we would have to go out and

9    certify the certifiers.

10             Because we've seen many certifications

11   that are not really worthy of the money that I'm

12   sure they cost.  So that's a really important

13   fact, to let small business especially know.

14             They might choose to bring in

15   professionals to help them implement those

16   requirements that they're having a problem with,

17   but they certainly don't need to hire someone to

18   come and certify their system.

19             Now there might be cases, and we're

20   going to talk about this more, where the

21   government might want to have more oversight into

22   how the requirements are being implemented than

23   just the signature on the contract.

24             But if that happens, those terms need

25   to be added to the solicitation and to the

Page 22

EXHIBIT 

AR00233107

1    contract because the DFARS clause alone does not

2    cover additional oversight for that process.   So

3    we'll talk about how that can happen.   Next

4    chart.

5                    The department just published two

6    documents in the Federal Register this past

7    Tuesday that address some of these issues that

8    we're going to talk about with regard to

9    assessing a contractor's internal information

10   system.

11                   So if you haven't gotten questions

12   about these documents so far, you probably will.

13   They're -- the documents have been posted for

14   industry to review and to provide comments on.   I

15   think their comment period's open through May.

16                   So the first document is a matrix that

17   lays out all of the different ways that a

18   requiring activity can choose to assess the state

19   of a contractor's information system.   So if you

20   start at the very bottom, at number four, that's

21   the sign the contract, do nothing more.

22                   We're going to trust that you signed

23   the contract, you say that you're implementing

24   the requirements.   We might ask to see the System

25   Security Plan, but we're happy that you're

                                        Page 23

EXHIBIT 

AR00233108

1    signing the contract attesting to that.

2              That would happen probably in contracts

3    where the nature of the information that's being

4    dealt with isn't so critical that we have to have

5    a huge concern.  You know, maybe it's for a

6    flashlight versus a F35, something like that.

7    But that's up to the requiring activity to decide

8    when that lowest level of oversight is adequate.

9              As you move up that spectrum, in number

10   three you might ask for the System Security Plan

11   and the Plans of Action to be submitted.  And you

12   might, as the government track, that they're

13   actually implementing the plans of action in a

14   way that they say they're going to implement it.

15             Going with regard to that too, they

16   might want to make it a part of the contract, so

17   now it's on contract.  It says you said you were

18   going to do this then, and now if they don't do

19   it they have other ways to follow up.

20             In number two, this is addressing a

21   situation in which the government might have a

22   reason to require some protections over and above

23   NIST 800-171.  And in number one, this is when

24   the information might be so critical that the

25   requiring activity might actually want to make

Page 24

EXHIBIT 

AR00233109

1    the state of the contractor's information system

2    a part of the source selection process.

3                     So what the matrix does that's

4    published in the Federal Register, is it -- for

5    each of these objectives it tells the government,

6    and it lets industry see, what they should find

7    in the solicitation or the RFP what's going to

8    happen at source selection and what would be in

9    the contract in order to implement each of those

10   different objectives.

11                    So I encourage you to look for that

12   document.  It's informative.  We're actually

13   going to be embarking on a train the trainer type

14   effort with our government organizations, largely

15   program offices and product centers, to go

16   through with them these different options so they

17   know how they can structure a procurement if

18   they're really caring about how their

19   information's being protected. Next chart.

20                    Another document that we put up for

21   review on the Federal Register is a document that

22   looks at each of the individual security

23   requirements in this 800-171 and it kind of lays

24   out what does it mean from a risk perspective if

25   this security requirement is not yet implemented.

Page 25

EXHIBIT 

AR00233110

```
1                    So it helps program offices if they
2       were to ask for a System Security Plan, it helps
3       them understand what it says.  What does it mean
4       if security requirements A, B, and C are not
5       implemented?  They could look at those
6       requirements in this guide and it would help them
7       understand what it means.
8                    It also is helpful for industry because
9       it gives them -- we provide comments with regard
10      to specific security requirements that are often
11      misunderstood.  Often industry will interpret it
12      to mean something far beyond what is required to
13      implement.  So we hope that this will help
14      clarify, you know, what's an adequate solution.
15      You don't need to go all the way over here if
16      this solution here is adequate.
17                   And the documents also reference the
18      assessment guide for 800-171 that Vicki mentioned
19      earlier and kind of shows where in the
20      procurement process that might be useful from a
21      government perspective as well as it being a tool
22      for industry.  Next chart.
23                   VICKI MICHETTI:  Okay, so since we're
24      all talking about the protection of this
25      information, if somehow this information's
```

Page 26

EXHIBIT 2

AR00233111

```
 1   compromised, we want to know about it as a
 2   department so we can take appropriate actions.
 3   And we'll talk about what that might mean.
 4                   So the requirement is that the
 5   contractor must report to the DoD within 72 hours
 6   of the discovery of a cyber incident.  Just
 7   because they report a cyber incident doesn't
 8   necessarily mean that they were inadequate in
 9   their security and that they weren't meeting the
10   requirements.  A motivated adversary is going to
11   find a way, is typically what we see.
12                   And we also might find that we've
13   missed something in our baseline security
14   requirements in 171 and there's something we need
15   to add, you know, in the future.  So where --
16   it's important to us to be understanding how
17   cyber incidents are occurring and what actually
18   happened and what information was impacted.
19                   So with that, the contractor has to
20   submit directly to DoD any cyber incident and
21   they do that through a website, and we'll show
22   you the page a little bit later on.  But it's an
23   online system, they go in and they fill out the
24   information and they submit it and it goes to the
25   DoD Cyber Crime Center.
```

                                                    Page 27

EXHIBIT 

AR00233112

1          And DC3 is collecting all the cyber

2    incident reporting from this contractor, which

3    gives us an opportunity to see across the

4    spectrum any type trends and things like that

5    that we would see from adversaries acting against

6    a defense industrial base.

7          But they don't just hold onto that,

8    they also send then a copy of that report to the

9    contracting officer identified by the company

10   who's making the report, so the contracting

11   officer is aware as well.  And we also notify the

12   component that has equities in that particular

13   program.  And there's a process for that.

14          So we use that information, we look at

15   threats and look at adversary trends.  And

16   sometimes the DC3 may reach back out to the

17   company in the event that the report has

18   incomplete information or they can't understand

19   something.

20          So as I said it's all about the

21   information that we're protecting so we want to

22   do a damage assessment if we have a need to

23   understand in greater detail the impact of the

24   information that may have been compromised.

25          Mary pointed out if you're talking

                                        Page 28

EXHIBIT 2

AR00233113

1    about the purchase and acquisition of a

2    flashlight you probably don't care that much if

3    the specs were stolen, right?  But if it's the

4    F35, you know, maybe you might.

5                    But if it's the F35 however, we're

6    going to talk about it in a lot -- look at it in

7    a whole different light.  And we're going to want

8    to understand what part of the weapon system may

9    have been potentially compromised.

10                   And in that case, what do we as a

11   department need to do?  Do we need to change

12   something in our design, do we need to change the

13   way we're protecting that system?  Do we need to

14   move ahead and you know, look at new software

15   releases that will address that potential

16   compromise?

17                   Or maybe we change how we use that

18   system in the actual military operation.  So

19   those are things that we need to consider as we

20   look at the information that was potentially

21   compromised.  That's what the damage assessment

22   process is looking at, how it affects our

23   military capability and the technologies that

24   we're relying on the contractor to develop.

25                   For that, each of the DoD components

                                        Page 29

EXHIBIT 2 

AR00233114

1   have a damage assessment point of contact in

2   office that does that, and if you have a company

3   that you're a contracting officer for that has

4   had this process, you'll be part of that

5   discussion as well.

6           So just don't be surprised if you get a

7   reach out from, you know, the Air Force Damage

8   Assessment Management Office.  We're here to help

9   understand what the information was, and what was

10  impacted.

11          This is the picture of the web portal.

12  It's pretty obvious, if you have to report a

13  cyber incident you go there and push that yellow

14  button that says report.  They do need to have a

15  DoD-approved Medium Assurance Certificate.

16          There are a number of vendors that

17  provide those certificates, and they do need to

18  have that on hand before they access our portal

19  so we know who's coming into our portal and gives

20  us a little bit of control.  But they don't have

21  to have an account, that's another question we

22  get a lot.  They just have to have that

23  certificate, they authenticate, and then they go

24  in and put in their report.

25          So here are some of the resources, this

Page 30

EXHIBIT 2 

AR00233115

```
 1   is available to anyone but I would direct it --
 2   if you've got any questions the
 3   DoDprocurementtoolbox.com has every piece of
 4   information you could possibly imagine related to
 5   this clause, from the presentations we've given
 6   to videos to frequently asked questions which we
 7   just finished updating, what was that, a month
 8   ago or so?
 9                MARY THOMAS:  Not even, yeah, two
10   weeks.
11                VICKI MICHETTI:  Okay, two weeks.  So
12   those are fresh, new, and newly organized so it's
13   easy to find the questions and the answers that
14   you're looking for.  So I encourage you to go
15   there.  But in the end if you don't -- if you
16   just need to ask a question and you don't know
17   where else to go, please submit an email to us at
18   the address there, that's listed:
19   osd.dibscia@mail.mil.
20                We will deal with those questions,
21   address it as a team, and come back and give you
22   an answer.  Sometimes we'll say hey, can we just
23   have a phone call, and we'll talk through it.
24   But we're here to help and we really encourage
25   you to reach out to us if there's ever any
```

                                                    Page 31

EXHIBIT 2



AR00233116

1   questions.

2                     MARY THOMAS:  And you can provide that

3   email address to the small businesses that

4   contact you as well.  We often will facilitate

5   phone calls between them and the organizations

6   that they're dealing with and whatever we can do

7   to help them resolve their issues, so we're happy

8   to do that.

9                     VICKI MICHETTI:  So we will -- wanted

10  to use the presentation just to do a level set

11  and hopefully address some things that we know

12  have been questions out there.  But now we want

13  to open the floor to anyone who has questions.

14                     TED BUJEWSKI:  Thank you, Vicki and

15  Mary.  Glad to see that we're issuing new

16  guidance, I think that will be very helpful.  I

17  should say these slides are already on the small

18  business website, business.defense.gov, and I

19  believe we're videotaping this so we'll be

20  posting the video on business.defense.gov as

21  well.

22                     I have lots of questions I could ask

23  Vicki and Mary but I'd really like to get to the

24  audience's questions and those on the app.  So do

25  we have any questions?  Lee?

                                        Page 32

EXHIBIT  2

AR00233117

```
 1                    LEE:   Yeah, sure.  So I'm wondering,
 2     have you guys given this training to the
 3     Department of Defense IG yet?
 4                    MARY THOMAS:  I'm sorry, could you
 5     repeat?
 6                    LEE:   Have you given this training to
 7     the Department of Defense IG yet?
 8                    MARY THOMAS:  So you know, the
 9     Department of Defense IG is a big organization
10     with many people and we've dealt with many parts
11     of it on different investigations that they're
12     having.  But yes, we would agree that this kind
13     of training is really helpful for an organization
14     like the IG.
15                    And we've reviewed some reports that
16     we've tried to provide input into to clarify what
17     the rule requires.
18                    LEE:   That's good.
19                    MARY THOMAS:  If you have any contacts
20     that we could use to get training to them we
21     would appreciate that.
22                    LEE:   No, but I think there's a
23     misperception, and really it's -- I think it's
24     broadly across the whole department as to what
25     the responsibilities are for a PCO or a
```

Page 33

EXHIBIT 2

AR00233118

1  government organization in monitoring this vice

2  what the prime contractor's responsibilities are.

3                    And I think my suggestion would be that

4  there be more clarity in that as far as who's

5  responsible for what, because I believe the

6  interpretation of the IG is maybe different than

7  what the intent of the clauses are.  So I just

8  throw that out to you.

9                    MARY THOMAS:  So yes, we do try to

10  clarify that the government's relationship is

11  with the prime and the prime is responsible for

12  the remainder of his supply chain.  And our

13  clause requires certain things.  But the other

14  thing that is always important to keep in mind is

15  one needs to read the entire contract.

16                    Because despite what this clause

17  requires, there might be other requirements in

18  the contract that require other things.  So I

19  know we have looked at some reports from the IG

20  that were dealing with situations where not only

21  this clause applied, but other added terms that a

22  particular requiring activity had written into

23  the contract that can sometimes get messy if it

24  overlaps with what the clause requires.

25                    So when dealing with industry it's

Page 34

EXHIBIT  2

AR00233119

1    always good to remind them to read through their

2    entire contract to make sure they are cognizant

3    of all of the requirements in this area of

4    cybersecurity.

5                TED BUJEWSKI:  Sean?

6                SEAN:  Good morning.  My name's Sean.

7    I'm with the Department of the Air Force.  My

8    question is one of the encouragements that we do

9    for small business professionals is outreach and

10   encouraging startup businesses to do business

11   with the Air Force, or in the Department of

12   Defense.

13              Specifically, have you -- have any cost

14   data that kind of addresses -- I understand

15   there's a range of, depending on what data needs

16   to be protected.  And then, do you have cost data

17   that you're asking the small businesses to come

18   up with to make sure that that data is protected

19   adequately?

20             MARY THOMAS:  So I'll take a stab at

21   that first and let Vicki tag on.  We have not

22   provided cost data because the -- early on we

23   kind of looked at what the possibility of being

24   able to do that was, but we realized that the --

25   you know, these requirements in 800-171 are what

Veritext Legal Solutions
866 299-5127

EXHIBIT 2

AR00233120

1    we like to describe as performance based.

2                      So the number of solutions to meet

3    these requirements are many, and it's really

4    going to depend on the type of information system

5    a particular organization has.  So it varies

6    greatly.

7                      But if you recall that chart we looked

8    at that talked about policy process, hardware,

9    software, we actually have a chart that shows you

10   which of the 110 requirements are policy process,

11   hardware, software.  There's actually very few

12   that require a hardware or software solution.

13   And even those ones that do, there's a range of

14   ways to implement it.

15                     So that's all going to drive the cost

16   aspects.  The size of the company greatly drives

17   it.  So for a small business in many areas it's

18   much easier to implement from a cost perspective

19   because you're not dealing with the number of

20   employees that our larger primes are dealing

21   with.

22                     So I think it really does depend.  But

23   I think that you can approach it -- Vicki and I

24   were once at an association conference and there

25   were small businesses and someone got up there

                                                    Page 36

EXHIBIT 2

AR00233121

1   and described how they implemented it.

2         She said one day she -- on one weekend

3   she brought her small team in, her IT guy who

4   happened to be her nephew.  They read through the

5   document, the 171, and the chapter three where

6   the requirements are is like, so thin.

7         They read through it, they figured out

8   what they were doing.  Many of the things that

9   are in there are things that you already have on

10   your home computer, per se.  Or they're

11   configuration things that you can set the

12   password a certain way.

13         She then figured out where they needed

14   help.  She bought her nephew some donuts and they

15   put a plan in place on how to document a System

16   Security Plan.  So while we found great humor in

17   her approach, I mean it really can be that

18   simple.

19         And I think there's a lot of like,

20   cottage industry companies out there right now

21   who are trying to sell a whole lot more to small

22   companies when it is not required.  And whatever

23   the cost is, I think it's important to know that

24   it's a clause in the contract and they can charge

25   the government for what they do.

Page 37

EXHIBIT 

AR00233122

1          So it's really a great benefit to small

2     business.  They're getting to protect their

3     systems and they're getting to be reimbursed for

4     that by the government.  And that system is going

5     to support all areas of their company, not just

6     their government work.

7          So I think that's a great advantage.

8     What companies sometimes don't want to do is put

9     it into their overhead rates, but that's normally

10    how they would be reimbursed for these charges,

11    so.  That was a long, convoluted answer, but

12    those are some of the things that we've come

13    across in dealing with these companies.

14          VICKI MICHETTI:  I can give you one

15    specific example.  Requirement 3.5.3 is for

16    multi-factor authentication.  So for DoD, we all

17    have the CAC, that is the top end, that's the

18    Cadillac version of a solution for multi-factor

19    authentication.

20          But you'll notice a lot of contractors

21    have the little RSA tokens they carry around, and

22    that's an acceptable solution.  There's also one

23    called a YubiKey.  The YubiKey is $40 a head.  So

24    that can be a very cheap solution.  And if you

25    have 10 employees, I mean it's not a lot of money

Page 38

EXHIBIT 2

AR00233123

1  to invest in having the solution.

2           And yet the benefit of that one

3  particular requirement is significant.  Most of

4  the time a cyber breach is done from stolen

5  credentials, somebody breaks into the computer

6  using a password that was not very secure.  So

7  you know, just having that multi-factor

8  authentication has huge payoff.  And it doesn't

9  have to be a complicated solution.

10          TED BUJEWSKI:  Do you have any

11  questions from the app?

12          MAN 1:   Yes, sir, we do.  Has DoD

13  leadership considered a DoD-sponsored harden

14  cloud computing solution where small businesses

15  can work and store information in a secure,

16  monitored environment especially for cutting edge

17  technologies?

18          VICKI MICHETTI:  The short answer of

19  that is no, not really at this time.  I mean

20  obviously there's a lot of options.  One thing I

21  would say is that the -- for example, there are

22  some government cloud services that our

23  contractors can use.

24          When we started on this journey a

25  couple years ago that wasn't actually available

                                    Page 39

EXHIBIT 

AR00233124

```
 1   to any business, and now it generally is
 2   available unless there's -- some component has a
 3   cloud service that they've said no, we don't want
 4   anybody else to be on our cloud.
 5              But for example, the Amazon GovCloud, I
 6   know that there are a lot of contractors that are
 7   able to use that service.  The one challenge I
 8   think to that is the GovCloud is more expense
 9   than some of the other solutions, so that has
10   been a little bit of a problem for especially the
11   smaller businesses.
12              MARY THOMAS:  But they don't need to
13   use a GovCloud as their solution as long as their
14   provider that they're using can assert to the
15   fact that they meet requirements equivalent to
16   FedRAMP Moderate, they don't need the FedRAMP
17   certification, they just need to assert that they
18   meet equivalent to that.  Then that could be a
19   solution for a small business.
20              They also need to understand that in
21   addition to the cloud provider meeting those
22   requirements, they need to ensure -- the small
23   business needs to ensure that they're still able
24   to report cyber incidents that might occur on
25   that cloud and meet all the other requirements of
```

                                              Page 40

EXHIBIT 2 

AR00233125

1    the DFARS clause even when they're using the

2    cloud solution.  So those other things would

3    still apply.

4                    But all of them are very feasible and

5    we've actually had conversations between small

6    businesses, cloud providers, and ourselves, to

7    make sure that that scenario could work out okay.

8                    MAN 2:  How does the government

9    validate a company's claim that they are meeting

10   NIST requirements?

11                   MARY THOMAS:  So I think we've talked

12   about that a bit, how does the government

13   validate the plan.  Again, at the very lowest end

14   of that spectrum, the contractor will sign the

15   contract stating that they meet all the

16   requirements of the contract, and one of those

17   requirements is NIST 800-17.

18                   And what they're saying when they sign

19   that contract is that they have documented in

20   their System Security Plan how they're

21   implementing their requirements.  And they have a

22   plan of action in place for any requirement that

23   has not yet been implemented.

24                   And then where you go from there is up

25   to the -- is really up to the requiring activity

                                    Page 41

EXHIBIT 2

AR00233126

1    or the product office, like what is it that they
2    want to require in terms of oversight, and then
3    that's where the matrix that we talked about
4    earlier that got posted to the Federal Register
5    comes into play.

6                    That lays out the different ways that
7    requiring activity can decide to assess, if you
8    will, the contractor's internal information
9    system.

10                   MAN 2:  For current contracts prior to
11   this new clause, what are your recommendations
12   for adding this requirement?

13                   MARY THOMAS:  So this clause has been
14   in place in some form since November 2013, so
15   we'd be talking about contracts in place prior to
16   2013.  If a company that had a contract prior to
17   2013 has had any new contracts since then, the
18   DFARS clause would be in it, and it would apply
19   to their entire system.

20                   So again, because these requirements
21   apply to the information system itself and are
22   not contract specific, I think in most cases they
23   should be covered.  But if for some reason there
24   were a company that had a contract pre-2013 still
25   working, and the requiring activity wants their

                                              Page 42

EXHIBIT 

AR00233127

1   information to be protected, they would need to

2   negotiate with that contractor the terms to get

3   the clause in place.  So that's what we would

4   recommend.

5                    MAN 2:  And finally, if an incident

6   occurs and is reported, who decides if the

7   contractor failed to provide adequate security so

8   that it can be reported in CPARS as applicable?

9                    VICKI MICHETTI:  So I think first of

10  all that's a conversation that needs to happen.

11  You first need to understand what happened in

12  that cyber incident and then you have to look at

13  where the breakdown occurred, and if in fact the

14  contractor was not compliant or providing

15  adequate security.

16                    Some of the reporting I see, it's not

17  through any fault of the company that an incident

18  has occurred.  Sometimes stupid things happen and

19  I guess the best example is stolen devices.

20  Laptop in the car, car gets broken into.  Should

21  you have left your laptop sitting in the seat,

22  probably not.

23                    But it wasn't something that was

24  intentional or malicious, it's just something

25  that happened.  So you want to make sure that you

Page 43

EXHIBIT 2

AR00233128

1    know, you're taking into consideration what's

2    happening in the context of the environment.

3                   Another thing I've seen is situations

4    where we know it's a foreign adversary that's

5    coming in and they're finding any which way that

6    they can get into the system.  And so you know,

7    in that case they could have done everything

8    right and still have had a cyber incident.

9                   So we want to encourage companies to

10   report.  I think if you have some reason to

11   believe that they're really not doing and meeting

12   any of the security requirements, then absolutely

13   you want to make sure that -- you can ask for

14   assistance and you can ask to see the plans.

15                  You can go in and in some cases you may

16   ask to see how they're actually doing things on

17   their networks.  And then if you find that

18   they're deficient, then you would want to take

19   appropriate contractual actions.

20                  But I think most of the time they're

21   really trying to do the right thing, but things

22   happen.  And if they're not, then I definitely

23   want to see that those companies are being held

24   accountable.

25                       MARY THOMAS:  And I would just add that

                                           Page 44

EXHIBIT 

AR00233129

1   know, you're taking into consideration what's

2   happening in the context of the environment.

3               Another thing I've seen is situations

4   where we know it's a foreign adversary that's

5   coming in and they're finding any which way that

6   they can get into the system.  And so you know,

7   in that case they could have done everything

8   right and still have had a cyber incident.

9               So we want to encourage companies to

10  report.  I think if you have some reason to

11  believe that they're really not doing and meeting

12  any of the security requirements, then absolutely

13  you want to make sure that -- you can ask for

14  assistance and you can ask to see the plans.

15              You can go in and in some cases you may

16  ask to see how they're actually doing things on

17  their networks.  And then if you find that

18  they're deficient, then you would want to take

19  appropriate contractual actions.

20              But I think most of the time they're

21  really trying to do the right thing, but things

22  happen.  And if they're not, then I definitely

23  want to see that those companies are being held

24  accountable.

25              MARY THOMAS:  And I would just add that

                                        Page 44

EXHIBIT 

AR00233129

 1    in most cases, a question like that really

 2    illustrates that there is a misunderstanding in

 3    industry as to the purpose of this clause.  This

 4    clause was put together -- really the initial

 5    intent was to understand what information is

 6    being compromised so we can mitigate that with

 7    how we're dealing with our weapons systems.

 8              So it really wasn't about shame on you,

 9    industry, you're not protecting your system.  It

10    wasn't about that at all.  We wanted to get their

11    systems into as -- into a condition where they

12    actually knew that there was an incident so that

13    they could tell us and we could understand what

14    information was being compromised.

15              And they could implement everything

16    about the clause perfectly and still have a cyber

17    incident.  So I would find it very unusual for

18    their -- you know, the result of a cyber incident

19    to be that they decided that industry was not

20    complying with the terms of the contract.  That's

21    really not the intent at all.

22              So I think that's something that's

23    really important that you communicate to small

24    businesses.  You know, this is about us being

25    able to learn about what's being lost out there

                                          Page 45

EXHIBIT  2

AR00233130

1    with regard to our information, so we can do a

2    better job on the government side of trying to

3    protect it.  It's not about finding fault with

4    what industry's doing.

5                    MAN 2:   And a few more questions have

6    just come in.  Are there plans to add similar

7    cybersecurity requirements to the other

8    transactions guide, and/or to the DoD grants and

9    agreements regulations to cover information in

10   those types of instruments?

11                   MARY THOMAS:   So I know there's a DoDI

12   8582, I believe, that directs that.  It's being

13   revised right now.  But it does direct that when

14   you're dealing with, we'll say CUI, controlled

15   unclassified information, you -- no matter what

16   kind of vehicle you're using, whether it's a

17   contract or something else, you should ensure

18   that there are requirements for protection, and

19   those requirements would always be NIST 800-171.

20                   So it would cover that.  And I don't

21   have a whole lot more information with how you

22   would do that in those other kinds of vehicles

23   right now, but I do know that that new DoD

24   instruction will put that requirement out there,

25   so that when you're going -- when you're dealing

                                      Page 46

EXHIBIT 

AR00233131

1   with somebody, no matter what kind of vehicle,

2   you should ensure that the information's being

3   protected.  And again, use that standard of 171

4   as the means for protection.

5               MAN 2:  Do you have some examples of

6   data breaches that have already been reported to

7   DoD by primes and their subcontractors and what

8   the results were that can be shared with the

9   audience?

10              VICKI MICHETTI:  So there are -- I

11  would say we get probably one or two incident

12  reports a week.  So there's a lot of examples of

13  incidents that have been reported by DoD

14  contractors.  Just a note on that, a

15  subcontractor is required to report directly to

16  DoD, they don't report through their prime.

17  They're supposed to notify their prime according

18  to the terms of the clause.

19              Now if the prime has told the

20  subcontractor you have to tell me everything and

21  that's between the two of them, we don't get

22  involved in that.  But what we did in the clause

23  is we ensured that we would get the direct

24  reporting from the subcontractor no matter where

25  they are in the supply chain.

                                        Page 47

EXHIBIT _2_

AR00233132

```
 1                    So from that perspective we do see a
 2     lot of reporting.  I've seen -- like I said I've
 3     seen a lot of lost and stolen devices that had
 4     that kind of information available.  I've seen
 5     stolen passwords that allowed an adversary to
 6     come in and see the information.
 7                    We've seen some evidence of ransom ware
 8     that's also out there, which is a handy tool for
 9     any bad guy who wants to create havoc amongst
10     business.  So you've got a lot of those types of
11     things out there.
12                    And we look at each incident in the
13     context of the incident itself, and then we want
14     to reach out and work with the contractor to
15     ensure that they -- and most of the time they
16     come in and they say we know this is what
17     happened and these were our mitigations.
18                    They even offer that to us right away.
19     But if we have something that we can help them
20     with, we want to do that as well.
21                    WOMAN 2:   Good morning.  I have a
22     question.  I have a system that I've invented
23     where contractors can download their information
24     about their firm, the capabilities.  Will this
25     affect that system?  I mean with the securities
```

Page 48

EXHIBIT 

AR00233133

1    that you're saying?  Because I mean actually the
2    website's been stopped at DoD level.  And that
3    was a very helpful tool.

4              MARY THOMAS:  So I'm not sure if I
5    understand exactly your question, but this clause
6    will impact systems when it's a non-DoD system,
7    and when it is storing information that requires
8    protection.

9              So anytime you have that situation,
10   it's a non-DoD system, and it has our information
11   on it, which you know, again could be PII, it
12   could be medical -- any kind of information.  It
13   sounds like in your situation it might be
14   personal information.  That would require
15   protection.

16              WOMAN 2:   No, it --
17              MARY THOMAS:  And if it was a non-DoD
18   system with something like PII on it, it would
19   need to have the requirements in this 800-171 on
20   it.  If you were on contract with the Department
21   of Defense and you had that clause in your
22   contract.

23              Another thing to keep in mind is that
24   the requirements in this clause will be applied
25   across all federal organizations when a FAR is

                                          Page 49

EXHIBIT 2

AR00233134

1    published that is implementing the CUI rule that
2    NARA is the executive agent for.
3              So that FAR rule has been drafted, it
4    will probably be out for public comment sometime
5    in 2018.  And when that is -- when that gets
6    published as a final rule sometime later, the
7    same requirements that we're talking about that
8    are on DoD right now will be true for any federal
9    agency, or something very much like it.  And it
10   will in fact, for sure include NIST 800-171.  We
11   do know that.
12             WOMAN 2:  Okay.  Well, you know, I'm
13   with DoD, with Department and Army.  And this
14   system that was written because I created this
15   idea, has actually helped contractors upload
16   information about their firms and we keep that in
17   a database.  And then we also allow them to
18   schedule online appointments.
19             VICKI MICHETTI:  So what you have is a
20   DoD system, right?  That they're putting
21   information into?
22             WOMAN 2:  Yes, it's through ASIC.
23             MARY THOMAS:  So that would have
24   different requirements.
25             VICKI MICHETTI:  Right.

                                        Page 50

EXHIBIT 

AR00233135

1              WOMAN 2:  Okay.

2              VICKI MICHETTI:  So in this -- it would

3   be -- they would have to -- that system needs to

4   comply with all the DoD requirements, which are -

5   - if you remember the picture Mary showed at the

6   beginning, that was the blue side of the chart.

7   So the little -- requirements are a little bit

8   different for a DoD system.

9              WOMAN 2:  Okay, thank you.

10             TED BUJEWSKI:  Also I'd like to add

11  that this only applies to contractors if it's in

12  their contract.

13             MARY THOMAS:  Exactly.

14             TED BUJEWSKI:  And it's up to the

15  government to decide whether it goes into that

16  contract or not.

17             MARY THOMAS:  Well, it actually -- Ted,

18  goes in -- the prescription for this clause is

19  actually all contracts.

20             TED BUJEWSKI:  I'm sorry, you're right.

21  It's all contracts.

22             MARY THOMAS:  Other than commercial,

23  off-the-shelf items.  That's the only thing that

24  is exempt.

25             TED BUJEWSKI:  But it's up to the

                                          Page 51

EXHIBIT  2

AR00233136

1    government to determine what information needs to

2    be protected.

3                    MARY THOMAS:  Exactly, exactly.

4                    VICKI MICHETTI:  That's right.

5                    TED BUJEWSKI:  For that contract.  It's

6    all -- for all new contracts.

7                    MAN 2:  Do you have data about how many

8    small businesses in SAM are compliant with the

9    cyber requirements?

10                   VICKI MICHETTI:  We don't have that

11   exactly.  What we were able to tell when we were

12   collecting the list of unimplemented requirements

13   for those contractors, contracts awarded before

14   the first of October last year, we were able to

15   see that a lot of progress was being made as

16   companies would submit their reports.

17                   Some of them, when they started out

18   they had not met any of the requirements but over

19   time we were able to see that evolution.  So

20   actually I know having talked with some small

21   businesses, a lot of them are very close if not

22   fully compliant with the requirements.

23                   And the same thing is true for some of

24   the big businesses.  There's a lot of that in the

25   middle, and so we're seeing a lot of good

                                              Page 52

EXHIBIT  2

AR00233137

1    progress being made.  The next phase will really
2    be what we hear probably from contracting
3    officers and from DCMA and from those who are
4    actually looking at the System Security Plans and
5    seeing how many of those contracts -- some of
6    those requirements are actually being met.
7                    MARY THOMAS:  Yeah, and I would just
8    again with that question reiterate that
9    compliance means again not having every single
10   security requirement implemented but having a
11   System Security Plan in place.
12                   And Vicki mentioned DCMA, the Defense
13   Contract Management Agency actually does, in
14   areas where they already have a presence and have
15   oversight, they will go forward and ask
16   contractors to show them their System Security
17   Plan to ensure that they're meeting that
18   requirement of the DFARS clause.
19                   So that's one level of oversight that's
20   been added.  And they won't assess the plan, DCMA
21   will tell you they are not qualified to, you
22   know, know if that plan is put together in the
23   right way, but they can tell us that they have
24   one in place and therefore meet that requirement.
25   So that's something that's happening right now.

Page 53

EXHIBIT 

AR00233138

1          VICKI MICHETTI:  And I would just add
2    that for all of you, your CIOs are an excellent
3    resource and every component has one.  If you're
4    not sure and you just want to ask hey I saw this
5    in a plan, does this make sense?  Reach out to
6    those points of contact or call our office.
7    We'll help you figure out whether or not
8    something makes sense.
9
10         But those CIOs are -- understand --
11   we've actually met with a lot of the Mil Dev CIOs
12   and CCOs and talked with them about this clause.
13   So they understand that they might be getting
14   questions from the procurement and the
15   acquisition community, so they're prepared for
16   that.

17         TED BUJEWSKI:  So I think we're out of
18   time.  I want to thank Mary and Vicki for coming
19   and thank all of you for your good questions.  If
20   you have any other questions that we didn't
21   cover, I'll be around for the rest of the week
22   and you can always call me on the number on the
23   website.

24         VICKI MICHETTI:  Thank you.
25

                                        Page 54

EXHIBIT 

AR00233139

```
 1
 2                                C E R T I F I C A T I O N
 3      I, Sonya Ledanski Hyde, certify that the
 4      foregoing transcript is a true and accurate
 5      record of the proceedings.
 6
 7
 8
 9      Sonya L. Ledanski Hyde
10
11      Veritext Legal Solutions
12      330 Old Country Road
13      Suite 300
14      Mineola, NY 11501
15
16      Date: February 27, 2020
17
18
19
20
21
22
23
24
25
                                              Page 55
```

EXHIBIT 2

AR00233140