# EXHIBIT "4"

| | |
|---|---|
| **From:** | Angelo, Mark [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANGELO, MARK8D5] |
| **Sent:** | 1/5/2017 9:56:01 PM |
| **To:** | Avakian, Alan [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Avakian, Alandd6]; Figler, Curtis [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Figler, Curtis510]; Owens, Robert [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Owens, Robert69c]; King, Blake A. [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=King, Blake A.b9b]; Asche, Marsha [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Marsha.asche]; Shelman, Tom [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Shelman, Toma29]; Glennan, Keith [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Glennan, Keith8af]; Holder, Rapheal [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Holder, Raphealc1e] |
| **CC:** | Taylor, Corrine [/O=AEROJET/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Corrine.Taylor] |
| **Subject:** | FW: Data Protection Draft Internal Audit Report |
| **Attachments:** | FY2016 Data Protection Assessment Draft January 3 2017 Updated 2 PM.docx; FW: FY 2016 Cyber Security Draft Audit Report |

Alan,

To follow up on my email from yesterday evening; I have reviewed both draft reports (Data Protection Assessment and Cyber Security (attached) ) in detail. The management responses are not acceptable. I will let Steve Patterson know that the January 11th date that you communicated will not be achieved. After the below described review is completed to my satisfaction, I will discuss with Mark Tucker prior to closing with Steve.

The management responses are provided to the Board of Directors. Completion dates at the end of 2017 and into 2018 for High and Medium risk findings burdens the company with too much risk if we cannot contain these risks early in 2017.

I am also concerned with the repeated comment that "Management accepts the finding". I want to understand if the auditors are providing opinions about what we could do or should do to provide higher, more efficient controls vs. what we are doing compared to our policies and procedures. For example, the cyber audit states that the findings must be resolved for AR to achieve a maturity level of 5 on a 1 to 5 scale. I don't believe that AR has ever established an objective to achieve a maturity level of 5. And I am not convinced that it is fiscally responsible for leadership to attempt to achieve a maturity level of 5.

Cancel my staff and metrics meeting on Tuesday, Jan 10, and schedule a 3 hour meeting, 8 to 11, with the addressees to review each finding and management response.

Be prepared to answer the following four questions for each stated finding for both audits:

1.     Are we following or failing to follow documented command media? Do we believe the stated finding is an actual finding or is it an improvement opportunity? Do we agree with the High or Medium assessment?

2.     What needs to be done to remediate High and Medium findings by the end of Q1, 2017? Define the high level plan milestones, capital and operating costs. Document why the new proposed date cannot be further accelerated.

3.     If management elects to accept the risk until the IT Outsourcing contract is awarded, assuming a Feb 1 letter contract date with immediate actions by the outsource provider starting Feb 1, what is a reasonable but very aggressive date for the outsource provider to achieve compliance? Document why the new proposed date cannot be further accelerated. Is mitigating the identified risk in scope or out of scope to the current SOW? If out of scope, ROM costs? Clarify and document what we believe to be the real risk that management is accepting if the decision is to accept the risk for some period of time.

4.     How does the stated finding relate to the current plan for DoD NASA FARS compliance?

EXHIBIT 4

**CONFIDENTIAL**

Completion of the Management response for both the Data Protection Assessment and Cyber Security Audit takes precedence over finalizing the IT Outsource recommendation.

Thank you,

Mark

---

**From:** Avakian, Alan
**Sent:** Tuesday, January 03, 2017 3:18 PM
**To:** Asche, Marsha; Durand, Timothy J; Figler, Curtis; Gehring, Geoffrey E; King, Blake A.; Marek, David J; Owens, Robert; Petti, Edward; Raymond, John; Schifano, Tina; Toombs, General
**Cc:** Angelo, Mark
**Subject:** FW: Data Protection Draft Internal Audit Report

Most of you have been involved in the management response to the attached Data Protection Assessment report from Internal Audit last month. The final report is now ready for your review. Please read through each of your respective areas and respond back that you are good or state additional changes that you'd like made before it is published to Kathy Redd and Paul Lundstrom. Your response is requested by Friday, January 6th so that Mark can review all inputs upon his return on Monday, January 9th.

Thanks.

--
**Alan J. Avakian**
**Senior Director, IT Applications and Integration**
**Information Technology**
**Aerojet Rocketdyne**
916-355-2503 (Office)
916-330-0907 (Cell)

---

**From:** Patterson, Steve
**Sent:** Tuesday, January 03, 2017 2:19 PM
**To:** Angelo, Mark
**Cc:** Avakian, Alan; Sharma, Anshuman; Gin, Steven; Tu, Eric
**Subject:** RE: Data Protection Draft Internal Audit Report

Sorry—please review the attached draft, which has some slight modifications in tracked changes mode from the earlier version I sent you at 1:46 PM.

Thanks,

Steve

---

**From:** Patterson, Steve
**Sent:** Tuesday, January 03, 2017 1:46 PM
**To:** Angelo, Mark
**Cc:** Avakian, Alan; Sharma, Anshuman; Gin, Steven; 'Tu, Eric'
**Subject:** Data Protection Draft Internal Audit Report

Mark-

Attached is the current draft of the Data Protection IA report. Management actions for the identified findings have been incorporated. At this point, the draft report is ready for your final review. Let us know if you have any final

EXHIBIT 4

AER00180712
**AR00180712**

**CONFIDENTIAL**

questions or edits.  Once you are OK with the draft report, I will forward to Kathy Redd and Paul Lundstrom for their final review prior to issuance.  I will not forward to Kathy and Paul until you are OK with the draft report.

Alan-

Mark's auto-reply indicates he is out through January 8, so I'm also copying you on this message.

Thanks,

Steve

**Steven L. Patterson**
**Executive Director, Aerojet Rocketdyne Internal Audit**
**Steven.Patterson@Rocket.com**
**916-351-8544 (office)**
**973-723-8672 (mobile)**

EXHIBIT 4

EXHIB

AER00180713
**AR00180713**

**CONFIDENTIAL**