# EXHIBIT "5"

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**CERTIFIED COPY**

UNITED STATES OF AMERICA:
ex rel.
BRIAN MARKUS

    Plaintiffs,  Civil Action No.
            2:15-cv-2245 WBS-AC
 -vs-

AEROJET ROCKETDYNE HOLDINGS,
INC., a corporation and
AEROJET ROCKETDYNE, INC., a
corporation,

    Defendants.
_____/


DEPOSITION OF:   LAURIE ANN HEWITT

August 20, 2021

10:04 a.m. PDT - 1:47 p.m. PDT


REMOTE PROCEEDINGS VIA ZOOM

EXHIBIT 5

Reported By:  Diane F. Fattig, CSR No. 3692

Deposition of LAURIE ANN HEWITT    UNITED STATES OF AMERICA vs. AEROJET ROCKETDYNE HOLDINGS, INC.

Case 2:15-cv-02245-WBS-AC   Document 134-5   Filed 10/12/21   Page 4 of 6

| | |
|---|---|
| 1 | Q.  BY MR. THYBERG:  Why was that? |
| 2 | A.  Because they were not in compliance with the |
| 3 | DFARS clause.  Which deals with cyber security. |
| 4 | Q.  Okay.  I understand that -- so you -- you would |
| 5 | not knowingly award this contract to Aerojet if you knew |
| 6 | they were not in compliance with the DFARS clause? |
| 7 | MS. NEGLIA:  Object to form. |
| 8 | Q.  BY MR. THYBERG:  Is that correct? |
| 9 | A.  That is correct. |
| 10 | Q.  Now, was your decision or your position that |
| 11 | you would not award the contract to Aerojet at this time |
| 12 | due to concern you had that the army's unclassified |
| 13 | control technical information would be vulnerable to -- |
| 14 | to loss on the Aerojet computer network? |
| 15 | MS. NEGLIA:  Object to form. |
| 16 | THE WITNESS:  My position was that Aerojet was |
| 17 | not in compliance with the DFARS clause and until they |
| 18 | were compliant, I would not award a contract to them. |
| 19 | Q.  BY MR. THYBERG:  All right.  And so looking at |
| 20 | this, was there some request -- was there a request from |
| 21 | Aerojet that they be able to get a waiver of the DFARS |
| 22 | clause? |
| 23 | A.  They had previously asked for a waiver.  I do |
| 24 | not recall at what point, but they had requested a |
| 25 | waiver. |

EXHIBIT 5

1  A. Normally, no, that is not her job. It's the
2  job of the contract to self-certify to the DFARS clause.
3  And since Aerojet self-certified that they were not in
4  compliance, that is why I requested further information,
5  clarification, from Ms. Michetti.
6  Q. Did Ms. Michetti indicate whether the
7  compliance with the DFARS clause was a Department of
8  Defense-wide problem?
9  A. She indicated that it was not a Department of
10 Defense-wide problem.
11 Q. Did she indicate whether there was any
12 provision to give Aerojet a waiver of the DFARS clause
13 requirements?
14 A. Ms. Michetti stated that there was no viable
15 means for a waiver for this DFARS clause.
16 Q. Did Ms. Michetti advise you how you should
17 respond to Aerojet on the DFARS clause issue?
18 A. Yes. She suggested that this information be
19 shared with the contractor.
20 Q. If you look at this page 22 -- I'm sorry.
21 Misstate it. Look at page Aerojet 26626 to 26628.
22 There's an e-mail that starts on that first page,
23 original message from Ms. Michetti to yourself on
24 May 21, 2015, and ask if you recognize that e-mail.
25 A. Yes, I do recognize that e-mail.

EXHIBIT 5

1    Q.  And was that an e-mail that Ms. Michetti sent
2 you in response to your earlier e-mail we looked at on
3 May 14, 2015?
4    A.  Yes, that is her response to my e-mail.
5    Q.  Okay.  And did Ms. Michetti advise you that you
6 could award the contract to Aerojet but that the
7 controls must be in place at the time the contractor has
8 controls -- technical information on his information
9 system?
10   A.  She -- Ms. Michetti reiterated that the
11 controls had to be in place for contract award to
12 Aerojet.
13   Q.  And did you communicate that to Aerojet?
14   A.  I do not recall if I, personally, relayed that
15 information to Aerojet, but it was relayed to Aerojet.
16   Q.  Do you know whether it was in a letter, a
17 telephone conference?  How that was communicated?
18   A.  I do not know how it was communicated.
19       May I take a break?
20       MR. THYBERG:  Oh, yeah, I'm sorry.  Yeah.  How
21 long do you need?
22       THE WITNESS:  I need five minutes.
23       MR. THYBERG:  Okay.  Let's go off the record.
24 Five minutes.                                 EXHIBIT 5
25       MR. McALEER:  We're off the record at 1:31 p.m.