# EXHIBIT "6"

UTC Proprietary Information                                                                June 11, 2013

### Pratt & Whitney Rocketdyne - Advanced Persistent Threat Attack and Data Exfiltration
### Statement of Disclosure to Gencorp

On May 25th, Pratt & Whitney Rocketdyne (PWR) was notified by UTC that they were a victim of an advanced persistent threat attack resulting in the exfiltration of approximately 100.5 gigabytes of data in 61,640 files located in 5,643 directories which was exfiltrated from the company through a UTC hosted Internet gateway.

Activity was detected early on the morning of Saturday, 5/25/13. In addition to the other cyber security tools, UTC had recently implemented General Dynamics' Fidelis XPS appliances within our network. Traffic passing through this appliance triggered an alert, which in turn launched an incident investigation. It was detected that there were two servers in the Newington CT data center that were communicating to an external web server with suspicious traffic. Once it was determined that there was data transferred, the two servers were taken offline that morning.

Additional network, host and memory analysis was started. Network activity linked a PWR PBX server, PUSCWI05, to the two devices in Newington. There were .RAR files detected on the Newington servers and there were deleted .RAR files on the PWR server that matched the Newington files that had been exfiltrated.

The following actions have been taken to date. All of the PWR administrative accounts have had their passwords changed. UTC has a custom built script that is being utilize to scan all of our servers, detect any known malware or malicious files and eradicate them. This script has been run against the PWR server environment multiple times since this incident. To date we have found one PWR server, PUSCWA06, with malware in the PWR environment. That server has been cleaned. The remainder of the servers have shown to be clean.

UTC has provided PWR a list of exfiltrated filenames and the location of the files have been identified. In addition, an elevated privileged domain user account was identified that the actors used to compromise the PWR PBX server to access the data and transfer the files.

An analysis has been conducted on a subset of the contents of the files. Many contain personally identifiable information including names, employee email addresses, employee phone numbers and other contact information, photographs of employees, and photographs of employees displaying security badges. There are also numerous files containing the following text markings: ITAR Controlled, ITAR - Export Controlled, EXPORT-CONTROLLED, ITAR - Export Controlled, Proprietary and Controlled Distribution.

The exfiltrated file content is broad and ranges in age up to approximately 9 years and generally appears focused on the suite of PWR Energy Systems programs and Hypersonics programs (ISTAR, Vulcan, X-43, SCRAM, RAM injectors, etc.) including cost, technical and proposal data. Other file names refer to RS-84, NGLT, RS68, Grand Challenge, F1, AFRL, supplier management, labor reports, DARPA white papers, special combustion stabilization, RBCC, NASA briefings, weekly project and teleconference reports on various topics, and the Purple Team and many others. Various file types including Word, PowerPoint, Excel, AVI (movies), jpg (pictures), and programming codes, among others were extracted.

EXHIBIT 6