# EXHIBIT "7"

**From:** Angelo, Mark [Mark.Angelo@Rocket.com]
**Sent:** 1/17/2017 2:28:46 PM
**Subject:** FW: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Sam,

Thanks for the heads up. I agree completely that a pre-briefing discussion with NASA before Jan 23 would be very beneficial.

Curt,

Please step in and take the lead; review the email chain below and design the next steps. Thanks!

Mark

**From:** Wiley, Samuel R
**Sent:** Tuesday, January 17, 2017 1:59 PM
**To:** Angelo, Mark
**Cc:** Jackson, Jerry; Van Kleeck, Julie A
**Subject:** FW: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Mark, Good afternoon.

I am Sam Wiley and we recently met at the leadership conference at our office in El Segundo headquarters late last year. I work for Julie Van Kleeck in the Advanced in Space group and have responsibility for the NASA Glenn Advanced Electric Propulsion System (AEPS) development program. We recently submitted a number of data documents at our SRR in Dec last year. One of those documents was our IT security plan which has been rejected by NASA. If you look at the first email in the string below, it outlines our plan's deficiencies.

Currently we are at risk for a stop work from NASA. The AEPS program is worth about $28M in sales in 2017 or about $2.4M a month this year. A stop work would be devastating for the program and our ability to meet our financial goals. We need to quickly respond to NASA concerns with an updated plan. I am sure that your team is very busy but I really need them to quickly help us close on these open issues.

Our NASA Glenn customer has provided us an opportunity to meet with the NASA team and review our updated plan before we need to submit the updated plan which is due back to NASA on the 23rd of this month. I believe we should

EXHIBIT 7

CONFIDENTIAL

AER00025719
AR00025719

take the opportunity to meet with NASA with an updated plan so that we can work the issues and ensure our compliance in advance or our Jan 23rd due date.

Our NASA Glenn contracts manager has told us that failure to satisfy NASA IT concerns will result in a stop work order. Anything you can do to help will be much appreciated. Please feel free to contact either myself or Jerry Jackson, the AEPS program manager (email included) if you have any questions.

Thanks, Sam

Sam Wiley

Aerojet Rocketdyne Program Director, Advanced Space

samuel.wiley@Rocket.com

Office: (916) 355-3312

BB: (916) 799-0651



**From:** Jackson, Jerry
**Sent:** Tuesday, January 17, 2017 1:23 PM
**To:** Bovee, Ann; Keehan, Keith P; Owens, Robert; McBride, Mark; Chamberlain, David
**Cc:** Fisher, Jayeane; Wiley, Samuel R
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Robert –

Any feedback as to whether we will complete this plan as shown below by Jan 23rd or what will be the planned completion date?

Additionally, do you want to meet with NASA IT?

Jerry Jackson

Advanced Electric Propulsion Program Office

818-586-7517

818-610-9555 (c)

**From:** Jackson, Jerry
**Sent:** Friday, January 13, 2017 8:35 AM
**To:** Bovee, Ann; Keehan, Keith P; Owens, Robert; McBride, Mark; Chamberlain, David

EXHIBIT 7

CONFIDENTIAL

AER00025720
AR00025720

Cc: Fisher, Jayeane; Wiley, Samuel R
Subject: RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

I did not hear back from the IT group if there is a desire to meet with the NASA IT group and review our plan. I believe this would be of use since we need to have a plan that we can submit to NASA by the 23rd.

This is important to us since the NASA has indicated that a poor plan will result in the strong potential for a STOP WORK order being issued.

Jerry Jackson

Advanced Electric Propulsion Program Office

818-586-7517

818-610-9555 (c)

**From:** Jackson, Jerry
**Sent:** Thursday, January 12, 2017 8:29 AM
**To:** Bovee, Ann; Keehan, Keith P; Owens, Robert; McBride, Mark; Chamberlain, David
**Cc:** Fisher, Jayeane
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Ann – Thanks for pulling together that initial framework. Per the plan, the IT team should be drafting the internal email that states the plan that will be completed (with timing for each category) and any questions that they have for NASA IT. From there we can determine if we will need to meet with the NASA team before the formal submittal on the 23rd.

Jerry Jackson

Advanced Electric Propulsion Program Office

818-586-7517

818-610-9555 (c)

**From:** Bovee, Ann
**Sent:** Wednesday, January 11, 2017 10:44 PM
**To:** Jackson, Jerry; Keehan, Keith P; Owens, Robert; McBride, Mark; Chamberlain, David
**Cc:** Fisher, Jayeane
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Attached is the IT SSP Response Matrix - this should provide a tool for the IT Team to gather its initial responses and issues. We were planning to have the internal email response available by Thursday 1/12.

In the matrix I've included the text of the original submitted IT SSP, as well as columns to identify our responses to NASA's requests for Command Media identification, Outsourcing details, and confirmation of 3rd party audit. I provided some initial assumptions about control category – please edit and reformat as needed.



EXHIBIT 7

CONFIDENTIAL

AER00025721
AR00025721

Thanks –

Ann



**From:** Bovee, Ann
**Sent:** Tuesday, January 10, 2017 10:09 AM
**To:** Jackson, Jerry; Keehan, Keith P; Owens, Robert; McBride, Mark; Chamberlain, David
**Cc:** Fisher, Jayeane
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Team,

As follow-up from yesterday's discussion, here are the comments/actions we addressed for each of NASA's issues with the AEPS IT System Security Plan (IT SSP).


- Internal email response from IT team planned by this Thursday, 1/12/17. *[This email is intended to voice the overall plan, issues, concerns that IT has in responding to NASA as we prepared for the 1/23 response.]*

-

- External email response to NASA needed by Monday 1/23/17 *[This email is to provide NASA with ARs response plan to comply with the actions provided to AR.]*

-

- Ann will develop an initial table of the controls addressed in the IT SSP plan by Wednesday 1/11 – this can be used as a matrix for the responses to the 3 issues listed below.

EXHIBIT 7

CONFIDENTIAL

AER00025722
AR00025722

Issue #1. Outsource

"71 control responses refer to a "currently under way outsourcing of Information Technology functions." First and foremost, these are not valid control responses for security controls since they do not describe in any way how the control is being satisfied. Furthermore, outsourcing presents a significant IT Risk Management challenge since it adds another layer of company/management/contractual requirements in order to gain an appropriate level of assurance that the proper IT Security controls are being met."

- Vendors are currently being selected for outsourced compliance of these IT control functions by end of 2017.
- Outsource Vendors' SOWs require compliance to NIST standards, however, AR does not dictate methodology.

- Proposed Plan: Assessment by Bob Owens' group of all outsourced IT System Security Plan controls. A matrix will be created of whether each IT SSP control is currently in full or partial compliance with outsourced completion by the end of 2017. Ann will develop initial table of the controls that are being outsourced. Bob's group will assess if we have zero or partial compliance at this time. If there is partial compliance, that control method will be need to be described.

Issue #2. Command Media

"78 control responses refer to "Command Media" being in place to support the control with insufficient detail of how the actual control is being satisfied. They should either 1) include this "Command Media" document as an artifact with specific section/page references within each control response, or 2) just include the actual verbiage from this "Command Media" in the control response."

- Command media cannot be presented to NASA. NASA will need to review our command media on-site at AR, which is not one of the two proposed options.
-
- Proposed Plan: Assessment of all IT System Security Plan controls that are addressed by reference to AR Command Media. A matrix will be created of where each IT SSP control is addressed by AR command media (matrix to include specific document number, section, page reference).
  o Scope and owner of this work needs to be defined – IT group to establish timeline for completion of this table. AR to notify NASA upon completion to arrange for their on-site review of command media.

Issue #3. Independent Assessment

"Independent Assessment. The NASA and NIST requirement is to have an authorized Security Plan in order to process NASA data. This requires an independent assessment of the Security Plan and controls. Given the current state of the control responses (with very little detail of how controls are actually satisfied largely due to the first two items above) it is recommended that issues #1 and #2 above are addressed to allow an assessment to occur. Please see (NIST 800-37 Chapter 3.)"

EXHIBIT 7

AER00025723
AR00025723
CONFIDENTIAL

- General IT audit has been performed in 2015 with 39 findings that have completed remediation.
- The AEPS program has no unique audit requirements. All AEPS program IT controls should have been addressed as part of previous general IT audit(s).
- Audit findings are sensitive, and all communications with NASA will need to go through the Internal Audit group (Curt Figler) and IT group (Mark Angelo)
-
- <u>Proposed Plan</u>: A matrix will be created referencing all implemented controls at AR with a reference of when each IT SSP control was audited (auditor, date). An assessment by the IT group/Internal Audit of all IT System Security control functions that have been addressed during previous audit(s) will be performed to support the development of the table.
  - Scope of this work needs to be defined by David Chamberlain – and is considered non-trivial.

**From:** Owens, Robert
**Sent:** Thursday, January 05, 2017 5:34 PM
**To:** McBride, Mark; Jackson, Jerry; Chamberlain, David; Bovee, Ann
**Cc:** Fisher, Jayeane
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Hello Ann and Jerry,

Please schedule for meeting for next Monday 1/9/2-17. I will be on-site in Sacramento and I want to meet with my team after the meeting to begin developing a plan to develop the SSP.

Thanks,

Bob

**Robert Owens, SCPM, CISM, CCISO**

**Sr. Manager – Architecture and Cyber Security**

Aerojet Rocketdyne

1180 Iron Point Rd. Suite 350

Folsom, CA  95630

Tel: 916-355-2043

Cell: 510-502-0300

robert.owens@rocket.com

EXHIBIT 7

CONFIDENTIAL

AER00025724
AR00025724



CONFIDENTIALITY WARNING: This message may contain proprietary and/or privileged information of Aerojet Rocketdyne and its affiliated companies. If you are not the intended recipient please 1) do not disclose, copy, distribute or use this message or its contents, 2) advise the sender by return e-mail, and 3) delete all copies (including all attachments) from your computer. Your cooperation is greatly appreciated.

**From:** McBride, Mark
**Sent:** Thursday, January 05, 2017 4:20 PM
**To:** Jackson, Jerry; Chamberlain, David; Bovee, Ann; Owens, Robert
**Cc:** Fisher, Jayeane
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

We have some room for discussion around the 71 items called out in item 1 as a number of them we have partial controls already in place. The IT outsource is a solely AR internal decision and NASA does not get a vote

For item 2 – we can provide excerpts from the policy document(s) – this will take a bit of digging

For item 3 - We have the external audit of AR IT – and we could have our external audit vendor provide a specific report of the AEPS SSP, if desired.

Thoughts?

Mark McBride

Infrastructure/Security Architect

Enterprise Architecture Group

Mark.mcbride@Rocket.com

Office: (916) 355-6318

Mobile: (916) 342-4789


**From:** Jackson, Jerry [mailto:Jerry.Jackson@rocket.com]
**Sent:** Thursday, January 05, 2017 4:10 PM
**To:** Chamberlain, David; Bovee, Ann; McBride, Mark; Owens, Robert
**Cc:** Fisher, Jayeane
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Let's try and set up an internal meeting to discuss a game plan then we will meet with NASA....

EXHIBIT 7

AER00025725
AR00025725

**CONFIDENTIAL**

Ann -- can you set this up?

Jerry Jackson

Advanced Electric Propulsion Program Office

818-586-7517

818-610-9555 (c)

**From:** Chamberlain, David
**Sent:** Thursday, January 05, 2017 3:59 PM
**To:** Jackson, Jerry; Bovee, Ann; McBride, Mark; Owens, Robert
**Cc:** Fisher, Jayeane
**Subject:** RE: Formal Rejection of DRD 02.016 Information Technology System Security Plan

**Jerry,**

Thanks! (I think...) I can't say I'm terribly surprised.

Issue 1:   Pretty much what I expected – saying it's going to be addressed by outsourcing is tantamount to saying we don't have the control in place.

Issue 2:   We have discussed how to address this, but based on the way Leah's response is phrased, I think they are going to insist on being given the command media. This, of course, runs the risk NASA review our command media and saying it is inadequate.

Issue 3:   Based on the way this is now phrased, I don't think our annual cyber assessments will meet this requirement as it is now specifically aimed at a review/analysis of the IT SSP.
☹

**Bob and Mark,**

We need to think about the approach we want to take here.

I'm at a bit of a loss to see how to address Issue 1 in a way that will be acceptable to NASA. Issue 2 is fraught with peril as describe above. We have no process in place for an independent review of IT SSP to address Issue 3.

Regards,
Dave

**David Lars Chamberlain**

EXHIBIT 7

CONFIDENTIAL

AER00025726
AR00025726

C|CISO, CISM, CRISC

O: 916.355-6103

M: 650.339.0023

E: David.Chamberlain@rocket.com



**From:** Jackson, Jerry
**Sent:** Thursday, January 05, 2017 3:24 PM
**To:** Bovee, Ann; McBride, Mark; Chamberlain, David
**Subject:** FW: Formal Rejection of DRD 02.016 Information Technology System Security Plan

Fyi – here is the rejection from NASA on the IT Sys Sec. Plan

Jerry Jackson

Advanced Electric Propulsion Program Office

818-586-7517

818-610-9555 (c)

**From:** Koury, Leahmarie (GRC-CHA0) [mailto:leahmarie.koury@nasa.gov]
**Sent:** Thursday, January 05, 2017 1:25 PM
**To:** Keehan, Keith P
**Cc:** Jackson, Jerry; Tofil, Todd A. (GRC-MT00); Herman, Daniel A. (GRC-LTS0); Saccomando, Daniel M. (GRC-CHA0)
**Subject:** [EXTERNAL] Formal Rejection of DRD 02.016 Information Technology System Security Plan

Good afternoon,

The subject DRD has been rejected by the Government due to material omissions of required information and the quality of the information provided. Aerojet-Rocketdyne (AR) is required to provide an Information Technology (IT) System Security Plan (SSP) that covers all aspects of IT for the Contractor performed tasks. The submitted plan fails to meet that standard.

The AEPS Project is currently operating at risk until the corrections to the plan are made, which includes the assessment described below. Without assurance there are adequate protections in place, the late delivery of the DRD along with the low fidelity of the documentation provided puts the NASA data in AR's possession at risk. As such, the Government will require a complete risk mitigation plan and schedule be provided no later than January 23, 2017 as to avoid actions leading to a stop work order.

The major concerns are outlined below – however this list is not all inclusive:

EXHIBIT 7

CONFIDENTIAL

AER00025727
AR00025727

Issue #1.

71 control responses refer to a "currently under way outsourcing of Information Technology functions." First and foremost, these are not valid control responses for security controls since they do not describe in any way how the control is being satisfied. Furthermore, outsourcing presents a significant IT Risk Management challenge since it adds another layer of company/management/contractual requirements in order to gain an appropriate level of assurance that the proper IT Security controls are being met.

Issue #2.

78 control responses refer to "Command Media" being in place to support the control with insufficient detail of how the actual control is being satisfied. They should either 1) include this "Command Media" document as an artifact with specific section/page references within each control response, or 2) just include the actual verbiage from this "Command Media" in the control response.

Issue #3.

Independent Assessment. The NASA and NIST requirement is to have an authorized Security Plan in order to process NASA data. This requires an independent assessment of the Security Plan and controls. Given the current state of the control responses (with very little detail of how controls are actually satisfied largely due to the first two items above) it is recommended that issues #1 and #2 above are addressed to allow an assessment to occur. Please see (NIST 800-37 Chapter 3.)

The NIST 800 series is viewed as the IT Security Industry Standard for these plans – as well as required by NPR. Please contact David Murnan (cc'd above) if there are specific questions about the requirements, or about the template provided.

*Leahmarie Koury*

Lead Contracting Officer
Exploration Systems Branch, CHA
21000 Brookpark Road
M.S. 60-1
Cleveland OH, 44135

EXHIBIT 7

CONFIDENTIAL

AER00025728
AR00025728