# EXHIBIT "8"

| | |
|---|---|
| From: | Koury, Leahmarie (GRC-CHA0) |
| To: | Dolloff, Matthew D. (GRC-MA00); Hoyt, Jeffrey D. (GRC-CHA0) |
| Subject: | Fwd: Rejection of Fee Invoice and Remedy |
| Date: | Friday, March 17, 2017 11:31:21 AM |

FYI guys just a heads up.

This happened. Call my cell and f you have any questions.

2166951466

Sent from my iPhone

Begin forwarded message:

> From: "Koury, Leahmarie (GRC-CHA0)" <leahmarie.koury@nasa.gov>
> Date: March 17, 2017 at 11:08:15 AM EDT
> To: "Keehan, Keith P (keith.keehan@rocket.com)" <keith.keehan@rocket.com>, "Jerry.Jackson@rocket.com" <Jerry.Jackson@rocket.com>
> Cc: "Tofil, Todd A. (GRC-MT00)" <todd.a.tofil@nasa.gov>, "Herman, Daniel A. (GRC-LTS0)" <daniel.a.herman@nasa.gov>, "BIAGGI-LABIOSA, AZLIN M. (GRC-MT00)" <azlin.m.biaggi-labiosa@nasa.gov>, "Schoewe, Matthew M. (GRC-CHA0)" <matthew.m.schoewe@nasa.gov>, "Saccomando, Daniel M. (GRC-CHA0)" <daniel.m.saccomando@nasa.gov>
> Subject: Rejection of Fee Invoice and Remedy
>
> Keith and Jerry,
>
> The Government in an effort to remedy current performance issues is rejecting the (NASA number 5602608380) fee invoice for the amount of $42,980.00 and all future fee invoices until the following actions are taken:
>
> #1. Submittal of an Acceptable DRD 02.016 Information Technology System Security Plan which includes:
>
> > (a) Resubmittal of DRD 02.016 with the inclusion of artifacts to review from Aerojet's independent, NIST-based Security Assessment of their Moderate (as defined by NIST) categorized System.
> >
> > These artifacts should identify:
> >
> > • Security Assessment Report includes the entity that conducted the assessment (Aerojet Internal Group or External Company,) scope of the assessment, date of assessment, system data categorization, NIST 800-53 Rev4 controls

that were assessed, level of testing performed, verification of controls and any control variances.

- <!--[if !supportLists]-->• <!--[endif]-->Plan of Action and Milestones (POAMs.) POAMs represent Aerojet's plans (measurable milestones with dates) to address/mitigate each control variance from the assessment.
- <!--[if !supportLists]-->• <!--[endif]-->Risk Acceptance items. Risk acceptance items are control variances Aerojet does not plan to mitigate, or control variances Aeroject plans to partially mitigate.

<!--[if !supportLists]-->(b) <!--[endif]-->An invitation to the COR and/or any of his designees along with David Murnan to participate in any MSFC IT information exchange.

Once the DRD is resubmitted with the information and actions above, a determination on acceptability will be made.

#2. Compliance with H.7 1852.235-71 Key Personnel and Facilities. (MAR 1989)

Any changes from the current approved key personnel (as reflected in the Mod 4 conformed Contract) below must have the appropriate qualification submittal and NASA approval. In addition (at a minimum) the individuals are expected to perform the duties as assigned to Contractor proposed levels.

| Key Personnel | Role |
| --- | --- |
| Jerry Jackson | Program Manager |
| Keith Keehan | Contract Manager |
| May Allen | Chief Engineer |
| Chyrl Yeatts | Systems Engineer IPT Lead |
| Brent Hernandez | Mission Assurance Lead |
| Benjamin Welander | Thruster IPT Lead |
| Dr. Jason Makela | Thruster Project Engineer |
| Erich Soendker | PPU IPT Lead |
| Brian Koch | PPU Project Engineer |
| Chris Sheehan | ZIN PPU Program Manager |
| Joseph Samrani | ZIN PPU Lead Engineer |
| Arturo Tolentino III | XFC IPT Lead |
| Scott Robbins | VACCO XFC Program Manager |
| Joe Cardin | VACCO XFC Technical Lead |

If you have any questions on how to comply with these actions please respond to

EXHIBIT 8

CONFIDENTIAL                                                        NASA_TOUHY00000114

me via email and cc the individuals above.

*Leahmarie Koury*

Lead Contracting Officer
Exploration Systems Branch, CHA
21000 Brookpark Road
M.S. 60-1
Cleveland OH, 44135

EXHIBIT 8

me via email and cc the individuals above.

*Leahmarie Koury*

Lead Contracting Officer
Exploration Systems Branch, CHA
21000 Brookpark Road
M.S. 60-1
Cleveland OH, 44135

EXHIBIT 8

Phone - 216-433-5576

From: Koury, Leahmarie (GRC-CHA0)
Sent: Thursday, December 22, 2016 9:05 AM
To: Murnan, David B. (GRC-VR00) <david.b.murnan@nasa.gov>
Cc: Tofil, Todd A. (GRC-MT00) <todd.a.tofil@nasa.gov>; Herman, Daniel A. (GRC-LTS0) <daniel.a.herman@nasa.gov>; Hoyt, Jeffrey D. (GRC-CHA0) <jeffrey.d.hoyt@nasa.gov>
Subject: RE: NNC15CA21C - AEPS - Submittal of DRD 2.016 Information Technology System Security Plan

Thank you very much Dave,

We will be working with AR as soon as the holidays are over in coming up with an urgent action plan to meet all of the requirements. Unfortunately since this contract uses existing NASA TDU technologies that will be advanced and then made into flight hardware, the sensitive data package has been released to them – the cow is out of the barn and three miles down the road. However we recognize until they fix these issues we are operating at risk, and will make sure it is brought forward as such and mitigated ASAP.

I am informing the NEXT-C CO as well – since they are in the same boat (just a silent boat.)

Thank you again for the quick turn around, and we will be back in touch after the holidays. Have a wonderful one!

*Leahmarie Koury*

Lead Contracting Officer
Exploration Systems Branch, CHA
21000 Brookpark Road
M.S. 60-1
Cleveland OH, 44135


From: Murnan, David B. (GRC-VR00)
Sent: Thursday, December 22, 2016 8:09 AM
To: Koury, Leahmarie (GRC-CHA0) <leahmarie.koury@nasa.gov>
Cc: Tofil, Todd A. (GRC-MT00) <todd.a.tofil@nasa.gov>; Herman, Daniel A. (GRC-LTS0) <daniel.a.herman@nasa.gov>
Subject: Re: NNC15CA21C - AEPS - Submittal of DRD 2.016 Information Technology System Security Plan

Hi Leahmarie,

Upon reviewing the Rocket Security Plan deliverable, I have some are some major concerns that I've outlined them below.

1. 71 control responses refer to a "currently under way outsourcing of Information Technology functions." First and foremost, these are not valid control responses for security controls since they do not describe in any way how the control is being satisfied. Furthermore, outsourcing presents a significant IT Risk Management challenge since it adds another layer of company/management/contractual requirements in order to gain an appropriate level of assurance that the proper IT Security controls are being met.
2. 78 control responses refer to "Command Media" being in place to support the control with insufficient detail of how the actual control is being satisfied. They should either 1) include this "Command Media" document as an artifact with specific section/page references within each control response, or 2) just include the actual verbiage from this "Command Media" in the control response.
3. Independent Assessment. Per the NASA and NIST requirement to have an authorized Security Plan in order to process NASA data. This authorization process requires an independent assessment of the Security Plan and controls. Given the current state of the control responses (with very little detail of how controls are actually satisfied largely due to the first two items above,) I'm not sure it is even in a state to be assessed. Once 1 and 2 from above are addressed, either Rocket can arrange for their own NIST-based independent assessment and share the artifacts of that assessment including findings and any POA&Ms (Plan of Action & Milestones,) or we can assess directly but there would most likely be a cost for us doing the independent assessment.
4. Data at Risk. I believe, from our prior conversations, that some NASA data has possibly already been share with Rocket under this contract. If so, what type of data has been shared? Has any PII, ITAR or SBU data been shared? Given the delays in getting to this point in the Security Plan deliverable process, and the current state of the Rocket Security Plan, we have very little assurance that they are adequately protecting any NASA data in their possession. I recommend not sharing any sensitive data under this contract until we have an authorized Security Plan.

Please let me know if you have any questions. Thanks.

-Dave

```
Dave Murnan (CISSP, CAP, PMP)
Deputy CISO / Program Protection Lead
Risk Management and IT Security Office
NASA John H. Glenn Research Center
Tel: 216-433-6087   Email:David.B.Murnan@nasa.gov
```

EXHIBIT 8