# EXHIBIT "9"



DEPARTMENT OF THE ARMY
PROGRAM EXECUTIVE OFFICE, MISSILES AND SPACE
5250 MARTIN ROAD
REDSTONE ARSENAL, AL 35898-8000

REPLY TO
ATTENTION OF

3 1 MAR 2016

SUBJECT: Defense Federal Acquisition Regulation Supplement (DFARS) Clause 252.204-7012 (Nov 2013), "Safeguarding of Unclassified Controlled Technical Information", Applicability to Aerojet Rocketdyne, Inc (AR) Igniter (Part No. 13026949)

Mr. Monty Teasley
U.S. Army Contracting Command
Building 5303 Martin Road
Redstone Arsenal, AL 35898-5000

Dear Mr. Teasley:

The Precision Fires Rocket and Missile System (PFRMS) Project Office has reviewed the AR Igniter (Part No. 13026949) technical information and has determined that the igniter information should not be categorized as "Covered Defense Information (CDI)" and DFARS Clause 252.204-7012 (Nov 2013), "Safeguarding of Unclassified Controlled Technical Information", should not be applicable to Proposal #C16AC376138N00F, Ver 0, Undefinitized Contract No. W31P4Q-16-C-0026. The before mentioned DFARS clause defines "CDI" as information that is "Controlled technical information", "Critical Information", "Export Controlled" and or any other information that requires safeguarding by law, regulations and Government wide policies. The PFRMS Project Office has evaluated each one of the technical information subcategories in the enclosed document and believes the information in question does not meet the intent of each definition described in DFARS 252.204-7012.

In conclusion, PFRMS requests that DFARS 252.204-7012 be removed from the before mentioned contract to ensure all cost associated with safeguarding this information is removed from the proposal.

The POC is Mr. Jose Barreto, 5250 Martin Road, Redstone Arsenal, AL 35898-8000, telephone 256-842-2742, or jose.a.barreto.civ@mail.mil

Sincerely,

James C. Mills
Colonel, USA
Project Manager, Precision Fires
    Rocket and Missile Systems

Enclosure

EXHIBIT 9

AMCOM012

CONFIDENTIAL                                                                                      ARMY_TOUHY00000012