# EXHIBIT "11"



Internal Audit

2019 Cybersecurity/Data Loss Prevention Audit

Findings & Recommendations Report

February 21, 2020

Exhibit 11

GT00001 Confidential

Overview

Exhibit 11

GT00002 Confidential

Billy E. Martin, Director, Information Security Management                    February 21, 2020

**EXECUTIVE SUMMARY**

We have completed our procedures with respect to the 2019 Cybersecurity/Data Loss Prevention (DLP) Audit for Aerojet Rocketdyne (AR or the Company), an operating unit of Aerojet Rocketdyne Holdings Inc.

**Background and Approach**

Due to the nature of the business and the sensitive data exchanged, AR is a high-risk target for evolving cybersecurity and data exfiltration threats and vulnerabilities.  As enterprises have become increasingly reliant on digital technology to meet business objectives, cybersecurity has become ever more vital to AR's critical infrastructure.  The effective performance of the cybersecurity program is a key component of securing data and achieving organizational objectives. Proper management of information technology systems is essential to maintaining the confidentiality, processing integrity, and availability of data.

The Company outsources its security operations to a third-party service provider (CGI) that is responsible for actions such as vulnerability scanning, patch management and monitoring of the environment for suspicious activity; and remediation of all identified gaps.  Overall, under the guidance of the Director, Information Security Management, the cybersecurity program at AR continues to mature with significant changes occurring in key areas.  The specific procedures, boundary of our work, and the results were discussed and agreed with the Director, Information Security Management throughout the engagement.

The objective for this assessment was to review and test the effectiveness of selected areas of the AR cybersecurity program and practices for the period October 1, 2018 to September 30, 2019. Based on the results of the preliminary discussions and risk assessment performed, we focused our evaluation on the following key areas:

- Network Protection
- Vulnerability Management
- Patch Management
- Asset Management
- Network Perimeter Security
- Data Breach & Incident Response Handling

In addition to the key areas mentioned above, management reported that management action plans related to findings in the data loss prevention (DLP) and encryption areas from the prior year Cybersecurity and Data Loss Prevention audits were not completed by the estimated completion date.  As a result, only specified processes within DLP and encryption were reviewed.  See additional scope detail in **Appendix D**.

**Summary and Conclusion**

Overall, we concluded that significant enhancements to certain key processes within the cybersecurity program are required.  The financial and operational impact of these improvements is high considering the risks associated with the loss of proprietary information, as well as the aggregate severity of the findings identified, and the number of prior year management action plans that were not adequately addressed.  Throughout the audit, we observed an improvement in the cybersecurity program since the 2018 internal audits.  The Company continues to evolve its cybersecurity capabilities through large-scale transformative projects, such as the data center migration, and the implementation of additional protective technologies, such as Wildfire for the Palo Alto Firewall.

Exhibit 11

GT00003 Confidential

While the company continues to make progress in developing its organizational capability for understanding and managing cybersecurity risk, the current approach requires strengthening.  The nature of the findings is indicative of key cybersecurity processes that need to be further matured. Specifically, ongoing weaknesses in key process such as patch management, firewall management, and incident identification and response identified undermine the Company's readiness and ability to react to, and recover from, security events. Failure to remediate these risks timely increases the likelihood of incidents occurring, leading to potential unauthorized access to, or loss of, proprietary or sensitive data.

We identified two high risk findings, three moderate risk findings, and two low risk findings. In addition, the management action plan for one high risk finding from the 2018 DLP audit was revised and incorporated as part of the report. The detail supporting each finding was provided to the action owners and is available upon request.

The impact and likelihood of the findings identified during the audit are summarized below.



*:  2018 DLP audit finding

The following table summarizes the risk rated findings identified.  The low-risk rated findings are detailed in **Appendix A**. The updated management action plan for the 2018 DLP finding is included in **Appendix B**. Management has committed to address the issues by the dates provided.

| Finding Number | Risk Rating | Description |
|---|---|---|
| 1 | High | Patch management process requires improvement. |
| 2 | High | Processes around firewall management require improvement. |
| 3 | Moderate | The plan to update servers with outdated operating systems has not been completed. |
| 4 | Moderate | Documentation over security investigations in the Security Information and Event Management (SIEM) system of record should be augmented. |
| 5 | Moderate | Reviews of server configuration settings are not evidenced. |

In addition to these findings, Internal Audit (IA) also noted three process improvement opportunities not requiring management response that are detailed in **Appendix C**.  Our risk ratings and detailed definitions are in **Appendix E.**

Exhibit 11

GT00004 Confidential

Our work did not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation service in accordance with standards established by the American Institute of Certified Public Accountants (AICPA).  Accordingly, we do not express an opinion or any other form of assurance on any financial or other information, or operating and internal controls of Aerojet Rocketdyne Holdings.

We value the opportunity to work with the management team members who participated in the internal audit. We would be pleased to discuss any aspect of our procedures or this report with you or other members of management at your convenience.

*Senior Director, Aerojet Rocketdyne Internal Audit*

## Distribution

**For Action:**
B. Curnutt
S. Lent
D. Marek
B. Martin
T. Schifano

**For Information:**
A. Avakian
D. Boehle
N. Bussiere
E. Drake
T. Durand
T. Fitzgerald
J. Geraci
L. Iverson
J. Jackson
A. Kampani
S. Klopfenstein
S. Lewis
P. Lundstrom
J. Mitchell
J. Schneider
M. Tucker

**PricewaterhouseCoopers:**
J. Dietrich
S. Embry

**Internal Audit Team:**
J. Cheung
S. Oh
B. Park
C. Tung

Exhibit 11

GT00006 Confidential

## Findings and Management Actions

Findings, as used in this report, are defined under applicable AICPA standards and are not to meant to be defined as non-compliance with applicable U.S. Government or other governmental organizations' rules and regulations or written company policies and procedures unless specifically stated otherwise.  The detail supporting each finding was provided to the action owners and is available upon request.

| 1. Patch management process requires improvement. |
|---|

The prior year audit report identified issues over the vulnerability and patch management program. Specifically, servers were not adequately patched to protect against well-known critical vulnerabilities. During corrective action closure verification, we noted that the prior year audit actions over patch management were not adequately addressed (See Finding 1, action 1 of the 2018 Cybersecurity Audit issued on 12/21/2018). Based on the current year procedures performed, we noted the following:

- Patching was not completed in accordance with the Company policy.  The policy that defines required timeframes for applying patches was retired on 8/30/19. New vulnerability/patch management procedures were implemented in ServiceNow on 10/8/19; however, the procedures do not specify the required timeframes for applying patches based on severity level.
- The SLAs with CGI, related to patch management were not modified to allow for a more accurate assessment and monitoring of patch management activities.
- Current operating level agreement (OLA) metrics do not report on timeliness of patches deployed in response to critical vulnerabilities identified.

Without the appropriate governance and coordination amongst teams, as well as clearly defined timelines and thresholds for vulnerability remediation, vulnerabilities may not be remediated in a timely fashion, exposing systems to the potential for exploitation.

**Management Action Plan**

We concur and agree to perform the following action(s):

1) Develop a plan to enhance existing vulnerability risk management program focused on risk reduction and mitigation of vulnerabilities to company crown jewels, mission critical business assets and IT critical infrastructure, including consideration for automation opportunities based on risk and cost-benefit.
2) Present the enhancement plan to the VP, Information Technology (IT) for approval.

**Action Party:** B. Curnutt, Sacramento, CA
**Estimated Completion Date:**  Complete, pending verification.

3) Implement the enhancements to the existing vulnerability risk management program.  The program will consist of these key components:
   - Command Media updates and/or introductions
   - Targeted Vulnerability Remediation Timelines
   - Exception & Escalation Management Process
   - Scalability Plan
   - Metrics & Reporting

**Action Party:** B. Curnutt, Sacramento, CA
**Estimated Completion Date:** November 20, 2020

**2. Processes around firewall management require improvement.**

The prior year audit report identified issues over the network protection area.  Specifically, misconfigured firewall rules and settings and a lack of approval for firewall changes was identified.  During corrective action closure verification, we noted that the prior year audit actions over network protection were not adequately addressed (See Finding 2, action 2 of the 2018 Cybersecurity Audit issued on 12/21/2018).  Based on our review of the firewall management process, we noted the following:

- Firewall access rules are not configured with minimal access rights.  Specifically, rules are not set to prohibit administrators from accessing administrative consoles from client workstations.
- Administrator access granted to one "super user" to the firewall was not documented and was not removed after the access was longer required.

Without configuring firewall access rules with minimal access rights, the risk of an attacker pivoting to gain access to more assets and networks is increased.   Further, inappropriate access to the firewall administrator console increases the risk of unauthorized changes to configured rules, which may result in inadequate firewall protection to prevent computer network infiltration.

**Management Action Plan**

We concur and agree to perform the following action(s):

1) Create separate subnets and Virtual Local Area Networks (VLANs) for firewall Admins to separate them from normal user traffic.

**Action Party:** D. Marek, Stennis, MS
**Estimated Completion Date:** April 1, 2020

2) Develop and/or update relevant Directives and Standard Operating Procedures (SOPs) to govern review of firewall configurations
3) Review current accounts accessing firewalls for applicability then develop or edit processes to institutionalize consistent notification and review workflows to ensure only authorized personnel have access to firewalls.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** June 1, 2020

**3. The plan to update servers with outdated operating systems has not been completed.**

The prior year audit report identified that Windows 2003 servers, which Microsoft is no longer supporting, were found to be running on the Company network.  During corrective action closure verification, we noted that the prior year audit actions over patch management were not completely addressed (See Finding 1, action 4 of the 2018 Cybersecurity Audit issued on 12/21/2018).  Based on the current year procedures performed, we noted the following:

To address the prior year finding, a plan to identify applications running on any remaining outdated/unsupported Operating Systems (OS) that need to be updated was created and applications were categorized as one of the following: can be hosted to newer platforms with little to no change, can be hosted to newer platform only after major change/re-write/upgrade, cannot be moved to newer platform, needs to be rationalized.  However, moves for outdated/unsupported OS were not specifically scheduled.  Rather, moves were scheduled based on the location of the host application as follows:

- For host applications with outdated/unsupported Operating Systems in the Sacramento data center, they will not be upgraded until the Sacramento Data Center has been completed in October 2020 (target).

Exhibit 11

GT00008 Confidential

- For host applications with outdated/unsupported Operating Systems at sites outside of Sacramento, the servers will be updated in a phased approach, based on location, throughout the enterprise.  All server refresh projects are expected to be complete by December 2020 (target).

Management indicated they planned for the completion of server upgrades through these large-scale IT projects to prevent duplication of efforts and increase resource efficiencies.  However, accountability for tracking the overall progress of the plan to update servers with outdated Operating Systems was never established to a single project manager.  As a result, documentation to support the current status of the plan to update specific servers with outdated Operating Systems is not readily available.

With critical applications running on outdated/unsupported operating system environments, the risk of the operating systems being compromised by malicious vulnerabilities and or accessed without authorization is increased.  This increases the risk of disruptions to critical business operations.   Most critically, support for Windows 2003 servers is no longer provided and Microsoft will be ending support for Windows Server 2008 and 2008 R2 on January 14, 2020.

The risk of not having a single project manager results in a lack of full visibility into the skills and workloads of all of their resources, increasing the risk of inadequate resources to complete the project or to complete the project timely.

**Management Action Plan**

We concur and agree to perform the following action(s):

1) Analyze the services and applications running on outdated/unsupported server operating systems to develop a plan to manage the server refresh activities for outdated/unsupported operating systems, considering risk and cost-benefit.  The plan will include:
   - Risk mitigation actions to either decommission, isolate, upgrade or put exceptions place for legacy operating systems.
   - Resource requirements.
   - Target implementation date for action.

**Action Party:** T. Schifano, Sacramento, CA
**Estimated Completion Date:** June 1, 2020

2) Present the plan to the VP of IT for approval.

**Action Party:** T. Schifano, Sacramento, CA
**Estimated Completion Date:** June 30, 2020

**4.  Documentation over security investigations in the SIEM system of record should be augmented.**

During the prior year audit, we identified issues over data breach and incident response handling capabilities.  Specifically, the CGI Security Operations Center did not correctly identify malicious scanning activities, and therefore did not take the correct actions, and notify AR Information Security leadership during the penetration testing, indicating that a potential malicious scan could go undetected.

While we noted that the prior year audit actions over data breach and incident response handling capabilities were addressed, improvements should be made in the following areas:

- SIEM of record – The migration of rules and configurations between QRadar and Splunk was not completed during the project implementation period.  As a result, security investigation documentation is not readily available for all security incidents.  Security events are monitored

through two SIEM tools, IBM QRadar and Splunk.  Analysts may be assigned events through either tool, and the investigations are performed in the tool in which the analyst is assigned.  However, there is no direct linkage between the tools to ensure that all incidents have been adequately documented.

- Investigation documentation – Adequate documentation is not always maintained in a manner that facilitates third party review and does not include clear traceability of the remediation closure.  For instance, based on review of evidence to verify that an infected workstation (i.e., CPJGPL2) was investigated, we noted that several of the events identified were not assigned an analyst, nor were any comments included to confirm the issue was resolved.  After further research, management indicated that the events were previously investigated and concluded as false positive detections, but the actions taken were not documented.

Lack of a centralized log of information security threats, increases the likelihood of gaps in data required to complete investigations and may create a lag in the identification of security threats.

**Management Action Plan**

We concur and agree to perform the following action(s):

1) Demonstrate the use of a single SIEM for analysis and review of log files. Analysis to be done via established timeframes using documented processes (SOP) that analysts are trained on.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** March 13, 2020

2) Decommission the QRadar devices and turn off all log data feeds to QRadar.
   a) Decommission step 1: Removing logs forwarding from Network Components, Windows Servers, Open System servers, and Cyber Perimeter appliances (i.e. Proxies, Firewalls, FireEye)
   b) Decommission step 2: Cyber will generate active logging reports to determine if there are still devices sending logs to QRadar and not to Splunk.  Complete another clean up to resolve additional issues, if any.
   c) Decommission step 3: Cyber Security will shut-down QRadar appliances but will keep them and the log data in place for two years.

**Action Party:** T. Schifano, Sacramento, CA
**Estimated Completion Date:** June 1, 2020

**5. Reviews of server configuration settings are not evidenced.**

Server configuration reviews are performed within each server team but are not documented within the configuration management database (ServiceNow).

Without procedures and documentation to support reviews of server baseline configurations, there is an increased risk of deviations from established configuration settings.  Furthermore, server configurations may not meet operational, and industry standards, potentially exposing these servers to greater risk from critical vulnerabilities or unauthorized access.

**Management Action Plan**

We concur and agree to perform the following action(s):

Update the existing minimum security baseline configurations process to reflect a quarterly review with appropriate stakeholders to validate and update standards.

**Action Party:** B. Curnutt, Sacramento, CA
**Estimated Completion Date:** June 1, 2020

Exhibit 11

GT00011 Confidential

Appendix A

Low-risk Rated Findings

Exhibit 11

GT00012 Confidential

The following is a summary of the low-risk rated findings identified.

| Finding Number | Risk Rating | Description |
|---|---|---|
| 6 | Low | The IT Asset Management Policy does not reflect the operational environment. |
| 7 | Low | Points of contact in the incident response plan were not up to date. |

The finding number sequence continues from the findings on page 11 of this report.  A summary of the low-risk findings, including management action plans, are stated below.  The detail supporting each finding was provided to the action owners and is available upon request.

### 6. The IT Asset Management policy does not reflect the operational environment.

The IT Asset Management Policy does not reflect the current operational environment.  Specifically, mobile phones are classified as enterprise assets in the policy, while the current operational environment does not classify them as an enterprise asset.  Additionally, certain enterprise assets (desk phones) have not been fully implemented into the CMDB of record (ServiceNow).

The lack of a complete enterprise level inventory increases the risk of management not being aware of IT assets operating on company network(s). This may lead to unaccounted machines, devices and applications that may not be managed and patched in accordance with company policy.  Further, management self-disclosed that $600,000 of CGI deployed assets (i.e., desk phones) were not appropriately capitalized due to incomplete asset inventory records.

**Management Action Plan**

We concur and agree to perform the following action(s):

Review **IT-D-7.06.01.01** to ensure that it reflects the operational environment, and make updates as necessary. The updates will incorporate appropriate references to corporate-owned mobile phones and tablets, VoIP phones, as well as frequency of review and verification of IT asset inventory for completeness and accuracy.

**Action Party:** S. Lent, Sacramento, CA
**Estimated Completion Date:** June 1, 2020

### 7. Points of contact in the incident response plan were not up to date.

Two contacts in the incident response plan were no longer a part of the incident response process. Without timely notification of incidents to the proper parties, the risk of not taking appropriate measures to protect sensitive data to minimize impact, increases the level and severity of potential disruptions to business operations.

**Management Action Plan**

We concur and agree to perform the following action(s):

In addition to the annual review of the Incident Response Plan already performed, management will update the SOP that outline the process and periodicity for reviewing Incident Response documentation. The SOP revisions will include procedures for updating organizational charts and contact information as personnel are added to or removed from the Incident Response Team.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** March 13, 2020

Exhibit 11

GT00013 Confidential

Appendix B

2018 Data Loss Prevention Finding

Exhibit 11

GT00014 Confidential

The following is a summary of the 2018 DLP finding that was not completed, requiring a revised management action plan.  Note that as of the date of this report, management is in the process of implementing an automated DLP solution.

| Finding Number | Risk Rating | Description |
|---|---|---|
| 8 | High | Insufficiently automated and formalized DLP solution. |

The finding number sequence continues from the findings on page 13 of this report.  A summary of the finding, including the revised management action plan, are included below.  See the 2018 Data Loss Prevention Audit Report for the detail supporting the original finding.

**8. Insufficiently automated and formalized DLP solution.**

The DLP process is manual and dependent on the end-user's categorization of data, and is not comprehensive enough to effectively prevent sensitive data from being disseminated outside the organization. Additionally, while there is an agreed-upon workflow and process amongst the stakeholders, formal policies have not been created to define the requirements needed to implement the DLP process framework to track and analyze categorized information, in storage and in transit.

Lack of a sufficiently automated and comprehensive DLP solution increases the risk of exfiltration of sensitive, proprietary, and restricted information. Further, more comprehensive documentation will promote uniform implementation and institutionalization by reducing room for subjective interpretation.

**Management Action Plan**

We concur and agree to perform the following action(s):

1) Work with the DLP vendor and CGI to deploy the DLP capability to relevant servers, endpoints and network environment.
2) Utilize ARBOS toolset to develop a value stream mapping for the DLP process.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** June 15, 2020

3) Formalize documentation over the current DLP process and publish in Command Media to include:
   - Scope of the DLP effort.
   - Definition of the stakeholders, roles and responsibilities of each.
   - Development of the process workflow for the DLP.
   Note:  Initial ruleset generation through analysis; follow-on employee actions and other sensitive data will be stored in a secure location in IT Service Now.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** September 30, 2020

Exhibit 11

GT00015 Confidential

Appendix C

Process Improvement Opportunities

Exhibit 11

GT00016 Confidential

The following are process improvement opportunities not requiring management response.  The detail supporting each process improvement opportunity was provided to management and is available upon request.

| **1.  The vulnerability scanning tool provides an inaccurate reporting of network vulnerabilities.** |
|---|
| The Tenable Nessus vulnerability scanning tool reports patched systems as vulnerabilities.  Management noted numerous instances of false positives where patched systems were showing up as vulnerabilities on the Nessus vulnerability scan report.  Management investigated the false positives and verified they were remediated by reviewing patch records.  However, Nessus did not capture these patches as being applied because it did not recognize the plug-ins as the patched version as detailed by the vendor. |
| **Recommendation** |
| Management should work with the vendor to ensure the vulnerability scanning tool provides an accurate reporting of network vulnerabilities.  Additionally, management should test vulnerability scan tools prior to implementation, and periodically thereafter. This can include Red Team exercises to test organizational readiness to identify and stop attacks effectively, and to provide additional sources of potential vulnerabilities for which to scan. |

| **2.  Network segmentation activities can be improved.** |
|---|
| Management does not document the rationale for how they determined the appropriate number of subnets/VLANs required at each site to adequately protect the network |
| **Recommendation** |
| Management should require adequate documentation for decision authorities to assess the execution status of a project, and assess whether business risks are sufficiently identified and managed to ensure project success prior to approving network segmentation activities to continue to the next phase of the lifecycle. Additionally, management should consider whether network segmentation activities should be identified as a potential Passport program (i.e., Control ELC.C.EC03 - IT Measures project performance against key project performance criteria). |

| **3.  Data in communication with internal sources is not encrypted.** |
|---|
| Data transferred within the corporate network is currently unencrypted.  Management plans to encrypt connections inside the corporate network through the software-defined networking in a wide area network (SD-WAN) deployment, which has not been completed. The SD-WAN provides IP Security (IPsec) to ensure the authentication, integrity and confidentiality between data traversed between two communication points across the corporate network. |
| **Recommendation** |
| Management should:<br>• Continue to implement its plan to encrypt and authenticate all traffic, and enforce the latest standards by only allowing secure protocols.<br>• Consider cryptographic mechanisms to conceal or randomize communication patterns (e.g., frequency, periods, amount, and predictability) and to protect information integrity (e.g., cryptographic hash functions which have common application in digital signatures, and checksums).<br>• Implement processes to periodically review and revise defined encryption requirements based on the latest standards and best practices. |

Exhibit 11

GT00017 Confidential

Appendix D

Additional Scope Detail

Exhibit 11

GT00018 Confidential

The audit scope included, but was not limited to, a review of Company cybersecurity and data protection policies, guidelines, procedures, and their implementation.  Process owners were interviewed, and the general control environment was assessed.  Attribute testing was performed for select process areas primarily based on the policies and procedures deployed to govern the process.  Walkthroughs were also performed with AR and CGI personnel to complete the procedural steps required to achieve each process area's audit objective.

The National Institute of Standards and Technology (NIST) Special Publication (SP) 800-53 revision V is the prevailing security framework and was utilized along with relevant industry leading practices as the basis for evaluation.  The table below provides additional detail regarding the procedures performed.

| Process Area | Procedures Performed | Results |
|---|---|---|
| Network Protection | Inquire with management, perform testing on a sample basis and review applicable documentation to validate that:<br>• Interconnection Security Agreements (ISAs) are in place for interconnections to AR and procedures for renewal of agreements exist.<br>• Communications at the external boundary of the system and at key internal boundaries within the system are monitored.<br>• Malicious code protection mechanisms are deployed by the organization and configuration settings are appropriate.<br>• The Network Segregation Plan implemented at each site across the enterprise appropriately isolates network segments in order to reduce their attack surface.<br>• Subnetworks for publicly accessible system components are (logically and/or physically) separated from internal organizational networks.<br>• Connections to external networks or information systems are made only through managed interfaces consisting of boundary protection devices arranged in accordance with organizational security architecture. | No findings identified. |
| Vulnerability Management Program | Inquire with management, perform testing on a sample basis and review applicable documentation to validate that:<br>• An oversight mechanism exists to actively manage, monitor and collect metrics against and improve AR's vulnerability and patch management process on no less than a weekly basis.<br>• In scope system(s) are scanned, monitored, and updated with security and definition updates.<br>• Scans are performed periodically to identify and report system vulnerabilities and flaws/bug. | Patch management process requires improvement.  **(Finding #1)**<br><br>The vulnerability scanning tool provides an inaccurate reporting of network vulnerabilities.  **(Process Improvement #1)** |

Exhibit 11

GT00019 Confidential

|  | • Identified vulnerabilities and flaws were investigated and remediated by the appropriate personnel in a timely manner.<br>• Software and firmware updates applied to remediate vulnerabilities and flaws were tested prior to installation. |  |
|---|---|---|
| Patch Management | Inquire with management, perform testing on a sample basis and review applicable documentation to validate that:<br>• Patch management policies and procedures have been established, and reflect the current operating environment.<br>• Patches are applied within a timely manner, based on the severity level of the vulnerability identified.<br>• Server baseline configurations are set to the most restrictive mode consistent with operational requirements, and servers are implemented consistent with server baseline configurations.<br>• Server baseline configurations are reviewed periodically to ensure alignment to changes within the business. | Patch management process requires improvement. **(Finding #1)**<br><br>Reviews of server configuration settings are not evidenced. **(Finding #5)** |
| Asset Management | Inquire with management and review applicable documentation to validate that:<br>• Enterprise assets (hardware and software) are being managed, maintained, and tracked within the CMDB of record.<br>• A plan to update applications running on remaining outdated/unsupported operating systems has been created and implemented. | The plan to update servers with outdated operating systems has not been completed. **(Finding #3)**<br><br>The IT asset management policy does not reflect the operational environment. **(Finding #6)** |
| Data Loss Prevention | Inquire with management and review applicable documentation to validate that a plan to implement a DLP solution that aligns with and supports automation of various elements of the DLP process was created. | See **Appendix B**. |
| Data Encryption | Inquire with management and review applicable documentation to validate that:<br>• A plan to evaluate encryption mechanisms for data at rest for devices types was created.<br>• Data in motion for communication with external and internal sources is adequately encrypted.<br>• Server postures are examined and configured to require server message block signing (SMB) where appropriate. | Data in communication with internal sources is not encrypted. **(Process Improvement #3)** |

Exhibit 11

| | • Encryption key management processes are adequate. | |
|---|---|---|
| Network Perimeter Security | Inquire with management, observe walkthrough of network monitoring processes, and review network diagram and firewall configurations to validate:<br>• Adequacy and consistency of the firewall rules with leading best practices, including whether firewall administrators have been educated in firewall administration processes.<br>• Firewall rulesets are regularly reviewed and updated based on result of security incident alerts, vulnerability scans and any other vulnerability indications.<br>• Network devices are evaluated for compliance with CIS level 1 benchmarks, and configured with dedicated management interfaces.<br>• Network segmentation activities are complete, which include the use of VLANs.<br>• Whether Wildfire is implemented on Palo Alto firewalls.<br>• Whether IDS/IPS are appropriate to monitor and proactively stop malicious traffic from attack.<br>• Whether antivirus software is appropriate to protect servers and workstations, and include appropriate scan frequencies.<br>• Whether remote access to IT resources is approved and limited to those with a business need. | Processes around firewall management require improvement. **(Finding #2)**<br><br>Network segmentation activities can be improved.  **(Process Improvement #2)** |
| Data Breach & Incident Response Handling | Inquire with management, observe walkthrough of incident response process, and review applicable documentation to validate that:<br>• The process for identifying cybersecurity events is adequate.<br>• The incident response plan is sufficient to provide the organization with a roadmap for implementing its incident response capability.<br>• The incident response plan was tested.<br>• Security Operations Team was staffed to sufficiently serve the business and are adequately trained on the incident response process. | Documentation over security investigations in the SIEM system of record should be augmented. **(Finding #4)**<br><br>Points of contact in the incident response plan were not up to date. **(Finding #7)** |
| Corrective Action Verification from | Review applicable documentation and perform testing to ensure findings and observations | See **Findings #1, #2 and #3** above. |

| 2018 Cybersecurity and Data Loss Prevention Audits | identified during the Cybersecurity and Data Loss Prevention Audits have been remediated and are adequately supported.<br><br>The following corrective actions were not complete as of the date of this report: | Insufficiently automated and formalized DLP solution. **(Finding #8)** |
|---|---|---|
| | 2018 Cybersecurity Audit<br>Insufficient encryption for data at rest and data in motion – Encryption mechanisms for data at rest for devices has not been implemented and devices have not been upgraded to the latest cryptographic protocol (TLS 1.2). | Expect to complete in first half of 2020. |
| | DLP Review<br>Insufficiently automated and formalized DLP solution – The DLP solution has not been deployed fully to endpoints and the network environment and has not been formally documented. | Expect to complete in second half of 2020.  See **Appendix B**. |

Exhibit 11

GT00022 Confidential

Appendix E

Risk Ratings and Detailed Definitions

Exhibit 11

GT00023 Confidential

| Rating | Summary Definition | Detailed Definition |
|--------|-------------------|---------------------|
| **H** | **High Risk, High Impact**. Requires High Level and Urgent Attention, but may or may not be easily resolved in short term. | ■ Failure to achieve a control objective with the potential, after taking into account compensating and complementary controls, to cause material financial misstatement, or result in material operational, regulatory or reputational impact, at the consolidated level or multiple material failures to achieve control objectives at various Operating Divisions, affecting the same process indicating a fundamental breakdown of control.<br>■ Significant deviations from Company policies and procedures, other required standards and codes of conduct, and/or governmental regulations.<br>■ Significant deviations from regulatory requirements or changes resulting in missing or outdated Company policies and procedures, other required standards and codes of conduct or ethical behavior.<br>■ Significant, unmitigated risks in a major initiative that could result in the failure to achieve the main objectives of the major initiative.<br>■ Material weakness in Internal Controls over Financial Reporting (ICFRs).<br>■ Multiple control failures which result in multiple control objectives/risks not being appropriately mitigated.<br>■ Process improvements that will generate significant one-time or continuous operational savings.<br>■ Improvement will enhance the overall risk and control maturity and provide a significant improvement to the governance, people and/or methods and procedures elements.<br>■ Fraud or Management misconduct. |
| **M** | **Moderate Risk, Moderate Impact**. Requires moderately urgent attention, but should be resolved in an acceptable time frame. | ■ Failure to achieve a control objective with the potential, after taking into account compensating and complementary controls, to cause material financial misstatement, or result in material operational, regulatory or reputational impact, at the Operating Division level or multiple inconsequential failures affecting the same process or location within a Program or business function indicating a breakdown of control in that process, function or location.<br>■ Deviations from Company policies and procedures, other required standards and codes of conduct, and/or governmental regulations.<br>■ Significant deviations from regulatory requirements or changes resulting in missing or outdated Company policies and procedures, other required standards and codes of conduct or ethical behavior where the Operating Division has control over maintaining the Command Media.<br>■ Significant, unmitigated risks in a major Division initiative that could result in the failure to achieve the main objectives of the major initiative.<br>■ Material at an Operating Division level, but not material at a consolidated level.<br>■ Significant deficiencies in ICFRs.<br>■ Individual control failures which result in a single control objective/risk not being appropriately mitigated.<br>■ Process improvements that provide enhanced operational effectiveness.<br>■ Improvement will enhance the overall risk and control maturity. |
| **L** | **Low Risk**. Resolved in the ordinary course of business. | ■ Failure to achieve a control objective with the potential, after taking account of compensating and complementary controls, to cause financial misstatement, or result in operational, regulatory or reputational consequences for the area, process or location under review, which are not material to the Operating Division, Program, or business function.<br>■ ICFRs requiring improvements.<br>■ Requiring management action in the normal course of business. |

Exhibit 11

GT00024 Confidential



Internal Audit

2018 Cybersecurity Audit

Findings & Recommendations Report

December 21, 2018

Exhibit 11

GT00025 Confidential

Overview

Exhibit 11

GT00026 Confidential

Billy E. Martin, Chief Information Security Officer (CISO)                    December 21, 2018

**EXECUTIVE SUMMARY**

We have completed our procedures with respect to the 2018 Cybersecurity Audit for Aerojet Rocketdyne (AR or the Company), an operating unit of Aerojet Rocketdyne Holdings Inc.

**Background and Approach**
Due to the nature of the business, AR is a high-risk target for evolving cybersecurity threats and vulnerabilities. Information security is vital to AR's critical infrastructure and its effective performance and protection is a key component of securing data and achieving organizational objectives. Proper management of information technology systems is essential to maintaining the confidentiality, processing integrity, and availability of data.

The Company outsources its security operations to a third-party service provider (CGI) that is responsible for actions such as vulnerability scanning and monitoring of the environment for suspicious activity; and remediation of all identified gaps.  Overall, under the guidance of the CISO, the cybersecurity program at AR is maturing with significant changes occurring in key areas.  The specific procedures, boundary of our work, and the results were discussed and agreed with the CISO and reviewed throughout the engagement.

The objective for this assessment was to review and test the effectiveness of selected areas of the AR information security program and practices for the period January 1, 2018 to September 30, 2018. Based on the results of the preliminary discussions and risk assessment performed, we focused our evaluation on the following key areas:

- Network Protection
- Change and Configuration Management (Patch Management)
- DFARS Plan of Action and Milestones (POA&M) and mitigation efforts
- Vulnerability Management  Program
- Data Encryption

We also performed penetration testing to evaluate network security controls for Sacramento and Canoga Park, including the CGI Security Operations Center (SOC)'s ability to detect the testing, subject to rules of engagement.  See **Appendix B** for additional scope detail.

**Summary and Conclusion**
Overall, we concluded that some improvements are required.  The financial and operational impact of these improvements is moderate considering the risks associated with cybersecurity, as well as the severity of the findings identified.  Throughout the audit, we observed an improvement in the cybersecurity program maturity since the 2016 internal audit.  The Company has continued to evolve its cybersecurity capabilities through the implementation of additional protective technology, such as multi-factor authentication; as well as implementation of a POA&M management program, and the hiring of a permanent CISO.

While a cybersecurity program has been implemented across the Company, the nature of the findings identified presents a level of cyber risk that is indicative of key processes that require maturation. Specifically, there were multiple instances of outdated operating systems and missing patches for well-known vulnerabilities resulting from weaknesses in patch and vulnerability management. We also identified weaknesses in incident identification and response.  The AR Information Security leadership via the third-party service provider, CGI, is in the process of planning and implementing initiatives to address these weaknesses and strengthen the Company's information security program.

Exhibit 11

GT00027 Confidential

We identified 1 high risk finding and 4 medium risk findings.  The detail supporting each finding was provided to the action owners and is available upon request.

The impact and likelihood of the findings identified during the audit are summarized below.



The following table summarizes the findings identified.  Management has committed to address the issues by the dates provided.

| Finding Number | Risk Rating | Description |
|---|---|---|
| 1 | High | Ineffective vulnerability and patch management program. |
| 2 | Medium | Misconfigured firewall rules and settings. |
| 3 | Medium | Insufficient encryption for data at rest and data in motion. |
| 4 | Medium | Boundary protection controls need improvement. |
| 5 | Medium | Current incident detection and response process requires improvement. |

In addition to these findings, Internal Audit (IA) also noted 1 process improvement opportunity not requiring a management response that is detailed in **Appendix A**.  Our risk ratings and detailed definitions are noted in **Appendix C**.

Our procedures did not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls, or other attestation service in accordance with standards established by the American Institute of Certified Public Accountants (AICPA). Accordingly, we do not express an opinion or any other form of assurance on any financial or other information, or operating and internal controls of the Company.

We value the opportunity to work with the management team members who participated in the internal audit. We would be pleased to discuss any aspect of our procedures or this report with you or other members of management at your convenience.

*Senior Director, Aerojet Rocketdyne Internal Audit*

Exhibit 11

GT00028 Confidential

## Distribution

**For Action:**
B. Martin

**For Information:**
A. Avakian
D. Boehle
B. Curnutt
E. Drake
J. Geraci
J. Jackson
A. Kampani
P. Lundstrom
M. McBride
M. Tucker

**CGI:**
B. De Lisi
R. Godleski
T. Hoang

**PricewaterhouseCoopers:**
J. Dietrich
S. Embry

**Internal Audit Team:**
M. Briggs
J. Cheung
J. Culbertson
O. Dearman
M. Knepp
S. Oh
I. Siddique

## Findings and Management Actions

Findings, as used in this report, are not to meant to be defined as non-compliance with applicable U.S. Government or other governmental organizations' rules and regulations or written company policies and procedures unless specifically stated otherwise. The detail supporting each finding was provided to the action owners and is available upon request.

**1. Ineffective vulnerability and patch management program.**

While AR has a vulnerability management program in place, we identified servers which were not adequately patched to protect against well-known critical vulnerabilities, such as "WannaCry."  Further, a centralized IT asset inventory does not exist resulting in outdated and unsupported devices on AR networks.

Vulnerability management programs enable organizations to identify, track, and remediate vulnerabilities. This is a continuous and evolving process, which requires oversight from personnel trained in the latest vulnerability techniques. In addition, a complete IT asset inventory is required to ensure that the vulnerability management program comprehensively covers all devices within the AR networks.

The risks of having unsupported and unpatched servers, could lead to critical vulnerabilities that can be exploited and increases the risk of exposure of sensitive, proprietary, and restricted information.

**Management Action Plan**

We concur and agree to perform the following action(s):

1) CGI will implement and populate via manual or automatic means a Configuration Management Database (CMDB) with data currently available to manage, maintain and track enterprise assets (hardware and software).

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date**: January 31, 2019

2) Vulnerability / Patch Management Program
   - Update the applicable Vulnerability Management policy to reflect the current operational environment.
   - Develop an oversight mechanism to actively manage, monitor, collect metrics against and improve AR's patch management posture on no less than a weekly basis.
   - Modify the Service Level Agreements (SLAs) related to patch management to allow for a more accurate assessment and monitoring of vulnerability remediation activities.
   - Develop a plan to remediate and patch systems in the environment in alignment with SLAs and AR Standards and Policies.
   - Implement Tenable Security Center to provide point-in-time and historical data related to vulnerability/patch management posture, effectively manage progress over time.
   - Remediate and patch systems in alignment with AR Standards and Policies with the target of being compliant with current patch management SLAs by the below date.

3) CGI will plan and implement an automated import of enterprise assets (hardware and software) into the CMDB of record (Service Now).

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date**: April 1, 2019

Exhibit 11

GT00030 Confidential

4) Operating Systems (OS), Application Inventory and Rationalization
- Develop a plan to identify applications running on any remaining outdated/unsupported OS that need to be updated.
- Categorize applications as one of the following: can be hosted to newer platforms with little to no change, can be hosted to newer platform only after major change/re-write/upgrade, cannot be moved to newer platform, needs to be rationalized.
- Schedule moves based on ease and/or vulnerability risk.
- For applications which need to be rationalized, obtain agreement on next steps working with AR business point of contact.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** April 30, 2019

5) Examine the posture and configure servers to require SMB signing where appropriate

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** June 30, 2019

## 2. Misconfigured firewall rules and settings.

Firewall configuration is not configured to only allow approved administrator workstations to access firewall configuration screens. Specifically, an unauthorized user could access the firewall administration portal used for configuring firewalls.  Additionally, firewall settings were not configured properly, and may allow the unauthorized user access to the firewall administration portal and to make changes. The ability to configure and manage firewalls requires a firewall admistrator account for access and is subject to AR policy and authorization.

Further, while there is a change management process in place to manage changes to firewalls, we identified 1 firewall rule request out of 8 sampled that was missing management approval.

Firewalls serve as a primary protection point in a defense-in-depth approach.  Firewall administration, configurations, and change management should be performed with care and with least privilege i.e., only allowing network traffic and protocols that are required for business objectives. Consistency of configurations and management of changes are key to ensure firewalls are operating to management expectations.

Failure to oversee and authorize firewall rules and configuration changes could lead to unauthorized users on the AR network, and may increase the risk of exposure of sensitive, proprietary, and restricted information.

### Management Action Plan

We concur and agree to perform the following action(s):

1) Work with CGI to ensure:
- Network devices are re-evaluated for compliance with CIS Level 1 benchmarks, including the Palo Alto CIS benchmark 8.
- Network segmentation activities are complete, which include the use of VLANs to ensure networked resources are only available to authorized users/systems.
- Network devices are configured with dedicated management interfaces for access control, management and auditing purposes.

2) Review current processes and edit as necessary to safeguard all firewall rule requests to add, remove, or modify against unauthorized changes by including review and approval by management; and educate any admin who has permissions to modify firewall rules of the correct process and management approval requirements.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** May 31, 2019

## 3. Insufficient encryption for data at rest and data in motion.

Data encryption is not optimized within the AR network, specifically:

- There are outdated encryption technologies in place for data-in-transit on external Demilitarized Zone (DMZ)) servers. Legacy Transport Layer Security (TLS) version 1.0 and Secure Socket Layer (SSL), versions 2 and 3, were identified as in use.
- There is no data encryption at rest for servers across the environment.  Oracle application servers are not currently configured to use Federal Information Processing Standard (FIPS) 140-2 compliant encryption.

Encryption technologies are used to restrict the data views and edits for data in transit and at rest.  If encryption of sensitive and proprietary data is not configured properly and fully implemented, internal or external users could view or edit the data.

The implementation of outdated encryption protocols increases the risk of inappropriate transmission confidentiality and integrity. The risk that the information transmission could be compromised or intercepted is also increased.

### Management Action Plan

We concur and agree to perform the following action(s):

- CGI will evaluate data at rest encryption options for AR's Win/Open System Servers, SAN/NAS and Oracle databases and will purchase and/or implement the appropriate solutions for each device type.
- Collaborate with the business to identify the top 50 applications. Evaluate the top 50 applications in use within the environment. From that list categorize the apps into the following application categories:
  - Can be upgraded to TLS 1.2
  - Need to be upgraded to a newer major version to support TLS 1.2
  - Require an exception to implementation of TLS 1.2
- Assess the list of applications unable to migrate to a supported OS and make determinations on their disposition. Applications will undergo a risk management and valuation decision and will either be: decommissioned, upgraded to a compliant version, or identified for future budget consideration and granted a one-year exception.
- Configure servers in the environment to use the latest cryptographic protocol (TLS 1.2) as applicable based on the outcome of bullet 3 above.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** April 30, 2019

Exhibit 11

GT00032 Confidential

**4. Boundary protection controls need improvement.**

Boundary protection controls need improvement in the following areas:

1) The Company's Intrusion Detection System and Intrusion Prevention System (IDS / IPS) solutions are not yet fully implemented; however an ongoing effort to deploy a solution across the organization is underway.
2) The following 2 firewall rules for an external persistent connection between the Company and the NASA customer are not documented and approved:
   - Canoga Park Firewall Rule#1 - From the NASA DMZ to inside
   - Rule #54 - From outside to Talisen DMZ

The IDS / IPS, when fully implemented, provide additional security protections for network and system resources by identifying suspicious or potentially malicious activities. The risk that suspicious or potentially malicious activities are not being identified and remediated as they occur is increased without a fully functional, configured, and implemented IDS/IPS in place.

**Management Action Plan**

We concur and agree to perform the following action(s):

1) Complete the deployment, configuration and optimization of the Palo Alto devices under the ongoing Proactive Threat Response (PTR) and Cybersecurity Remediation projects.
2) Implement Wildfire on the Palo Alto firewalls, which uses advanced analytics and heuristics, to further identify and block malicious activity
3) Complete integration with the Security Incidents and Events Managers (SIEM) of record, sending appropriate log activity to notify the SOC of suspicious or malicious activity.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:**  May 1, 2019

4) Perform an assessment to ensure proper documentation and agreements for Interconnection Security Agreement (ISAs) are in place for interconnections to AR.
5) Create standard operations procedures for renewal of agreements.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:**  June 30, 2019

**5. Current incident detection and response process requires improvement.**

The CGI Security Operations Center did not identify, take action and/or notify AR Information Security leadership during the penetration testing simulating malicious scanning activities, indicating that a potential malicious scan could go undetected. The scanning traffic was captured by the SOC and improperly assessed as traffic related to a Cisco Call Manager device being rebooted.

The current incident detection and response process relies heavily on subjective analysis of data reported from the SIEM, QRADAR and Splunk. These tools are effective in capturing suspicious network traffic patterns; however, they require interpretation of the results and remediation of the incident or vulnerability by trained security analysts, which did not occur.

Failing to identify and respond to suspicious network activity in a consistent manner may expose the Company to potential disruption of business operations and exfiltration of data.

**Management Action Plan**

We concur and agree to perform the following action(s):

- Review, update and formally document all Incident Response processes.
- Perform a tabletop exercise of the Incident Response plan.
- Ensure SOC personnel are adequately trained on the Incident Response process
- Complete the migration of data sources to the SIEM of record to ensure consolidation of effort, simplification of duties and the creation of correlated use cases.
- Review staffing requirements for the Security Operations team based on industry standards (for both number of personnel and skillsets). If the number and/or quality of personnel are not in alignment with industry standards, make the necessary adjustments.
- Utilize the CMDB to properly identify assets

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:**  April 1, 2019

- Ensure Security Operations personnel are formally trained and skilled on the tools used to perform their duties.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:**  June 1, 2019

Exhibit 11

GT00034 Confidential

Appendix A

Process Improvement Opportunity

Exhibit 11

GT00035 Confidential

The following is a process improvement opportunity not requiring management response. The detail supporting the process improvement opportunity was provided to management and is available upon request.

| **1. Multiple domains and namespaces were identified across the enterprise network.** |
|---|
| The company operates across multiple domains (AJ, Rocket.com and Aerojet.com) that have distinct security requirements for each domain, introducing operational inefficiencies and complexities in user provisioning, network monitoring, and system configurations.<br><br>Inconsistent implementation of security related company policies and procedures across multiple domains increases the risk of a vulnerability being exploited by a malicious user or application. |
| **Recommendation** |
| Develop and implement a plan for the consolidation of the various company domains into a simplified group of Active Directory domains sharing the same structure, and simplified Domain Name System (DNS) Infrastructure. |

Exhibit 11

GT00036 Confidential

Appendix B

Additional Scope Detail

Exhibit 11

GT00037 Confidential

The audit scope included, but was not limited to, a review of Company cybersecurity policies, guidelines, procedures, and their implementation.  Process owners were interviewed, and the general control environment was assessed.  Attribute testing was performed for select process areas primarily based on the policies and procedures deployed to govern the process.  Walkthroughs were also performed with AR and CGI personnel to complete the procedural steps required to achieve each process area's audit objective.  The table below provides additional detail regarding the procedures performed.

The National Institute of Standard and Technology (NIST) Special Publication (SP) 800-53 revision IV is the prevailing security framework and was utilized along with relevant industry leading practices as the basis for evaluation.

| Process Area | Procedures Performed | Results |
|---|---|---|
| Network Protection | Review applicable documentation and perform testing on a sample basis to ensure:<br>• Communications at the external boundary of the system and at key internal boundaries within the system are monitored.<br>• Subnetworks for publicly accessible system components are (logically and/or physically) separated from internal organizational networks.<br>• Connections to external networks or information systems are made only through managed interfaces consisting of boundary protection devices arranged in accordance with organizational security architecture.<br>• Firewall Rules and other changes are documented and approved as per Company policy.<br>• Adequacy and consistency of the Firewall Rules with leading best practices.<br><br>Perform penetration at select locations utilizing several different attack vectors to attempt to identify and exploit vulnerabilities (subject to rules of engagement). | Misconfigured firewall rules and settings. **Finding #2**<br><br>Insufficient encryption for data at rest and data in motion. **Finding #3**<br><br>Boundary protection controls need improvement. **Finding #4**<br><br>Current incident detection and response process requires improvement.  **Finding #5** |
| Change and Configuration Management (Patch Management) | Review applicable documentation and perform testing on a sample basis to ensure:<br>• Patch management policies and procedures have been established, including whether in scope system(s) are scanned for security and software updates.<br>• Scans are performed periodically to identify, report, and correct system vulnerabilities and flaws.<br>• Patches are monitored for in scope servers, devices, applications.<br>• Patches were applied in accordance with | Misconfigured firewall rules and settings. **Finding #2** |

Exhibit 11

GT00038 Confidential

| Process Area | Procedures Performed | Results |
|---|---|---|
| | change management policies and procedures.<br>• Configuration of the firewalls are compliant with CIS Level 1, and firewall rules changes require an approved ticket. | |
| DFARS POA&M and mitigation efforts | Review applicable documentation and perform testing on a sample of POA&M items to ensure:<br>• Deficiencies/vulnerabilities are documented, prioritized by risk, reviewed and updated periodically for monitoring the progress of completed and open milestones.<br>• Estimated timeline of completing milestones, methods or actions involved in the risk mitigation/resolution process are included.<br>• Items were appropriately remediated/mitigated. | No findings identified. |
| Vulnerability Management Program | Review documentation and perform testing on a sample basis to determine whether:<br>• Scans were performed as scheduled.<br>• In scope system(s) are scanned, monitored, and updated with security and definition updates.<br>• Scans are performed periodically to identify, report, and correct system vulnerabilities and flaws/bugs.<br>• Servers, devices, applications, are monitored for system and software vulnerabilities.<br>• New vulnerabilities were identified, documented, and monitored/reviewed periodically. | Ineffective vulnerability and patch management program.<br>**Finding #1** |
| Data Encryption | Inquire with management and inspect data encryption mechanisms to verify that data at rest, in motion and use is adequately encrypted. | Insufficient encryption for data at rest and data in motion.<br>**Finding #3** |

Appendix C

Risk Ratings and Detailed Definitions

This report is intended solely for the information and use of the Audit Committee and management          16

Exhibit 11

GT00040 Confidential

| Rating | Summary Definition | Detailed Definition |
|--------|-------------------|---------------------|
| H | **High Risk, High Impact**. Requires High Level and Urgent Attention, but may or may not be easily resolved in short term. | ■ Failure to achieve a control objective with the potential, after taking into account compensating and complementary controls, to cause material financial misstatement, or result in material operational, regulatory or reputational impact, at the consolidated level or multiple material failures to achieve control objectives at various Operating Divisions, affecting the same process indicating a fundamental breakdown of control.<br>■ Significant deviations from Company policies and procedures, other required standards and codes of conduct, and/or governmental regulations.<br>■ Significant deviations from regulatory requirements or changes resulting in missing or outdated Company policies and procedures, other required standards and codes of conduct or ethical behavior.<br>■ Significant, unmitigated risks in a major initiative that could result in the failure to achieve the main objectives of the major initiative.<br>■ Material weakness in Internal Controls over Financial Reporting (ICFRs).<br>■ Multiple control failures which result in multiple control objectives/risks not being appropriately mitigated.<br>■ Process improvements that will generate significant one-time or continuous operational savings.<br>■ Improvement will enhance the overall risk and control maturity and provide a significant improvement to the governance, people and/or methods and procedures elements.<br>■ Fraud or Management misconduct. |
| M | **Moderate Risk, Moderate Impact**. Requires moderately urgent attention, but should be resolved in an acceptable time frame. | ■ Failure to achieve a control objective with the potential, after taking into account compensating and complementary controls, to cause material financial misstatement, or result in material operational, regulatory or reputational impact, at the Operating Division level or multiple inconsequential failures affecting the same process or location within a Program or business function indicating a breakdown of control in that process, function or location.<br>■ Deviations from Company policies and procedures, other required standards and codes of conduct, and/or governmental regulations.<br>■ Significant deviations from regulatory requirements or changes resulting in missing or outdated Company policies and procedures, other required standards and codes of conduct or ethical behavior where the Operating Division has control over maintaining the Command Media.<br>■ Significant, unmitigated risks in a major  Division initiative that could result in the failure to achieve  the main objectives of the major initiative.<br>■ Material at an Operating Division level, but not material at a consolidated level.<br>■ Significant deficiencies in ICFRs.<br>■ Individual control failures which result in a single control objective/risk not being appropriately mitigated.<br>■ Process improvements that provide enhanced operational effectiveness.<br>■ Improvement will enhance the overall risk and control maturity. |
| L | **Low Risk**. Resolved in the ordinary course of business. | ■ Failure to achieve a control objective with the potential, after taking account of compensating and complementary controls, to cause financial misstatement, or result in operational, regulatory or reputational consequences for the area, process or location under review, which are not material to the Operating Division, Program, or business function.<br>■ ICFRs requiring improvements.<br>■ Requiring management action in the normal course of business. |

Exhibit 11

GT00041 Confidential



Internal Audit

2018 Data Loss Prevention Audit

Findings & Recommendations Report

November 26, 2018

Exhibit 11

GT00042 Confidential

Overview

Exhibit 11

GT00043 Confidential

Billy Martin, Chief Information Security Officer                                    November 26, 2018

**EXECUTIVE SUMMARY**

We have completed our procedures with respect to the audit of the 2018 Data Loss Prevention (DLP) Audit for Aerojet Rocketdyne (AR or the Company), an operating unit of Aerojet Rocketdyne Holdings Inc.

**Background and Approach**

Enterprises have become increasingly reliant on digital information to meet business objectives. With the amount of data at rest and in transit, information security and technology departments have the responsibility of making sure that "sensitive" or "proprietary" data are protected from unauthorized access or exposure. Concerns over the need to control and protect sensitive information have given rise to new solutions to solve these issues of data loss. Collectively these solutions are placed in a category appropriately known as DLP.

The Company has several components of a DLP solution in place, including but not limited to email spam filtering, Security Information & Event Management (SIEM), and the Data Identification and Categorization for the Enterprise (DICE) - an internal branding of the more commonly known Titus Classification Suite.  DICE serves as a data categorization system and was deployed in 2017 as part of the perimeter security plan implemented to address the findings from the 2017 Data Protection Assessment Follow-Up Audit. DICE categorization and marking of emails that may contain sensitive information is a manual process, without any restrictions, and is subject to interpretation by the user.

We focused our review on DLP process maturity, including the ability to effectively detect dissemination of sensitive data.  We evaluated current processes used to monitor, prevent, and remediate data loss incidents. Based on the results of the preliminary discussions and risk assessment performed, we focused on the following key areas:

- Oversight, Governance, and Training
- Data Categorization (DICE)
- Network Perimeter Security
- Backup and Recovery
- Data Breach & Incident Response Handling
- Corrective Action Verification from 2017 Data Protection Assessment Follow-Up Audit

The period under review included incidents investigated from January 2018 through September 30, 2018. See **Appendix A** for additional scope detail.

**Executive Summary and Conclusion**
Overall, we concluded that some improvements are required.  The financial and operational impact of these improvements is high considering the risks associated with data exfiltration, as well as the severity of the findings identified.  Throughout the audit, we observed an improvement in DLP maturity since the 2017 internal audit, including accountability and closure of the findings identified within the last internal audit.  While management has implemented several components of a DLP process, the current approach is not an automated, proactive and comprehensive solution that prevents data loss and places heavy reliance on manual and detective procedures after notification of potential disclosure occurs, rather than preventative measures to address DLP risks before exfiltration or unauthorized disclosure.  Further adding complexity to the process, is the coordination and varying levels of involvement required amongst a variety of cross-functional stakeholders during incident response management.

Exhibit 11
GT00044 Confidential

Recognizing the importance to safeguarding the Company's proprietary and confidential information, management should continue efforts to: (1) implement a comprehensive DLP solution that further automates and streamlines the process; and (2) more comprehensively document formal policies and procedures that detail the ownership, responsibility and applicable steps to be taken in the process.  This will help to improve the maturity of the DLP solution and ensure consistent and reliable processes appropriate for the business.

We identified 1 high risk finding and 1 medium risk finding.  The detail supporting each finding was provided to the action owners and is available upon request.

The impact and likelihood of the findings identified during the audit are summarized below.



The following table summarizes the findings identified. Management has committed to address the issues by the dates provided.

| Finding Number | Risk Rating | Description |
| --- | --- | --- |
| 1 | High | Insufficiently automated and formalized DLP solution. |
| 2 | Medium | Firewall segregation is not sufficiently comprehensive. |

Our risk ratings and detailed definitions are in **Appendix B.**

Our work did not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation service in accordance with standards established by the American Institute of Certified Public Accountants (AICPA).  Accordingly, we do not express an opinion or any other form of assurance on any financial or other information, or operating and internal controls of Aerojet Rocketdyne Holdings.

Exhibit 11

GT00045 Confidential

We value the opportunity to work with the management team members who participated in the internal audit. We would be pleased to discuss any aspect of our procedures or this report with you or other members of management at your convenience.

*Senior Director, Aerojet Rocketdyne Internal Audit*

## Distribution

**For Action:**
B. Martin

**For Information:**
A. Avakian
D. Boehle
B. Curnutt
E. Drake
J. Geraci
R. Goehring
J. Jackson
A. Kampani
P. Lundstrom
M. McBride
M. Tucker

**PricewaterhouseCoopers:**
J. Dietrich
S. Embry

**Internal Audit Team:**
J. Cheung
M. Knepp
S. Oh

This report is intended solely for the information and use of the Audit Committee and management

Exhibit 11

GT00046 Confidential

## Findings and Management Actions

Findings, as used in this report, are not to meant to be defined as non-compliance with applicable U.S. Government or other governmental organizations' rules and regulations or written company policies and procedures unless specifically stated otherwise. The detail supporting each finding was provided to the action owners and is available upon request.

| 1. Insufficiently automated and formalized DLP solution. |
| --- |

The DLP process is highly manual and dependent upon the end-user's categorization of data, and is not comprehensive enough to effectively prevent sensitive data from being disseminated outside the organization. Specifically, DICE only sends notifications of potential data exfiltration for certain data categories and as a result is impacted by the manual categorization of data by the end-user hindering the ability to proactively detect loss of sensitive or restricted data during incident response handling. Further, the incident response handling process requires:

- Logs to be reviewed manually after notification occurs by DICE indicating data exfiltration; and

Further, the incident response handling process requires a high degree of judgment by cross-functional stakeholders is required to escalate the incident to management."
Documents and data existing prior to the DICE implementation are not automatically categorized, further hindering the DLP process.

Additionally, while there is an agreed-upon workflow and process amongst the stakeholders, the current DLP process framework is not formally documented in Command Media. Specifically, formal policies have not been created to define the requirements needed to implement the DLP process framework to track categorized information, in storage and in transit.

Lack of a sufficiently automated and comprehensive DLP solution increases the risk of exfiltration of sensitive, proprietary, and restricted information. Further, lack of sufficiently detailed documentation increases the risk of critical gaps in the current processes not being addressed during DLP implementation, remediation, and ongoing program maintenance. More comprehensive documentation will promote uniform implementation and institutionalization by reducing room for subjective interpretation.

Note that as of the date of this report, Information Technology management has selected, and is in the process of piloting a DLP vendor. The vendor will provide the necessary technical capabilities, training, support and vendor-provided turnkey installation and configuration to reduce manual processing and introduce a more proactive detection/protection posture.

| Management Action Plan |
| --- |

We concur and agree to perform the following action(s):

1) Present the 2019 Information Security Budget proposal with a prioritization of funding request for a state-of-the art DLP solution that aligns with and supports automation of various elements of the DLP process.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** December 21, 2018

2) Formalize documentation over the DLP process. The key milestones are outlined below.

- Complete an initial Kaizen (or equivalent) meeting with stakeholders to:
  ➢ Outline the scope of the DLP effort.

Exhibit 11

GT00047 Confidential

> ➤ Define the stakeholders, roles and responsibilities of each.
> ➤ Develop the process workflow for the DLP from initial ruleset generation through analysis and follow-on employee actions.
> ➤ Generate draft versions of Command Media documentation.

- Update and formalize initial processes and documentation to reflect the current DLP environment and publish Command Media.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** May 1, 2019

3) If the DLP solution is sufficiently prioritized in the budget, work with the DLP vendor and CGI to deploy the DLP capability fully to endpoints and network environment, configured and optimized to industry best practice standards.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** September 30, 2019

4) Conduct review and formalize final documentation updates to Command Media to reflect "as deployed" DLP environment.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** September 30, 2019 (or upon completion of installation and optimization of DLP tool suite as outlined in Action #3)

If the DLP solution is not budgeted items #1, #2 and #4 will be completed to formalize the process with current tools.

## 2. Firewall segregation is not sufficiently comprehensive.

While the 2017 Internal Audit Data Protection findings and external agency concerns around Internet of Things (IOT) were addressed, full network segmentation has not been implemented for sensitive servers, management devices, key business function endpoints, and other critical devices (such as laptops and workstations).

Not properly segregating endpoints and servers from the rest of the network exposes these devices to threats such as Denial of Service, and other attacks that could potentially compromise the endpoint, leading to potential disruption to the business operations.

### Management Action Plan

We concur and agree to perform the following action(s) as part of our network segregation plan to implement the tasks in the phased approach noted below:

 Phase 0 – Prevent network access to Windows workstations unless from approved sources.
 Phase 1 – Prevent unrestricted network access to servers unless from workstations or other servers.
 Phase 2 – Prevent unrestricted network access to servers from workstations.
 Phase 3 – Prevent unrestricted network access between servers.

**Action Party:** B. Martin, Sacramento, CA
**Estimated Completion Date:** October 1, 2019

Exhibit 11
GT00048 Confidential

Appendix A

Additional Scope Detail

Exhibit 11

GT00049 Confidential

The audit scope included, but was not limited to, a review of Command Media policies and procedures and their implementation.  Process owners were interviewed and the general control environment was assessed. Attribute testing was performed for select process areas primarily based on the policies and procedures deployed to govern the process.  Walkthroughs via teleconference were also performed with AR and CGI personnel to complete the procedural steps required to achieve each process area's audit objective.  No Sarbanes-Oxley (SOX) controls were tested.  The table below provides additional detail regarding the procedures performed.

| Process Area | Procedures Performed | Results |
|---|---|---|
| Oversight, Governance and Training | Review applicable documentation and perform testing on a sample basis to ensure policies and procedures have been established and are effective, including clear definition and allocation of responsibilities. | Insufficiently automated and formalized DLP solution. (**Finding #1**) |
| Data Categorization (DICE) | Review applicable documentation and perform testing on a sample basis to ensure:<br>• data categorization roles & responsibilities are defined, including identification of responsibility for monitoring of inappropriate classification of data by end users;<br>• inventory of sensitive or Personally Identifiable Information (PII) held, includes justification, retention period, classification and security requirements; and<br>• protection controls implemented are adequate for the categorization of data and aligned with regulatory requirements. | No findings identified. |
| Data Encryption* | Inquire with management and inspect data encryption mechanisms to verify that data at rest, in motion and use is adequately encrypted. | |
| Network Perimeter Security | Review network diagram and firewall configurations to validate that:<br>• entry points to the network are limited, and firewalls are properly located to sufficiently protect all parts of the network;<br>• firewalls are configured to deny all traffic to the network except that which is explicitly required by the business; and<br>• firewall rulesets are regularly reviewed and updated based on result of security incident alerts, vulnerability scans and any other indication vulnerability indications. | Firewall segregation is not sufficiently comprehensive. (**Finding #2**) |
| Backup and Recovery | Obtain data backup and disaster recovery plan/policy and verify that:<br>• data is backed up timely and regularly, in accordance with the security policy;<br>• backup tape is appropriately retained and reviewed in accordance with policy; and<br>• backup method/system is clearly defined. | No findings identified. |

Exhibit 11

GT00050 Confidential

| Process Area | Procedures Performed | Results |
|---|---|---|
| Data Breach & Incident Response Handling | Review applicable documentation and perform testing on a sample basis to ensure that:<br>• network is monitored to detect potential cybersecurity events;<br>• physical environment is monitored to detect potential cybersecurity events.<br>• personnel activity is monitored to detect potential cybersecurity events;<br>• malicious code and unauthorized mobile code are detected;<br>• external service provider activity is monitored to detect potential cybersecurity events; and<br>• monitoring for unauthorized personnel, connections, devices, and software is performed. | Insufficiently automated and formalized DLP solution. (**Finding #1**) |
| Corrective Action Verification from 2017 Data Protection Assessment Follow-Up Audit | Review applicable documentation and perform testing to ensure findings and observations identified during the 2017 Data Protection Assessment Follow-Up Audit have been remediated and are adequately supported. | No findings identified. |

*Procedures and findings over Data Encryption will be incorporated as part of the Cybersecurity Audit to be completed during the fourth quarter 2018.

Exhibit 11

GT00051 Confidential

Appendix B

Risk Ratings and Detailed Definitions

| Rating | Summary Definition | Detailed Definition |
|---|---|---|
| **H** | **High Risk, High Impact**. Requires High Level and Urgent Attention, but may or may not be easily resolved in short term. | ▪ Failure to achieve a control objective with the potential, after taking into account compensating and complementary controls, to cause material financial misstatement, or result in material operational, regulatory or reputational impact, at the consolidated level or multiple material failures to achieve control objectives at various Operating Divisions, affecting the same process indicating a fundamental breakdown of control.<br>▪ Significant deviations from Company policies and procedures, other required standards and codes of conduct, and/or governmental regulations.<br>▪ Significant deviations from regulatory requirements or changes resulting in missing or outdated Company policies and procedures, other required standards and codes of conduct or ethical behavior.<br>▪ Significant, unmitigated risks in a major initiative that could result in the failure to achieve the main objectives of the major initiative.<br>▪ Material weakness in Internal Controls over Financial Reporting (ICFRs).<br>▪ Multiple control failures which result in multiple control objectives/risks not being appropriately mitigated.<br>▪ Process improvements that will generate significant one-time or continuous operational savings.<br>▪ Improvement will enhance the overall risk and control maturity and provide a significant improvement to the governance, people and/or methods and procedures elements.<br>▪ Fraud or Management misconduct. |
| **M** | **Moderate Risk, Moderate Impact**. Requires moderately urgent attention, but should be resolved in an acceptable time frame. | ▪ Failure to achieve a control objective with the potential, after taking into account compensating and complementary controls, to cause material financial misstatement, or result in material operational, regulatory or reputational impact, at the Operating Division level or multiple inconsequential failures affecting the same process or location within a Program or business function indicating a breakdown of control in that process, function or location.<br>▪ Deviations from Company policies and procedures, other required standards and codes of conduct, and/or governmental regulations.<br>▪ Significant deviations from regulatory requirements or changes resulting in missing or outdated Company policies and procedures, other required standards and codes of conduct or ethical behavior where the Operating Division has control over maintaining the Command Media.<br>▪ Significant, unmitigated risks in a major  Division initiative that could result in the failure to achieve  the main objectives of the major initiative.<br>▪ Material at an Operating Division level, but not material at a consolidated level.<br>▪ Significant deficiencies in ICFRs.<br>▪ Individual control failures which result in a single control objective/risk not being appropriately mitigated.<br>▪ Process improvements that provide enhanced operational effectiveness.<br>▪ Improvement will enhance the overall risk and control maturity. |
| **L** | **Low Risk**. Resolved in the ordinary course of business. | ▪ Failure to achieve a control objective with the potential, after taking account of compensating and complementary controls, to cause financial misstatement, or result in operational, regulatory or reputational consequences for the area, process or location under review, which are not material to the Operating Division, Program, or business function.<br>▪ ICFRs requiring improvements.<br>▪ Requiring management action in the normal course of business. |

Exhibit 11

GT00053 Confidential