# EXHIBIT "13"

CONFIDENTIAL

```
 1       IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF CALIFORNIA
 3
 4   UNITED STATES OF AMERICA:
 5   ex rel., BRIAN MARKUS,
 6      Plaintiff,
 7
 8   VS.                              CASE NO.
 9                              2:15-cv-2245 WBS-AC
10
11   AEROJET ROCKETDYN HOLDINGS, INC.,
12   a corporation and AEROJET ROCKETDYNE,
13   INC., a corporation,
14      Defendants.
15      ***********************************
                   ***CONFIDENTIAL***
16          ZOOM VIDEOTAPED DEPOSITION OF
                    GARY GUISSANIE
17              SEPTEMBER 1, 2021
                     9:00 PST
18      ***********************************
19   TAKEN BY:
        ASHLEY NEGLIA, ESQ
20      ATTORNEY FOR DEFENDANTS
21   REPORTED BY:
        BELLE VIVIENNE, CRR
22      CERTIFIED STENOGRAPHIC
        REALTIME COURT REPORTER
23      VERITEXT LEGAL SOLUTIONS
        JOB NO. 4776944
24      866 299-5127
25
```

Page 1

| | | |
|---|---|---|
| 1 | please do not answer that | 11:46:23 |
| 2 | hypothetical. | 11:46:24 |
| 3 | BY MR. THYBERG: | 11:46:24 |
| 4 | Q. Now, you were asked about a | 11:46:39 |
| 5 | statement in a presentation. There was a | 11:46:44 |
| 6 | word that you used about it being | 11:46:49 |
| 7 | impossible to -- something impossible to | 11:46:51 |
| 8 | comply in reference to the 800-53 | 11:46:55 |
| 9 | controls. And I just want to clarify. | 11:46:58 |
| 10 | As I understand your testimony | 11:47:01 |
| 11 | today, you're not saying that compliance | 11:47:03 |
| 12 | was impossible, just that certain controls | 11:47:06 |
| 13 | could not be complied with because they | 11:47:08 |
| 14 | were directed toward government systems | 11:47:10 |
| 15 | and do not apply to private sector; is | 11:47:11 |
| 16 | that correct? | 11:47:16 |
| 17 | MS. NEGLIA: Object to form. | 11:47:16 |
| 18 | MS. MUOIO: Objection to the | 11:47:17 |
| 19 | extent it requires the witness to | 11:47:18 |
| 20 | provide an expert opinion. He may | 11:47:21 |
| 21 | answer otherwise. | 11:47:22 |
| 22 | A. Essentially, yes, there are -- | 11:47:25 |
| 23 | there -- there were certain controls in | 11:47:27 |
| 24 | the baseline that would typically be | 11:47:29 |
| 25 | required of the federal government that | 11:47:32 |

Page 122

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | cannot be applied to nonfederal entities. | 11:47:34 |
| 2 | BY MR. THYBERG: | 11:47:34 |
| 3 | Q.    And -- and it's your testimony | 11:47:41 |
| 4 | that it's not impossible for contractors | 11:47:44 |
| 5 | to comply with the 800-171 controls; is | 11:47:47 |
| 6 | that correct? | 11:47:51 |
| 7 | MS. NEGLIA:  Object to form. | 11:47:56 |
| 8 | MS. MUOIO:  Apologies.  Could | 11:47:58 |
| 9 | the court reporter repeat the | 11:48:00 |
| 10 | question, please? | 11:48:01 |
| 11 | THE COURT REPORTER:  Sure. | 11:48:03 |
| 12 | (Whereupon, the question is read | 11:48:14 |
| 13 | back by the reporter.) | 11:48:17 |
| 14 | MS. NEGLIA:  I'll repeat my | 11:48:17 |
| 15 | objection to form, foundation, calls | 11:48:19 |
| 16 | for expert opinion. | 11:48:21 |
| 17 | MS. MUOIO:  Objection to the | 11:48:22 |
| 18 | extent -- as to scope to the extent it | 11:48:24 |
| 19 | requires the witness to provide an | 11:48:26 |
| 20 | expert opinion, but he may otherwise | 11:48:27 |
| 21 | answer the question. | 11:48:30 |
| 22 | A.    So practically speaking, I mean, | 11:48:34 |
| 23 | just -- 171 was designed to be implemented | 11:48:39 |
| 24 | by nonfederal organizations to include | 11:48:42 |
| 25 | contractors.  So it's clearly possible | 11:48:46 |

Page 123

EXHIBIT 13

| | | |
|---|---|---|
| 1 | that the requirements in 171 can be | 11:48:48 |
| 2 | implemented by contractors. | 11:48:52 |
| 3 |     MR. THYBERG: I have no further | 11:49:00 |
| 4 | questions. Thank you. | 11:49:00 |
| 5 |     MS. NEGLIA: No further | 11:49:03 |
| 6 | questions from defendants. | 11:49:04 |
| 7 | Mr. Guissanie, thank you very much for | 11:49:10 |
| 8 | your time today. We appreciate you | 11:49:13 |
| 9 | taking your time out. | 11:49:15 |
| 10 |     THE VIDEOGRAPHER: Are we ready | 11:49:18 |
| 11 | to go off the record, Counsel? | 11:49:19 |
| 12 |     MS. NEGLIA: We're ready. | 11:49:20 |
| 13 |     THE VIDEOGRAPHER: Okay. We are | 11:49:23 |
| 14 | going off the record. The time is | 11:49:24 |
| 15 | 11:48 a.m. This concludes today's | 11:49:26 |
| 16 | testimony given by Gary Guissanie. | 11:49:30 |
| 17 | The total number of media units is two | 11:49:33 |
| 18 | and will be retained by Veritext Legal | 11:49:36 |
| 19 | Solutions. | 11:49:40 |
| 20 |     THE COURT REPORTER: Can you | 11:49:46 |
| 21 | state your transcript orders? | 11:49:47 |
| 22 |     MS. NEGLIA: Can we get a rough? | 11:49:49 |
| 23 | And then we'd like video and -- and | 11:49:59 |
| 24 | the official transcript. | 11:50:01 |
| 25 |     (Whereupon, a brief discussion | 11:50:01 |