THYBERGLAW
GREGORY A. THYBERG SBN102132
3104 O STREET. #190
SACRAMENTO, CALIFORNIA 95816
TEL: (916) 204-9173
greg@thyberglaw.com

ATTORNEYS FOR PLAINTIFF, BRIAN MARKUS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA: *ex rel.* BRIAN MARKUS<br><br>Plaintiffs,<br>vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC. a corporation.<br><br>Defendants | Civil Action No. 2:15-cv-2245 WBS-AC<br><br>**DECLARATION OF GREGORY A. THYBERG IN SUPPORT OF REPLY TO OPPOSITION TO RELATOR'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date: November 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

I, Gregory A. Thyberg, declare:

1. I am an attorney at law duly licensed in the State of California and I am the attorney of record for the Relator, Brian Markus, in the above-entitled matter and if called as a witness I would and could testify competently as follows:

2. Attached as **Exhibit "A"** to this declaration is a true copy of a press release issued

by the Department of Justice on October 13, 2021 entitled "Acting Assistant Attorney General Brian M. Boynton Delivers Remarks at the Cybersecurity and Infrastructure Security Agency (CISA) Fourth Annual National Security Summit.

3. Attached as **Exhibit "B"** to this declaration is a true copy of a statement printed from the usaspending.gov website on October 25, 2021 reflecting the government has paid or obligated to pay AR **$44,984,296** on NASA Contract # NNC15CA07C.

4. Attached as **Exhibit "C"** to this declaration is a true copy of a statement printed from the usaspending.gov website on October 25, 2021 reflecting the government has paid or obligated to pay AR **$1,759,598,913** on NASA Contract # NNM16AA02C.

5. Attached as **Exhibit "D"** to this declaration is a true copy of a statement printed from the usaspending.gov website on October 25, 2021 reflecting the government has paid or obligated to pay to AR **$179,999,157** on NASA Contract # NNM16AA12C.

6. Attached as **Exhibit "E"** to this declaration is a true copy of a statement printed from the usaspending.gov website on October 25, 2021 reflecting the government has paid or obligated to pay AR **$178,319** on DOD Contract # HR001115C0132.

7. Attached as **Exhibit "F"** to this declaration is a true copy of a statement printed from the usaspending.gov website on October 25, 2021 reflecting the government has paid or obligated to pay AR **$1,046,804** on DOD Contract # W31P4Q16C0026.

I declare under penalty of perjury according to the laws of the State of California that the forgoing is true and correct executed this 25th day of October 2021 at Sacramento, California.

                                                */s/ Gregory A. Thyberg*
                                                Gregory A. Thyberg, Declarant