# EXHIBIT "B"



## Advanced Search

1   FILTER

Prime Awards        Sub-Awards

### Spending by Prime Award

| Award ID ▼ | Recipient Name ▼ | Start Date ▼ | End Date ▼ | Award Amount ▼ (Total Award Obligations to Date) | De |
|---|---|---|---|---|---|
| NNC15CA07C | AEROJET ROCKETDYNE, INC. | 3/31/2015 | 10/9/2020 | $44,984,296 | IGF |

✉ **Stay in touch with us!** Receive updates on USAspending.gov **Sign Up ▶**

ABOUT

About USAspending

Careers

HELP

FAQs

Community

Contact Us

EXHIBIT *B*

DEVELOPERS

API

Explore the Code