# EXHIBIT "C"

Advanced Search



1    FILTER

Prime Awards  ⬤  Sub-Awards

## Spending by Prime Award

| Award ID ▼ | Recipient Name ▼ | Start Date ▼ | End Date ▼ | Award Amount ▼ (Total Award Obligations to Date) | D |
|---|---|---|---|---|---|
| NNM16AA02C | AEROJET ROCKETDYNE OF DE, INC. | 11/1/2015 | 9/30/2024 | $1,759,598,913 | IGF |

✉ **Stay in touch with us!** Receive updates on USAspending.gov **Sign Up** ▸

ABOUT

About USAspending

Careers

HELP

FAQs

Community

Contact Us                                        EXHIBIT  C

DEVELOPERS

API

Explore the Code

Release Notes

Glossary