# EXHIBIT "D"

Thyberg MSJ Reply Dec.
CASE NO. 2:15-cv-2245 WBS-AC



1   FILTER

Prime Awards / Sub-Awards

## Spending by Prime Award

| Award ID | Recipient Name | Start Date | End Date | Award Amount (Total Award Obligations to Date) | De... |
|---|---|---|---|---|---|
| NNM16AA12C | AEROJET ROCKETDYNE, INC. | 4/1/2016 | 2/29/2024 | $179,999,357 | EXE... |

Stay in touch with us! Receive updates on USAspending.gov  Sign Up ▸

ABOUT

About USAspending

Careers

HELP

FAQs

Community

Contact Us

DEVELOPERS

API

Explore the Code

Release Notes

Glossary

EXHIBIT 12