# EXHIBIT "E"

Thyberg MSJ Reply Dec.
CASE NO. 2:15-cv-2245 WBS-AC



| Award ID | Recipient Name | Start Date | End Date | Award Amount (Total Award Obligations to Date) | D |
|---|---|---|---|---|---|
| HR001115C0132 | AEROJET ROCKETDYNE OF DE, INC. | 9/15/2015 | 9/30/2016 | $178,419 | IGF |

EXHIBIT E