# EXHIBIT "F"



## Advanced Search

1   FILTER

Prime Awards ⚪ Sub-Awards

# Spending by Prime Award

| Award ID ▼ | Recipient Name ▼ | Start Date ▼ | End Date ▼ | Award Amount (Total Award Obligations to Date) ▼ | D |
|---|---|---|---|---|---|
| W31P4Q16C0026 | AEROJET ROCKETDYNE, INC. | 12/23/2015 | 8/1/2017 | $1,046,804 | IGN |

✉ **Stay in touch with us!** Receive updates on USAspending.gov **Sign Up ▶**

ABOUT

About USAspending

Careers

HELP

FAQs

Community

Contact Us

DEVELOPERS

API

Explore the Code

Glossary

**EXHIBIT F**