# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>        Relator,<br><br>  vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>        Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING STIPULATION REQUESTING TO SEAL DOCUMENTS FILED IN SUPPORT OF RELATOR AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILINGS** |

Upon consideration of the Parties' Stipulation Requesting to Seal Documents Filed in Support of Relator and Defendants' Motion for Summary Judgment Filings, **IT IS HEREBY ORDERED THAT:**

1. The current versions of Exhibits A–B, J–K, and N–P to the Thyberg MSJ Declaration; Exhibit 9 to the Thyberg Opposition Declaration; Relator's Material Facts Statement, and Exhibits 39, 41–43, 71–72, 74, 104–05, 124–25, 127, and 130–32 to the Tsoumas MSJ Declaration will be removed from the public docket.

2. Exhibits A–B, J–K, and N–P to the Thyberg MSJ Declaration; Relator's Material Facts Statement; and Exhibits 39, 41–43, 71–72, 74, 104–05, 124–25, 127, and 130–32 to the Tsoumas MSJ will be replaced with the redacted versions of these documents filed with this Request.

Compelling reasons having been shown, the Court further Orders that the following document(s) be filed under seal:

| Confidential Information | Portions to Be Filed Under Seal | Sealing Justification |
|---|---|---|
| Relator's Material Facts Statement | Redacted portions that quote documents that are filed under seal | Reflects information about Aerojet's non-public business operations and cybersecurity status, including documents marked as "Sensitive But Unclassified," or that is subject to ITAR. |
| Exhibits A and B to the Thyberg MSJ Declaration | Redacted portions that contain information about Aerojet's contract negotiations and cybersecurity status, including documents marked as "Sensitive But Unclassified," or that is subject to ITAR. | Reflects information about Aerojet's non-public business operations and cybersecurity status, including documents marked as "Sensitive But Unclassified," or that is subject to ITAR. |
| Exhibits J and K to the Thyberg MSJ Declaration | Redacted portions that contain information about Aerojet's contract negotiations and cybersecurity status. | Reflects information about Aerojet's non-public business operations and cybersecurity status. |
| Exhibits N–P to the Thyberg MSJ Declaration | Redacted portions that contain pricing information. | Reflects information about Aerojet's non-public |

| Confidential Information | Portions to Be Filed Under Seal | Sealing Justification |
| --- | --- | --- |
| | | business operations. |
| Exhibit 9 to the Thyberg Opposition Declaration | Entire Document | Reflects information about Aerojet's non-public cybersecurity status. |
| Exhibits 39, 41–43, 71–72, 74, 104–05, 124–25, 127, and 130–32 to the Tsoumas MSJ Declaration | Redacted portions that contain pricing information. | Reflects information about Aerojet's non-public business operations. |

Dated:  November 1, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE