UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS,<br><br>         Plaintiff,<br><br>     v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>         Defendant. | No. 2:15-cv-02245 WBS AC<br><br><br>ORDER |

----oo0oo----

The hearing on the parties' cross motions for summary judgment (Docket Nos. 116, 124) is hereby reset for oral argument on January 10, 2022, at 1:30 p.m. via videoconference. The Courtroom Deputy shall notify the parties of the videoconference details prior to the hearing.

The Final Pretrial Conference is hereby reset for February 28, 2022, at 1:30 p.m. in Courtroom No. 5 or via videoconference. The Courtroom Deputy will notify the parties

1

prior to the Pretrial Conference whether the Conference will be held in person or via videoconference.

Trial is hereby reset for April 26, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE