Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:   (310) 552-5900

*Attorneys for Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc.*

Gregory A. Thyberg (SBN 102132)
greg@thyberglaw.com
THYBERGLAW
3104 O Street #190
Sacramento, CA 95816
Tel: (916) 204-9173

*Attorney for Relator Brian Markus*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>　　　　　Relator,<br><br>　　vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO RESET THE HEARING ON THE PARTIES' RULE 56 MOTIONS** |

Upon consideration of the Parties' Joint Stipulation to Reset the Hearing on the Parties' Rule 56 Motions, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The hearing on the Parties' Rule 56 motions is set for **January 24, 2022** at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  December 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE