UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS, <br><br> Relator, <br><br> v. <br><br> AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation, <br><br> Defendants. | No. 2:15-cv-02245 WBS AC <br><br><br> ORDER |

----oo0oo----

Defendants' Request for Clarification of Memorandum and Order Re: Cross Motions for Summary Judgment (Docket No. 156) is DENIED.  The Order (Docket No. 155) speaks for itself.

Dated:  February 10, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1