**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRIAN MARKUS, individually,<br><br>    Plaintiff,<br><br>    vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>    Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO RESET HEARING DATE AND BRIEFING SCHEDULE RE: ECF NO. 163 AND SET DEADLINE FOR ADR** |

Upon consideration of the Parties' Joint Stipulation to Reset Hearing Date and Briefing Schedule Re: ECF No. 163 and Set Deadline for ADR, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The hearing on Relator's Motion for Leave to Amend (ECF No. 163) shall be set for March 21, 2022 at 1:30 p.m.;

2. Aerojet's Opposition to Relator's Motion for Leave to Amend shall be due on March 9, 2022;

3. Relator's Reply in Support of Relator's Motion for Leave to Amend shall be due on March 15, 2022;

4. The Parties shall complete private mediation on or before April 1, 2022, subject to the availability of the Parties' selected mediator.  Each party is directed to have a principal capable of disposition at the mediation or to be fully authorized to settle the matter on any terms at, or otherwise available for, the mediation.

**IT IS SO ORDERED.**

Dated:  March 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE