UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS, | No. 2:15-cv-02245 WBS AC |
|---|---|
| Relator, | ORDER |
| v. | |
| AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation, | |
| Defendants. | |

----oo0oo----

Pursuant to the agreement of the parties, an <u>in-person</u> trial status conference is hereby set for March 17, 2022 at 10:00 a.m. in Courtroom 5. At the status conference, the court will discuss the trial procedures, jury selection and voir dire, the schedule during trial, defendants' requested modifications to the court's Final Pretrial Order, COVID-19 protocols, and any other administrative issues the parties wish to discuss in advance of the April 26, 2022 trial date.

1

1         Also pursuant to the agreement of the parties, the
2    hearing on relator's Motion for Reconsideration (Docket No. 157)
3    and Motion to Amend (Docket No. 163) is reset for March 17, 2022
4    at 10:00 a.m. so that the hearing may be conducted jointly with
5    the trial status conference.
6         IT IS SO ORDERED.
7    Dated:  March 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE