UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS,<br><br>　　　　Relator,<br><br>　　v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>　　　　Defendants. | No. 2:15-cv-02245 WBS AC<br><br>ORDER |

----oo0oo----

The court has received relator's motion to continue trial (Docket No. 173) and the parties' amended joint stipulation (Docket No. 174) shortening time for a hearing and setting a briefing schedule on the motion. Rather than adopt the parties' stipulation, the court will hear the motion <u>in person</u> jointly with relator's pending motions to amend and reconsider and the trial status conference set for March 17, 2022 at 10:00 a.m. in Courtroom 5. Defendants' opposition to the motion to continue

1

shall be filed by 12:00 p.m. on March 16, 2022.  Any reply may be presented orally at the hearing.

　　　　IT IS SO ORDERED.

Dated:  March 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE