Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

Ashley Neglia (SBN 298924)
ashley.neglia@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Sable Hodson (SBN 313252)
sable.hodson@kirkland.com
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201
Telephone:    (214) 972-1770
Facsimile:    (214) 972-1771

*Attorneys for Defendants Aerojet Rocketdyne
Holdings, Inc. and Aerojet Rocketdyne, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS, individually,<br><br>Relator,<br><br>vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**DEFENDANTS' PROPOSED VERDICT FORM**<br><br>Judge:         Hon. William B. Shubb<br>Jury Trial:    April 26, 2022<br>Time:          9:00 a.m.<br>Courtroom:     5 |

1

## **AEROJET'S PROPOSED VERDICT FORM**

We, the jury, answer the questions submitted to us as follows:

**For NASA Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1")**:

**Question 1:** Has Relator proven that NASA awarded Aerojet Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1")?

      Yes \_\_\_                 No \_\_\_

If your answer to Question 1 is yes, then answer Question 2.  If you answered no, move to Question 9 and do not answer Questions 2 through 8.

**Question 2:** Did Relator prove that the NFARS Clause applied to NASA Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1")?

      Yes \_\_\_                 No \_\_\_

If your answer to Question 2 is yes, then answer Question 3.  If you answered no, move to Question 9 and do not answer Questions 3 through 8.

**Question 3:** Did Relator prove that Aerojet made false or fraudulent statements regarding its compliance with the NFARS Clause before or at the time NASA awarded Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1") on March 11, 2014?

      Yes \_\_\_                 No \_\_\_

If your answer to Question 3 is yes, then answer Question 4.  If you answered no, move to Question 9 and do not answer Questions 4 through 8.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 4:** Did Relator prove that Aerojet knowingly made false or fraudulent statements regarding its compliance with the NFARS Clause to NASA regarding Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1")?

Yes ___                              No ___

If your answer to Question 4 is yes, then answer Question 5.  If you answered no, move to Question 9 and do not answer Questions 5 through 8.

**Question 5:** Did Relator prove that the falsity or fraudulence of the statements regarding its compliance with the NFARS Clause was material to NASA's decision to award Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1")?

Yes ___                              No ___

If your answer to Question 5 is yes, then answer Question 6.  If you answered no, move to Question 9 and do not answer Questions 6 through 8.

**Question 6:** Did Relator prove that NASA would not have awarded Aerojet Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1") absent the false or fraudulent statements regarding its compliance with the NFARS Clause?

Yes ___                              No ___

If your answer to Question 6 is yes, then answer Question 7.  If you answered no, move to Question 9 and do not answer Questions 7 through 8.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 7:** Did Relator prove that NASA suffered any actual damages because of the false statements you found Aerojet made in connection with Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1")?

Yes ____                              No ____

If your answer to Question 7 is yes, then answer Question 8.  If you answered no, move to Question 9 and do not answer Question 8.

**Question 8:** What is the difference in value between what NASA contracted for in entering into Contract No. NNC10BA13B, Award ID # NNC13TA66T ("RTAPS 1") and what it received from Aerojet?

$_____

Please turn to the next page and answer Question 9.

DEFENDANTS' PROPOSED VERDICT FORM

**For Navy Contract No. N00014-14-C-0035 ("INJECTORS")**:

**Question 9:** Has Relator proven that the Navy awarded Aerojet Contract No. N00014-14-C-0035 ("INJECTORS")?

Yes ___                          No ___

If your answer to Question 9 is yes, then answer Question 10.  If you answered no, move to Question 17 and do not answer Questions 10 through 16.

**Question 10:** Did Relator prove that the DFARS Clause applied to Navy Contract No. N00014-14-C-0035 ("INJECTORS")?

Yes ___                          No ___

If your answer to Question 10 is yes, then answer Question 11.  If you answered no, move to Question 17 and do not answer Questions 11 through 16.

**Question 11:** Did Relator prove that Aerojet made false or fraudulent statements regarding its compliance with the DFARS Clause before or at the time the Navy awarded Contract No. N00014-14-C-0035 ("INJECTORS") on February 22, 2014?

Yes ___                          No ___

If your answer to Question 11 is yes, then answer Question 12.  If you answered no, move to Question 17 and do not answer Questions 12 through 16.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 12:** Did Relator prove that Aerojet knowingly made false or fraudulent statements regarding its compliance with the DFARS Clause to the Navy regarding Contract No. N00014-14-C-0035 ("INJECTORS")?

Yes ___                    No ___

If your answer to Question 12 is yes, then answer Question 13.  If you answered no, move to Question 17 and do not answer Questions 13 through 16.

**Question 13:** Did Relator prove that the falsity or fraudulence of the statements regarding its compliance with the DFARS Clause was material to the Navy's decision to award Contract No. N00014-14-C-0035 ("INJECTORS")?

Yes ___                    No ___

If your answer to Question 13 is yes, then answer Question 14.  If you answered no, move to Question 17 and do not answer Questions 14 through 16.

**Question 14:** Did Relator prove that the Navy would not have awarded Aerojet Contract No. N00014-14-C-0035 ("INJECTORS") absent the false or fraudulent statements regarding its compliance with the DFARS Clause?

Yes ___                    No ___

If your answer to Question 14 is yes, then answer Question 15.  If you answered no, move to Question 17 and do not answer Questions 15 through 16.

**Question 15:** Did Relator prove that the Navy suffered any actual damages because of the false statements you found Aerojet made in connection with Contract No. N00014-14-C-0035 ("INJECTORS")?

       Yes ___                   No ___

If your answer to Question 15 is yes, then answer Question 16.  If you answered no, move to Question 17 and do not answer Question 16.

**Question 16:** What is the difference in value between what the Navy contracted for in entering into Contract No. N00014-14-C-0035 ("INJECTORS") and what it received from Aerojet?

       $_____

Please answer Question 16.

DEFENDANTS' PROPOSED VERDICT FORM

**For Navy Contract No. N68936-14-C-0035 ("SMOKE")**:

**Question 17:** Has Relator proven that the Navy awarded Aerojet Contract No. N68936-14-C-0035 ("SMOKE")?

Yes ____                           No ____

If your answer to Question 17 is yes, then answer Question 18.  If you answered no, move to Question 25 and do not answer Questions 18 through 24.

**Question 18:** Did Relator prove that the DFARS Clause applied to Navy Contract No. N68936-14-C-0035 ("SMOKE")?

Yes ____                           No ____

If your answer to Question 18 is yes, then answer Question 19.  If you answered no, move to Question 25 and do not answer Questions 19 through 24.

**Question 19:** Did Relator prove that Aerojet made false or fraudulent statements regarding its compliance with the DFARS Clause before or at the time the Navy awarded Contract No. N68936-14-C-0035 ("SMOKE") on September 30, 2014?

Yes ____                           No ____

If your answer to Question 19 is yes, then answer Question 20.  If you answered no, move to Question 25 and do not answer Questions 20 through 24.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 20:** Did Relator prove that Aerojet knowingly made false or fraudulent statements regarding its compliance with the DFARS Clause to the Navy regarding Contract No. N68936-14-C-0035 ("SMOKE")?

Yes ___                    No ___

If your answer to Question 20 is yes, then answer Question 21.  If you answered no, move to Question 25 and do not answer Questions 21 through 24.


**Question 21:** Did Relator prove that the falsity or fraudulence of the statements regarding its compliance with the DFARS Clause was material to the Navy's decision to award Contract No. N68936-14-C-0035 ("SMOKE")?

Yes ___                    No ___

If your answer to Question 21 is yes, then answer Question 22.  If you answered no, move to Question 25 and do not answer Questions 22 through 24.


**Question 22:** Did Relator prove that the Navy would not have awarded Aerojet Contract No. N68936-14-C-0035 ("SMOKE") absent the false or fraudulent statements regarding its compliance with the DFARS Clause?

Yes ___                    No ___

If your answer to Question 22 is yes, then answer Question 23.  If you answered no, move to Question 25 and do not answer Questions 23 through 24.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 23:** Did Relator prove that the Navy suffered any actual damages because of the false statements you found Aerojet made in connection with Contract No. N68936-14-C-0035 ("SMOKE")?

       Yes ___                 No ___

If your answer to Question 23 is yes, then answer Question 24.  If you answered no, move to Question 25 and do not answer Question 24.


**Question 24:** What is the difference in value between what the Navy contracted for in entering into Contract No. N68936-14-C-0035 ("SMOKE") and what it received from Aerojet?

       $_____

Please turn to the next page and answer Question 25.

DEFENDANTS' PROPOSED VERDICT FORM

**For Air Force Contract No. FA8650-14-C-7424 ("XS-1")**:

**Question 25:** Has Relator proven that the Air Force awarded Aerojet Contract No. FA8650-14-C-7424 ("XS-1")?

Yes ___                         No ___

If your answer to Question 25 is yes, then answer Question 26.  If you answered no, move to Question 33 and do not answer Questions 26 through 32.

**Question 26:** Did Relator prove that the DFARS Clause applied to Air Force Contract No. FA8650-14-C-7424 ("XS-1")?

Yes ___                         No ___

If your answer to Question 26 is yes, then answer Question 27.  If you answered no, move to Question 33 and do not answer Questions 27 through 32.

**Question 27:** Did Relator prove that Aerojet made false or fraudulent statements regarding its compliance with the DFARS Clause before or at the time the Air Force awarded Contract No. FA8650-14-C-7424 ("XS-1") on September 30, 2014?

Yes ___                         No ___

If your answer to Question 27 is yes, then answer Question 28.  If you answered no, move to Question 33 and do not answer Questions 28 through 32.

DEFENDANTS' PROPOSED VERDICT FORM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Question 28:** Did Relator prove that Aerojet knowingly made false or fraudulent statements regarding its compliance with the DFARS Clause to the Air Force regarding Contract No. FA8650-14-C-7424 ("XS-1")?

Yes ___                                       No ___

If your answer to Question 28 is yes, then answer Question 29.  If you answered no, move to Question 33 and do not answer Questions 29 through 32.

**Question 29:** Did Relator prove that the falsity or fraudulence of the statements regarding its compliance with the DFARS Clause was material to the Air Force's decision to award Contract No. FA8650-14-C-7424 ("XS-1")?

Yes ___                                       No ___

If your answer to Question 29 is yes, then answer Question 30.  If you answered no, move to Question 33 and do not answer Questions 30 through 32.

**Question 30:** Did Relator prove that the Air Force would not have awarded Aerojet Contract No. FA8650-14-C-7424 ("XS-1") absent the false or fraudulent statements regarding its compliance with the DFARS Clause?

Yes ___                                       No ___

If your answer to Question 30 is yes, then answer Question 31.  If you answered no, move to Question 33 and do not answer Questions 31 through 32.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 31:** Did Relator prove that the Air Force suffered any actual damages because of the false statements you found Aerojet made in connection with Contract No. FA8650-14-C-7424 ("XS-1")?

      Yes ____                No ____

If your answer to Question 31 is yes, then answer Question 32.  If you answered no, move to Question 33 and do not answer Question 32.

**Question 32:** What is the difference in value between what the Air Force contracted for in entering into Contract No. FA8650-14-C-7424 ("XS-1") and what it received from Aerojet?

      $_____

      Please turn to the next page and answer Question 33.

DEFENDANTS' PROPOSED VERDICT FORM

**For NASA Contract No. NNC15CA07C ("NEXT-C")**:

**Question 33:** Has Relator proven that NASA awarded Aerojet Contract No. NNC15CA07C ("NEXT-C")?

       Yes ___                        No ___

If your answer to Question 33 is yes, then answer Question 34.  If you answered no, move to Question 41 and do not answer Questions 34 through 40.


**Question 34:** Did Relator prove that the NFARS Clause applied to NASA Contract No. NNC15CA07C ("NEXT-C")?

       Yes ___                        No ___

If your answer to Question 34 is yes, then answer Question 35.  If you answered no, move to Question 41 and do not answer Questions 35 through 40.


**Question 35:** Did Relator prove that Aerojet made false or fraudulent statements regarding its compliance with the NFARS Clause before or at the time NASA awarded Contract No. NNC15CA07C ("NEXT-C") on March 31, 2015?

       Yes ___                        No ___

If your answer to Question 35 is yes, then answer Question 36.  If you answered no, move to Question 41 and do not answer Questions 36 through 40.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 36:** Did Relator prove that Aerojet knowingly made false or fraudulent statements regarding its compliance with the NFARS Clause to NASA regarding Contract No. NNC15CA07C ("NEXT-C")?

Yes ___                         No ___

If your answer to Question 36 is yes, then answer Question 37.  If you answered no, move to Question 41 and do not answer Questions 37 through 40.


**Question 37:** Did Relator prove that the falsity or fraudulence of the statements regarding its compliance with the NFARS Clause was material to NASA's decision to award Contract No. NNC15CA07C ("NEXT-C")?

Yes ___                         No ___

If your answer to Question 37 is yes, then answer Question 38.  If you answered no, move to Question 41 and do not answer Questions 38 through 40.


**Question 38:** Did Relator prove that NASA would not have awarded Aerojet Contract No. NNC15CA07C ("NEXT-C") absent the false or fraudulent statements regarding its compliance with the NFARS Clause?

Yes ___                         No ___

If your answer to Question 38 is yes, then answer Question 39.  If you answered no, move to Question 41 and do not answer Questions 39 through 40.

DEFENDANTS' PROPOSED VERDICT FORM

**Question 39:** Did Relator prove that the NASA suffered any actual damages because of the false statements you found Aerojet made in connection with Contract No. NNC15CA07C ("NEXT-C")?

      Yes ____                              No ____

If your answer to Question 39 is yes, then answer Question 40.  If you answered no, move to Question 41 and do not answer Question 40.


**Question 40:** What is the difference in value between what NASA contracted for in entering into Contract No. NNC15CA07C ("NEXT-C") and what it received from Aerojet?

      $_____

      Please turn to the next page and answer Question 41.

DEFENDANTS' PROPOSED VERDICT FORM

**For DARPA Contract No. HR0011-15-C-0132 ("HAVOC")**:

**Question 41:** Has Relator proven that DARPA awarded Aerojet Contract No. HR0011-15-C-0132 ("HAVOC")?

       Yes \_\_\_               No \_\_\_

If your answer to Question 41 is yes, then answer Question 42.  If you answered no, then please have the presiding juror sign and date the last page of this form and do not answer any additional questions.

**Question 42:** Did Relator prove that the DFARS Clause applied to DARPA Contract No. HR0011-15-C-0132 ("HAVOC")?

       Yes \_\_\_               No \_\_\_

If your answer to Question 42 is yes, then answer Question 43.  If you answered no, then please have the presiding juror sign and date the last page of this form and do not answer any additional questions.

**Question 43:** Did Relator prove that Aerojet made false or fraudulent statements regarding its compliance with the DFARS Clause before or at the time DARPA awarded Contract No. HR0011-15-C-0132 ("HAVOC") on September 15, 2015?

       Yes \_\_\_               No \_\_\_

If your answer to Question 43 is yes, then answer Question 44.  If you answered no, then please have the presiding juror sign and date the last page of this form and do not answer any additional questions.

**Question 44:** Did Relator prove that Aerojet knowingly made false or fraudulent statements regarding its compliance with the DFARS Clause to DARPA regarding Contract No. HR0011-15-C-0132 ("HAVOC")?

    Yes ___                    No ___

If your answer to Question 44 is yes, then answer Question 45.  If you answered no, then please have the presiding juror sign and date the last page of this form and do not answer any additional questions.

**Question 45:** Did Relator prove that the falsity or fraudulence of the statements regarding its compliance with the DFARS Clause was material to DARPA's decision to award Contract No. HR0011-15-C-0132 ("HAVOC")?

    Yes ___                    No ___

If your answer to Question 45 is yes, then answer Question 46.  If you answered no, then please have the presiding juror sign and date the last page of this form and do not answer any additional questions.

**Question 46:** Did Relator prove that DARPA would not have awarded Aerojet Contract No. HR0011-15-C-0132 ("HAVOC") absent the false or fraudulent statements regarding its compliance with the DFARS Clause?

    Yes ___                    No ___

If your answer to Question 46 is yes, then answer Question 47.  If you answered no, then please have the presiding juror sign and date the last page of this form and do not answer any additional questions.

**Question 47:** Did Relator prove that DARPA suffered any actual damages because of the false statements you found Aerojet made in connection with Contract No. NNC15CA07C ("NEXT-C")?

       Yes \_\_\_                    No \_\_\_

If your answer to Question 47 is yes, then answer Question 48.  If you answered no, then please have the presiding juror sign and date the last page of this form and do not answer any additional questions.

**Question 48:** What is the difference in value between what DARPA contracted for in entering into Contract No. HR0011-15-C-0132 ("HAVOC") and what it received from Aerojet?

       $_____

**Please turn the page and have the presiding juror sign and date this form.**

DEFENDANTS' PROPOSED VERDICT FORM

**Signed:** _____

**Presiding Juror**

**Dated:** _____

**After this verdict form has been signed, notify the clerk or bailiff that you are ready to present your verdict in the courtroom.**

DEFENDANTS' PROPOSED VERDICT FORM

1   DATED: April 15, 2022              Respectfully submitted,
2                                      KIRKLAND & ELLIS, LLP

3                                      */s/ Tammy A. Tsoumas*
                                       Mark Holscher (SBN 139582)
4                                      mark.holscher@kirkland.com
                                       Tammy A. Tsoumas (SBN 250487)
5                                      tammy.tsoumas@kirkland.com
                                       KIRKLAND & ELLIS LLP
6                                      2049 Century Park East
                                       Los Angeles, CA 90067
7                                      Telephone:   (310) 552-4200
                                       Facsimile:   (310) 552-5900

8                                      Ashley Neglia (SBN 298924)
                                       ashley.neglia@kirkland.com
9                                      KIRKLAND & ELLIS LLP
                                       555 S. Flower Street, Suite 3700
10                                     Los Angeles, CA 90071
                                       Telephone:   (213) 680-8400
11                                     Facsimile:   (213) 680-8500

12                                     Sable Hodson (SBN 313252)
                                       sable.hodson@kirkland.com
13                                     KIRKLAND & ELLIS LLP
                                       1601 Elm Street
14                                     Dallas, TX 75201
                                       Telephone:   (214) 972-1770
15                                     Facsimile:   (214) 972-1771

16                                     *Attorneys for Defendants*

DEFENDANTS' PROPOSED VERDICT FORM