UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS, individually,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation, and AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON NON-PARTY JOSE RUIZ'S MOTION TO QUASH TRIAL SUBPOENA** |

Pursuant to the April 20, 2022 Stipulation filed by Non-Party Jose Ruiz, Plaintiff United States of America *ex rel.* Brian Markus, and Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc., the Court hereby orders that the deadlines on Mr. Ruiz's motion to quash trial subpoena shall be as follows:

Non-Party Ruiz to file Motion to Quash:  Thursday, April 21, 2022

Any Opposition:  Monday, April 25, 2022

Any Reply:  Tuesday, April 26, 2022

Any hearing on the Motion:  Wednesday, April 27, 2022  at  9:00 a.m., or as soon thereafter as the matter may be heard.

///

///

IT IS SO ORDERED.

Dated:  April 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE