UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS, individually,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation, and AEROJET ROCKETDYNE, INC., a corporation,<br><br>Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER PERMITTING COUNSEL FOR NON-PARTY JOSE RUIZ'S TO APPEAR REMOTELY AT MOTION TO QUASH HEARING** |

Pursuant to the April 25, 2022 Stipulation filed by Non-Party Jose Ruiz, Plaintiff United States of America *ex rel.* Brian Markus, and Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc., the Court hereby orders, for good cause shown, that counsel for Mr. Ruiz may appear at the hearing on the Motion to Quash Trial Subpoena, currently set for Wednesday, April 27, 2022, at 9:00 a.m. by Zoom or other remote means, as convenient for the Court.

IT IS SO ORDERED.

Dated: April 26, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE