**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CIVIL TRIAL MINUTES**

| | |
|---|---|
| BRIAN MARKUS,<br><br>            Plaintiff,<br><br>vs<br><br>AEROJET ROCKETDYNE HOLDINGS, INC. et al,<br><br>            Defendants. | Time in Court:   **5:35**<br><br>CASE #:  2:15cv2245 WBS<br>DATE:   April 26, 2022<br>Courtroom Deputy: Karen Kirksey Smith<br>Court Reporter:     Jennifer Coulthard |

**Appearance(s) for Plaintiff:**

Gregory Thyberg
David Schecter
Nick Garver

**Appearance(s) for Defendant(s):**

Tammy Tsoumas
Mark Holscher
Ashley Neglia
Sable Hodson

**Jury Trial (Day 1):**

| | |
|---|---|
| 9:10 a.m. | Trial commences. Jury present. Court addresses jurors, jury voir dire oath given. Court begins voir dire. |
| 10:43 a.m. | Jury excused. Court confers with counsel re jury selection proceedings and scheduling. |
| 10:45 a.m. | Court recessed. |
| 11:00 a.m. | Trial resumes. Jury returns. Court and counsel resume with jury voir dire. |
| 11:08 a.m. | Plaintiff's counsel questions jurors. |
| 11:55 a.m. | Jury excused. Court confers with counsel re jury selection proceedings, challenges for cause and preemptories. |
| 12:00 p.m. | Court recessed. |
| 1:30 p.m. | Trial resumes. Jury returns. Defendants' counsel questions jurors. |
| 1:55 p.m. | Court confers with counsel regarding challenges for cause and preemptories. |
| 2:08 p.m. | Court announces selected jurors to be seated for trial. Remaining jurors excused. |

| | |
|---|---|
| 2:10 p.m. | Jury panel sworn. Court presents pretrial instructions to jury panel. |
| 2:40 p.m. | Jury excused.  Court confers with counsel re pending motions in limine.  Counsel inform the Court that the Motion to Quash (Docket No. 217) has been resolved.  Court orders the April 27, 2022 hearing date **VACATED.** |
| 2:52 p.m. | AUSA Rachel Muoio, interested party, present and confers with the court. |
| 2:55 p.m. | Court recessed |
| 3:10 p.m. | Trial resumes with jurors present.   Plaintiff makes opening statement. |
| 4:03 p.m. | Defendant makes opening statement. |
| 4:45 p.m. | Court Adjourned.  **Jury Trial continued to April 27, 2022 at 9:00 a.m.** |