**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CIVIL TRIAL MINUTES**

| | |
|---|---|
| BRIAN MARKUS, <br><br> Plaintiff, <br><br> vs <br><br> AEROJET ROCKETDYNE HOLDINGS, INC. et al, <br><br> Defendants. | Time in Court:  **3:21** <br><br> CASE #: 2:15cv2245 WBS <br> DATE: April 27, 2022 <br> Courtroom Deputy: Karen Kirksey Smith <br> Court Reporter:  Jennifer Coulthard |

**Appearance(s) for Plaintiff:**

Gregory Thyberg
David Schecter
Skip Miller
Nick Garver

**Appearance(s) for Defendant(s):**

Tammy Tsoumas
Mark Holscher
Ashley Neglia

**Interested Party:**
Colleen Kennedy, AUSA

**Jury Trial (Day 2):**

| | |
|---|---|
| 8:53 a.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re case status.  Plaintiff's counsel informs the Court that settlement negotiations are ongoing. |
| 8:55 a.m. | Court recessed. |
| 9:06 a.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re absent Juror #1. |
| 9:09 a.m. | Jury returns.  Court informs jurors of absent Juror #1. |
| 9:10 a.m. | Court recessed. |
| 10:20 a.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re caselaw. |
| 10:27 a.m. | Jury returns.  Witness **Brian Daniel Markus** called and sworn to testify by Plaintiff.  [Exhibits Identified and/or Admitted: 8.] |
| 11:25 a.m. | [Sidebar.] |

| | |
|---|---|
| 11:27 a.m. | Witness resumes.   [Exhibits Identified and/or Admitted: D.] |
| 11:55 a.m. | Court recessed. |
| 1:30 p.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re case status. |
| 1:32 p.m. | Jury returns. Witness resumes.   [Exhibits Identified and/or Admitted: 15, 16, 4.] |
| 2:35 p.m. | Jury excused.  Court confers with counsel re case status.  Mr. Miller informs the Court that the matter has settled.   Court questions Mr. Markus re settlement.  Mr. Markus informs the Court that he requests more time to confer with his counsel. |
| 2:50 p.m. | Court recessed. |
| 3:10 p.m. | Trial resumes.  **SETTLEMENT REACHED AND PLACED ON THE RECORD**.  Parties to file a **dismissal no later than 30 days from today's date.** |
| 3:25 pm. | Jury returns.  Court informs jury that the matter has settled.  Jury discharged. |
| 3:30 p.m. | Court Adjourned. |