## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRIAN MARKUS, individually,<br><br>　　　　　　Relator,<br>　vs.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC., a corporation,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02245-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO RESET DEADLINE TO FILE REQUEST FOR APPROVAL OF SETTLEMENT AND DISMISSAL**<br><br>Judge:　　　　Hon. William B. Shubb<br>Courtroom:　　5 |

Upon consideration of the Parties' Joint Stipulation to Reset Deadline to File Request for Approval of Settlement and Dismissal, and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for the Parties to submit their agreed-upon settlement to the Court for approval and for Relator to file his request for dismissal in the above-captioned matter is extended to June 30, 2022.

Dated:  June 21, 2022

_WILLIAM B. SHUBB_
UNITED STATES DISTRICT JUDGE

---

1
**ORDER GRANTING JOINT STIPULATION TO RESET DEADLINE TO FILE REQUEST FOR APPROVAL OF SETTLEMENT AND DISMISSAL**