LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
DAVID W. SCHECTER (State Bar No. 296251)
dschecter@millerbarondess.com
NICHOLAS E. GARVER (State Bar No. 322730)
ngarver@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

GREGORY A. THYBERG (State Bar No. 102132)
greg@thyberglaw.com
THYBERGLAW
3104 O STREET #190
SACRAMENTO, CALIFORNIA 95816
Telephone: (916) 204-9173

Attorneys for Relator
BRIAN MARKUS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA: ex rel. BRIAN MARKUS, an individual<br><br>RELATOR,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC. a corporation,<br><br>Defendants. | CASE NO. 2:15-cv-2245-WBS-AC<br><br>**STIPULATED REQUEST FOR APPROVAL OF FCA SETTLEMENT AND DISMISSAL**<br><br>*[Filed Concurrently with Lodged [Proposed] Order]*<br><br>The Hon. William B. Shubb |

569352.1

Relator Brian Markus ("Relator"), Defendants Aerojet Rocketdyne Holdings, Inc. and Aerojet Rocketdyne, Inc. (together, "Aerojet Rocketdyne"), hereby jointly stipulate and agree as follows:

**WHEREAS**, on October 29, 2015, Relator filed a Complaint under seal in this Court naming Aerojet Rocketdyne as a defendant and asserting claims under the False Claims Act;

**WHEREAS**, the United States declined to intervene;

**WHEREAS**, Relator filed a Second Amended Complaint against Aerojet Rocketdyne on January 4, 2019 that included claims for Promissory Fraud in Violation of 31 U.S.C. §3729(a)(1)(A); False or Fraudulent Statement or Record 31 U.S.C. §3729(a)(1)(B); Conspiracy to Submit False Claims 31 U.S.C. §3729(a)(1)(C); Retaliation in Violation of 31 U.S.C. §3730(h); Misrepresentation in Violation of Labor Code §970; and Wrongful Termination in Violation of Public Policy;

**WHEREAS**, on May 8, 2019, this Court dismissed Relator's claim for Conspiracy to Submit False Claims and granted Aerojet Rocketdyne's Motion to Compel the employment-related claims to arbitration;

**WHEREAS**, on February 1, 2022, this Court granted Aerojet Rocketdyne's Motion for Summary Judgment as to Relator's false certification claim, but denied summary judgment as to the promissory fraud claim;

**WHEREAS**, jury trial commenced in this Court on Relator's promissory fraud claim on April 26, 2022;

**WHEREAS**, on the second day of trial, April 27, 2022, the Parties informed the Court that they had reached a global

settlement of all disputes between Relator and Aerojet Rocketdyne, the Parties placed the terms of that settlement on the record, and the Parties asked the Court for thirty days to document the settlement;

**WHEREAS**, the Court discharged the jury and ordered the Parties to file a request for dismissal within thirty days, which deadline has since been extended by the Court based on the Parties' stipulated request;

**WHEREAS**, the Parties have documented the False Claims Act settlement, which is attached as Exhibit 1 to this stipulation (the "FCA Settlement");

**WHEREAS**, the Parties desire for the Court to approve the settlement and dismiss this case with prejudice as to Relator and without prejudice as to the United States.

**THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

This case, including all employment related claims currently pending in arbitration, shall be dismissed with prejudice as to Relator and without prejudice as to the United States.

DATED: June 30, 2022          MILLER BARONDESS, LLP

By: _*s/ David W. Schecter*_
  DAVID W. SCHECTER
  Attorneys for Relator
  BRIAN MARKUS

DATED: June 30, 2022            KIRKLAND & ELLIS LLP

                                By:    *s/ Tammy A. Tsoumas*
                                   MARK HOLSCHER
                                   TAMMY A. TSOUMAS
                                   ASHLEY NEGLIA
                                   SABLE HODSON
                                   Attorneys for Defendants
                                   AEROJET ROCKETDYNE
                                   HOLDINGS, INC. and AEROJET
                                   ROCKETDYNE, INC.

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

DATED: June 30, 2022      MILLER BARONDESS, LLP

By: ___*/s/ David W. Schecter*___
    DAVID W. SCHECTER
    Attorneys for Relator
    BRIAN MARKUS