**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA: ex rel. BRIAN MARKUS, an individual<br><br>RELATOR,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., a corporation and AEROJET ROCKETDYNE, INC. a corporation,<br><br>Defendants. | **CASE NO. 2:15-cv-2245-WBS-AC**<br><br>**[PROPOSED] ORDER APPROVING FCA SETTLEMENT AND GRANTING STIPULATED REQUEST FOR DISMISSAL**<br><br>*[Lodged Concurrently with Stipulated Request for Dismissal]*<br><br>The Hon. William B. Shubb |

569354.1

ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon Consideration of the Parties' Joint Stipulation For Approval of FCA Settlement and Dismissal, and good cause appearing:

**IT IS HEREBY ORDERED** that the FCA Settlement is hereby approved, and that Relator's FCA claims pending before this Court and employment related claims pending in arbitration are **DISMISSED WITH PREJUDICE** as to Relator and the FCA claims pending before this Court are **DISMISSED WITHOUT PREJUDICE** as to the United States.

**IT IS SO ORDERED.**

DATED: _____, 2022   _____
                                    Hon. William B. Shubb
                                    Senior United States District Judge